**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Douglas K. Joos, Jr. and CPR LLC,

     Plaintiffs,

                                   Case No.: 8:25-cv-03368-TPB-AEP

     v.

Sami Halabi and CPR Certification, LLC,

     Defendants.

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION FOR PLAINTIFFS

PLEASE TAKE NOTICE that Plaintiffs, Douglas K. Joos, Jr. and CPR LLC, and Defendants, Sami Halabi and CPR Certification, LLC, have conferred pursuant to this Court's Case Management and Scheduling Order entered on March 27, 2026 at Doc. # 30, and have scheduled mediation in this action for April 13, 2027 at 9:00 AM before Retired Judge Gregory Holder. Mediation will be held in person at the Mediator's Office, located at 5401 West Kennedy Blvd., Suite 170, Tampa, FL 33609.

Dated: <u>June 10, 2026.</u>

Respectfully submitted,

<u>/s/ Julia Hannah Weber</u>

Julia Hannah Weber
Florida Bar No. 1045592
LEAD COUNSEL FOR PLAINTIFF
Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
joe@southronfirm.com
eservice@southronfirm.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed on June 10, 2026, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

<u>/s/ Julia Hannah Weber</u>
Julia Hannah Weber
Florida Bar No. 1045592
*For the Firm*