



# CPR Certification Houston

@cprcertificationhouston382 · 4 subscribers · 8 videos

CPR Certification Houston

cprcertificationhouston.org and 1 more link

Home    Videos    Shorts    Playlists