Exhibit C

Search        Create    J

Home

Shorts

Subscriptions

You  >

History

Playlists

Watch later

Liked videos

Downloads

Explore

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Learning

Courses

Fashion & Beauty

Podcasts

Playables

# CPR Certification Orlando

@cprcertificationorlando2516 • 3 videos

More about this channel                    ...more

Subscribe



CPR Company in Orlando - certificationorlando.com

• 4 years ago



The Best CPR Certification Classes in Orlando - (407) 456-8788

332 views • 9 years ago

Case 8:25-cv-03368-TPB-AEP    Document 38-3    Filed 07/13/26    Page 2 of 2 PageID 526
Exhibit F





Home

Shorts

Subscriptions

You

History

Playlists

Watch later

Liked videos

Downloads

Explore

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Learning

Courses

Fashion & Beauty

Podcasts

Playables

# CPR Certification Orlando

@cprcertificationorlando2516 • 3 videos

More about this channel