# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORDIA
## TAMPA DIVISION

DOUGLAS K. JOOS, JR., and
CPR LLC,

      Plaintiffs,

v.                                                                    CASE NO.: 8:25-cv-03368-TPB-AEP

SAMI HALABI and CPR
CERTIFICATION, LLC

      Defendants,

_____/

### DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants, Sami Halabi and CPR Certification, LLC (collectively, "Defendants"), by counsel and pursuant to Rule 6(a), Federal Rules of Civil Procedure, and Local Rule 3.01, respectfully request a 14-day extension of up to and including August 10, 2026, to file their response to Plaintiffs, Douglas K. Joos, Jr. and CPR LLC's (collectively, "Plaintiffs") Second Amended Complaint. The grounds upon which this motion is based are set forth below.

1. Plaintiffs filed their Second Amended Complaint on July 13, 2026. [Doc. 38].

2. Defendants' response is due July 27, 2026.

3. Given prior obligations of the undersigned to meetings with the Florida Bar Board of Governors and other work meetings out of state, and other pending

deadlines and existing obligations in other matters, Defendants request an additional 14 days to prepare and file their response to Plaintiffs' Second Amended Complaint.

4.      This request is made in good faith, it will not prejudice Plaintiffs or the progress of this case, and no prior motions for extension of time to respond to Plaintiffs' Second Amended Complaint have been filed.

5.      "A district court has inherent authority to manage its own docket so as to achieve the orderly and expeditious disposition of cases." *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009).  *See also Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366–67 (11th Cir. 1997) ("We recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them.").

### Local Rule 3.01(g) Certificate

6.      On July 24, 2026, the undersigned conferred with counsel for Plaintiffs regarding the relief sought in this motion.  Plaintiffs' counsel graciously does not object to the relief sought herein.

WHEREFORE, Defendants, Sami Halabi and CPR Certification, LLC, respectfully request a 14-day extension of up to and including August 10, 2026, to file their response to Plaintiffs' Second Amended Complaint.

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send the electronic filing to all counsel of record.

/s/ John A. Schifino
John A. Schifino, Esq.
Florida Bar No. 0072321
Justin P. Bennett, Esq.
Florida Bar No. 112833
**GUNSTER**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
jschifino@gunster.com
jbennett@gunster.com

and

Brittany J. Maxey-Fisher, Esq.
Florida Bar No. 44586
**MAXEY-FISHER, PLLC**
7650 W. Courtney Campbell Causeway
Suite 110
Tampa, Florida 33607
Telephone: (727) 230-4949
bmaxeyfisher@maxeyfisher.com

Attorneys for Defendants

ACTIVE:40123726.1

3