Case 8:25-cv-03368-TPB-AEP   Document 42   Filed 07/29/26   Page 1 of 1 PageID 603

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:    8:25-cv-3368-TPB-AEP** | | **DATE:   July 29, 2026** |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **DOUGLAS K. JOOS, JR., et al.**<br><br>**v.**<br><br>**SAMI HALABI, et al.** | | **PLAINTIFF COUNSEL:**<br>Julia Weber<br><br>**DEFENDANT COUNSEL:**<br>John Schifino |
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**   1:55 – 2:00 p.m.<br>**TOTAL:**   5 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   CASE MANAGEMENT CONFERENCE

Parties will file SJ motions re: liability as discussed at hearing; order to follow.

Case Management Conference set 10/28/2026 at 1:30 p.m. Notice to follow.