**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORDIA**
**TAMPA DIVISION**

DOUGLAS K. JOOS, JR., and
CPR LLC,

Plaintiffs,

v. CASE NO.: 8:25-cv-03368-TPB-AEP

SAMI HALABI and CPR
CERTIFICATION, LLC

Defendants,
___________________________________/

**NOTICE OF APPEARANCE OF JUSTIN P. BENNETT**

The undersigned attorney, Justin P. Bennett, of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Defendants, SAMI HALABI and CPR CERTIFICATION, LLC, in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**JUSTIN P. BENNETT, ESQ.**
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Primary e-mail: jbennett@gunster.com
Secondary e-mail: cwarder@gunster.com

Dated: October 28, 2026.

*/s/ Justin P. Bennett*
John A. Schifino, Esq.
Florida Bar No. 0072321
Justin P. Bennett, Esq.
Florida Bar No. 112833
**GUNSTER**

401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
jschifino@gunster.com
jbennett@gunster.com

and

Brittany J. Maxey-Fisher, Esq.
Florida Bar No. 44586
**MAXEY-FISHER, PLLC**
7650 W. Courtney Campbell Causeway
Suite 110
Tampa, Florida 33607
Telephone: (727) 230-4949
bmaxeyfisher@maxeyfisher.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2026, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send the electronic filing to all counsel of record.

*/s/ Justin P. Bennett*
Justin P. Bennett, Esq.

1