# EXHIBIT 1

Declaration of Douglas K. Joos, Jr.

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DOUGLAS K. JOOS, JR., and
CPR LLC,

Plaintiffs,

Case No. 8:25-cv-03368-TPB-AEP

v.

SAMI HALABI and
CPR CERTIFICATION, LLC,

Defendants.
________________________________________/

**DECLARATION OF DOUGLAS K. JOOS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

I, Douglas K. Joos, Jr., individually and on behalf of Plaintiff CPR LLC, hereby declare under penalty of perjury the following:

The exhibits referred to in this declaration are being filed contemporaneously herewith as exhibits to Plaintiffs' Motion for Partial Summary Judgment on Liability, and are identified herein by the exhibit numbers used in that motion.

**Background**

1. My name is Douglas K. Joos, Jr. I am over eighteen years of age, I am competent to make this declaration, and I have personal knowledge of the matters set forth in it.

2. I am a Plaintiff in this action. I am also the sole officer, director, manager, and executive of Plaintiff CPR LLC ("CPR LLC"). I am CPR LLC's sole employee, and I have sole and exclusive decision-making power over its business operations, its services, and its use of its marks.

3. I am authorized to make this declaration on CPR LLC's behalf, and I am familiar with and have access to CPR LLC's business records, websites, Google Business Profile listings, and email accounts, including CPR LLC's customer service address, cprcustomercare@gmail.com, and the administrative addresses on CPR LLC's city websites.

4. CPR LLC provides CPR training and certification services through in-person and hybrid classes in cities throughout the United States. CPR LLC's customers locate CPR LLC primarily through Google search and Google Business Profile listings, and they book and pay for classes primarily online through CPR LLC's websites.

5. I have experience in web design, digital editing, graphic design, and digital design, and I have worked in the CPR training industry since 2015.

**The Logo**

6. In 2015, Defendant Sami Halabi ("Halabi") hired me to create a website and logo for a CPR business. Halabi presented me with logo designs he had commissioned from an artist on Fiverr.

7. Halabi and I agreed to become equal partners and to use my web skills to build a nationwide CPR business and brand. I devised the brand name

"CPR Certification," and, using my design and editing skills, I created the following logo (the "Logo") from elements of the designs Halabi had commissioned from Fiverr:

CERTIFICATION CPR

8. Beginning in 2015, Halabi and I operated our CPR training business under the CPR Certification brand and the Logo, with the Logo followed by the name of each city in which we offered classes. For example, on March 15, 2016, I sent the Logo as used for CPR Certification Tampa in the following email, a true and correct copy of which is attached as **Exhibit 3**:

Gmail — Doug J. <strat505@gmail.com>

**Cowork Tampa Rewiew**

**Doug J.** <strat505@gmail.com> — Tue, Mar 15, 2016 at 1:37 PM
To: The Swift Gift <theswiftgift@gmail.com>

Cowork Tampa has been the perfect place for CPR Certification Tampa to call home. The flexable hours and great looking spaces help our BLS CPR training classes look professional and live up to our standards of excelence in education.

CERTIFICATION CPR TAMPA — cpr-certification-tampa-logo.png
39K

9. On February 17, 2017, Halabi and I formed Fit Industries, LLC ("Fit"), a Florida limited liability company, as equal partners. Fit provided classes and other educational services in CPR, automated external defibrillator use, first aid, and bloodborne pathogens. Fit continued to operate under the CPR Certification brand and the Logo from its formation until it was dissolved in 2021.

## The Dissolution Agreement

10. On February 8, 2021, Halabi and I signed a Dissolution Agreement (the "Agreement"). A true and correct copy of the Agreement is filed in this action at Doc. 38-1.

11. Paragraph 7 of the Agreement provides:

> Ownership of Company Logo. The Members agree that the Company's current logo as seen on the websites currently operated by Fit shall become the sole and exclusive property of Joos. Halabi may use the words "CPR," "Certification," and the unique city name in a new logo, but the design (as used for the websites operated by Halabi, and as used in other documents and materials for the operation of the business, such as Certificates of Completion and business cards) cannot incorporate the logo and must be different than the one currently used by Fit. Joos and Halabi agree that both members may use existing printed material for a period of 14 days from the Effective Date for their Distributed Websites, thus allowing them sufficient time to order and obtain new printed materials for their Distributed Websites.

12. The "Company's current logo as seen on the websites currently operated by Fit" referred to in Paragraph 7 is the Logo.

13. Paragraph 8 of the Agreement provides:

> Additional Changes to the Websites. For their respective Distributed Websites, the Members agree to make changes to all of their websites. In addition to changing the logo as set forth above (i.e., appearance only and not the words), Halabi agrees to change the hero picture on his websites, and change the icons above the words "BLS CPR Classes," "CPR + First Aid Training," and "Group Lessons and Private Training" so that a reasonable person viewing websites operated by Halabi will not be confused that the websites are operated by the same company as the ones operated by Fit. Joos agrees to change the text on his websites so that a reasonable person viewing websites operated by Joos will not be confused that the websites are operated by the same company as the ones operated by Fit.

14. Under Paragraph 6 of the Agreement, the Transition Date, on which each of us began operating our own separate businesses, was February 22, 2021 at 12:01 a.m.

**CPR LLC's Ownership and Continuous Use of the Logo**

15. Through Paragraph 7 of the Agreement, the Logo became my sole and exclusive property. After the Agreement was executed, I assigned all of my rights, title, and interest in the Logo, including its common law trademark rights and its associated goodwill, to CPR LLC.

16. Since the Transition Date, CPR LLC has used the Logo continuously and exclusively, in the same manner Fit used it, in connection with CPR LLC's CPR training and certification services, with the Logo followed by the name of the city in which the class is offered. CPR LLC displays the Logo on its websites, its Google Business Profile listings, and its certificates of completion, completion cards, and business cards.

17. CPR LLC processes payment for the classes sold through its city websites through its Stripe account. Each sale is recorded in that account automatically at the time of the transaction, with the date, the amount, and the order description identifying the city website through which the class was purchased. CPR LLC keeps these transaction records in the course of its regularly conducted business, and it is CPR LLC's regular practice to make and keep them. I am the custodian of these records and am familiar with how they are created and maintained. A true and correct copy of excerpts of CPR LLC's transaction

records is attached as **Exhibit 8**. All sales through CPR LLC's city websites are processed through this Stripe account. The records reflect CPR LLC's sales through its "CPR Certification [City]" websites beginning on February 22, 2021.

18. CPR LLC operates "CPR Certification [City]" websites under the Logo and, since February 22, 2021, has sold classes through those websites in more than sixty cities. CPR LLC currently holds regularly scheduled open-enrollment classes at its own locations in cities including Tampa, Clearwater, Jacksonville, and Tallahassee, Florida; Boston, Massachusetts; El Paso, Laredo, and Fort Worth, Texas; Las Vegas, Nevada; Denver, Colorado; Baltimore, Maryland; and Richmond, Virginia. In other cities, including Miami, Florida; Charlotte and Raleigh, North Carolina; Louisville, Kentucky; and Pittsburgh, Pennsylvania, CPR LLC continues to operate its websites under the Logo and offers on-site training on request, but does not currently hold regularly scheduled open-enrollment classes.

19. Neither I nor CPR LLC has ever licensed, authorized, permitted, or consented to the use of the Logo, or of any logo that incorporates the Logo, by Halabi, Defendant CPR Certification, LLC ("Halabi's Company"), or anyone else. Other than Defendants, I am not aware of any person or business that uses a logo confusingly similar to the Logo.

20. Since signing the Agreement, I and CPR LLC have complied with the Agreement. Among other things, I changed the text on the websites I received under the Agreement as Paragraph 8 required, and during the twelve-month

Restricted Period under Paragraph 5, CPR LLC did not advertise, operate websites, or set up training sites in Halabi's Restricted Territories.

**The Infringing Logo and Halabi's Company's Websites**

21. Since the Transition Date, Halabi has operated, now through Halabi's Company and his other businesses, CPR training businesses under the name "CPR Certification" followed by a city name, using the following logo (the "Infringing Logo"):

CPR CERTIFICATION

The Infringing Logo appears on Halabi's CPR Certification Tampa website as follows:




22. Defendants offer the same CPR, BLS, First Aid, and Bloodborne Pathogens classes as CPR LLC to the same kinds of customers, and, like CPR LLC, they obtain customers primarily through Google search, Google Business Profile listings, and city websites.

23. Defendants operate websites and training locations under the Infringing Logo in cities in which CPR LLC also operates, including without limitation, Tampa, Miami, Orlando, Jacksonville, Lakeland, and Clearwater,

Florida; Las Vegas, Nevada; Pittsburgh, Pennsylvania; Louisville, Kentucky; Chicago, Illinois; and Arlington, El Paso, and Fort Worth, Texas, and many more locations. True and correct copies of the Tampa and Miami pages of Defendants' websites, and of the Miami page of CPR LLC's website, as they appeared on or before December 1, 2023, are attached as composite **Exhibit 18**. The headers of the Miami pages appear as follows, Defendants' first and CPR LLC's second:







24. Defendants operate over eighty websites and over a hundred training locations. On October 28, 2026, I visited each of the following 86 websites, which in total list over a hundred locations. Each identifies itself as "CPR Certification" followed by a city name, and each displayed the Infringing Logo when I visited it: cpralexandria.com, cprclassesallentown.org, cprclassesanchorage.com, cprarlington.org, cprcertificationatlanta.com, cprcertificationaugusta.com, cprcertificationaustin.com, cprclassesbaltimore.org, cprbatonrouge.org,

cprbirmingham.org, cprbocaraton.com, cprcertificationboston.com, cprcertificationbrooklyn.com, cprcharleston.org, cprcertificationcharlotte.com, cprchesapeake.com, chicagocprclasses.org, cprtrainingcincinnati.com, cprclassesclearwater.com, cprclassescleveland.org, cprclassesincoloradosprings.org, cprclassescolumbia.com, columbuscprclasses.org, cprcertificationdallas.org, cprcertificationdenver.com, cprclassesdetroit.com, elpasocprclasses.org, cprcertificationfortlauderdale.com, cprfortworth.org, cprfresno.org, cprcertificationgainesville.org, cprcertificationglendale.com, cprgreensboro.org, cprcertificationhouston.org, cprcertificationhuntsville.org, cprindianapolis.org, cprirvine.com, cprirving.org, cprcertificationjackson.org, cprclassesjacksonville.org, cprkc.org, cprknoxville.org, cprcertificationlakeland.org, cprcertificationlanham.com, cprclasseslasvegas.org, cprcertificationlaurel.com, cprlittlerock.org, cprcertificationlosangelesca.com, cprlouisville.org, cprmesa.org, cprmiami.org, cprclassesmilwaukee.org, cprclassesmontgomery.org, cprclassesnashville.org, cprcertificationnewbraunfels.com, cprclassesnewhaven.com, cprnewark.org, cprclassesnyc.org, cprclassesoakland.org, cprcertificationokc.com, cprcertificationorlando.com, cprcertificationpasadena.org, cprclassesphiladelphia.org, cprcertificationphoenix.com, cprcertificationpittsburghpa.com, cprplano.org, cprclassesprovidence.com, cprcertificationraleigh.com, cprsacramento.org, cprsaltlakecity.com, cprcertificationsanantonio.com, cprsandiego.org, cprclassessanjose.org,

cprcertificationsarasota.org, cprcertificationshreveport.org, cprclassesstpete.com, cprtacoma.org, cprclassestampa.org, cprtoledo.org, cprcertificationtucson.com, cprtulsa.org, cprcertificationvirginiabeachva.com, cprcertificationwashingtondc.com, cprwesleychapel.com, cprcertificationwestpalmbeach.com, cprcertificationwhiteplains.com.

**Halabi's Use of the Logo on YouTube**

25. Before the dissolution, Fit maintained YouTube channels for some of its city businesses, including CPR Certification Houston and CPR Certification Orlando, which displayed videos bearing the Logo. The cprcertificationhouston and cprcertificationorlando domains were assigned to Halabi under Schedule 3 of the Agreement.

26. On February 25, 2021, Halabi asked me in writing to send him the YouTube logins and passwords for Orlando, Houston, and "any other applicable cities." I responded that the Orlando YouTube account was on an email account that was his, that "you have the login to orlando.. it is yours and always has been," and that the Houston account was on the Google login that had already been provided to him. I also told him in writing: "Also those videos on their contain my logo so you will have to redo them."

27. On February 26, 2021, Halabi wrote back: "thank you for your patience: we have updated the videos on both www.cprcertificationorlando.com and www.cprcertificationhouston.org to where the old logo is gone off of the

video and now both websites display the new logo on their respective homepage videos." A true and correct copy of this email exchange is attached as **Exhibit 16**.

28. In November 2025, I viewed the CPR Certification Houston and CPR Certification Orlando YouTube channels. Both channels displayed CPR LLC's Logo, and both displayed videos bearing the Logo. The webpage printouts of those channels captured on November 18, 2025 and filed in this action at Docs. 38-2 and 38-3 accurately depict the channels as they appeared at that time.

29. At some point after this action was filed, the channels were changed to display the Infringing Logo, and the videos that displayed the Logo no longer appear on either channel. I have viewed both channels, and the webpage printouts of the channels captured on October 26, 2026, true and correct copies of which are attached as composite **Exhibit 17**, accurately depict the channels as they appeared on that date.

**Objection, Registration, and Written Notice**

30. Immediately upon learning of the Infringing Logo, I objected to it. On February 24, 2021, two days after Halabi began using it, my counsel at the time, Thomas Wood, wrote to Halabi's counsel, John Schifino, that I believed there was "a legitimate legal question of whether Sami's new logo is sufficiently different from the Company logo that Doug was awarded under the Dissolution Agreement," and placed the two logos side by side under the captions "Sami's not-so 'new' logo" and "Doug's (formerly the Company) logo." A true and correct

copy of the email is attached as **Exhibit 36**. Halabi did not change the Infringing Logo at that time.

31. Halabi did not change the Infringing Logo despite my objections. I decided to apply to register the Logo as a federal trademark in CPR LLC's name to obtain further protection for it. On September 8, 2021, CPR LLC applied to register the Logo with the United States Patent and Trademark Office, Serial No. 97/016,512. After the application proceeded through examination, the USPTO published it for opposition on March 8, 2022.

32. Thereafter, on March 17, 2022, my counsel served Halabi and his counsel with written notice under Paragraph 12 of the Agreement. The notice stated that Halabi was in breach of Paragraphs 7 and 8 and demanded that he cure the breaches within fifteen days. The notice asserted common-law trademark rights in the Logo, stated that Halabi was "continuing to use a nearly identical logo" and that his use was "likely to cause consumer confusion as to the source and ownership of any CPR certification courses," and demanded that Halabi and his company "cease all use of the infringing logos." The notice also described the flagging of CPR LLC's Louisville Google Business Profile listing as a duplicate. A true and correct copy of the notice is attached as **Exhibit 37**. Halabi did not change the Infringing Logo, and he continues to use it.

33. On May 9, 2022, Halabi's Company opposed CPR LLC's application before the Trademark Trial and Appeal Board. CPR LLC moved to dismiss the

opposition. The Board dismissed the opposition's fraud claims and set the opposition for discovery and trial on a single remaining claim.

34. Thereafter, on July 10, 2023, while the opposition proceeded through discovery, I sued Halabi in state court for, among other things, breach of the Agreement, including Paragraphs 7 and 8, based on his use of the Infringing Logo. I decided not to bring CPR LLC's trademark claims because the opposition remained pending.

35. CPR LLC thereafter prevailed in the opposition proceeding: the Board dismissed the opposition on February 25, 2025 and denied reconsideration on June 4, 2025. In light of this, I chose to voluntarily dismiss the state court action and refiled my contract claims together with CPR LLC's federal trademark claims in this action. Halabi's Company chose to appeal the Board's decision to the United States Court of Appeals for the Federal Circuit.

36. I have never agreed to, acquiesced in, or stopped objecting to Halabi's use of the Infringing Logo.

**Customer and Market Confusion**

37. CPR LLC learns of confusion between its business and Defendants' businesses from customers who call or write to CPR LLC, from online reviews posted to CPR LLC's Google Business Profile listings, and from CPR LLC's instructors, venue partners, and training center. The following are examples. Each exhibit described below is a true and correct copy of a communication or

record that CPR LLC received or maintains in the ordinary course of its business, except where I note that the document came from Defendants' production.

38. On November 10, 2021, Crystal Albanese purchased a class from CPR LLC's CPR Certification Pittsburgh website and received CPR LLC's order confirmation from cprcustomercare@gmail.com. Defendants produced, at Bates CPR CERTIFICATION 000218 through 000224, Ms. Albanese's November 2021 emails with Halabi's "CPR Director 11" account, in which she forwarded CPR LLC's order confirmation and, when told her class was "not through us," wrote: "I don't understand what you mean. This is who I signed up with." A true and correct copy is attached as **Exhibit 21**:

Gmail - Fwd: Your CPR Certification Pittsburgh order is now complete https://mail.google.com/mail/u/5/?ik=45bc4115b5&view=pt&search=a...

Gmail **CPR Director 11 <cprdirector11@gmail.com>**

**Fwd: Your CPR Certification Pittsburgh order is now complete**
1 message

**Crystal Albanese** <c.albanese@setonhill.edu> Sun, Nov 28, 2021 at 5:48 PM
To: CPR Director 11 <cprdirector11@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** CPR Certification Pittsburgh <cprcustomercare@gmail.com>
**Date:** November 10, 2021 at 4:55:09 PM EST
**To:** c.albanese@setonhill.edu

This class is not through us, it's from another training center. Based on your forwarded confirmation email, you may contact them at: cprcustomercare@gmail.com or admin@cprcertificationelpaso.com

Thank you,
[Quoted text hidden]
--
CPR CERTIFICATION

---

**Crystal Albanese** <c.albanese@setonhill.edu> Mon, Nov 29, 2021 at 10:42 AM
To: CPR Director 11 <cprdirector11@gmail.com>

I don't understand what you mean. This is who I signed up with.

Sent from my iPhone
[Quoted text hidden]

39. On October 4, 2022, Hollie Eisenman sent messages to CPR LLC's Facebook business page about a first aid quiz she had taken from another provider. Ms. Eisenman wrote: "Confusing that there are two companies with the same name and logo." A true and correct copy of the exchange is attached as **Exhibit 22**:




40. On January 13, 2023, counsel for David Macher, who operates a competing Pittsburgh CPR business under the name CPR PITTSBURGH, sent my counsel a cease-and-desist letter accusing CPR LLC of infringing the CPR PITTSBURGH mark by operating the website cprpittsburgh.org and by using two logos, which the letter reproduced side by side as CPR LLC's: a logo in the same format as the Infringing Logo, and the Logo. The website cprpittsburgh.org is one of Defendants' websites, not CPR LLC's, and neither I nor CPR LLC uses the first logo shown in the letter. Defendants produced, at Bates CPR CERTIFICATION 000051, a February 15, 2023 email from Mr. Macher to Halabi's Company's

support address, support@ucpra.org, which Halabi's Company forwarded to Halabi's Senior Operations Manager, Gayel Sabiduria. In it, Mr. Macher wrote: "Your logo looks a lot like ours," "Our legal counsel has sent a cease and desist letter," and "the use of cprpittsburgh.org confuses the persons looking for us." True and correct copies of the letter and of Defendants' production of the email are attached as composite **Exhibit 27**. The logos appear in the letter as follows:

(1) registering and using the domain name cprpittsburgh.org, (2) using the following logos:

CPR PITTSBURGH CERTIFICATION    CERTIFICATION CPR PITTSBURGH

41. Bayside CPR & AED Training Center ("Bayside") is the American Heart Association training center with which CPR LLC is aligned. On January 23, 2023, Bayside contacted me about a student who had taken a class at 5850 San Felipe Street, Houston, Texas, which is Halabi's Company's Houston location, and had not received her card. That class was not CPR LLC's. After I told Bayside the class was not ours, Bayside replied: "OK, it is so confusing sometimes lol." A true and correct copy is attached as **Exhibit 28**:

Gmail Doug Joos Jr

**BLS class**
3 messages

**National AHA Training Center** <admin@baysidecpr.com> Mc
To: Doug Joos <dougjoosjr@gmail.com>

Hello Doug,

I have a student that did not receive their ecard. She has no clue who her instructor was but did have the address of class.

Is this one of your addresses?
She took class on June 25th 2022
time : 10-1
5850 San Felipe Street Houston,TX 77057.
Student Name: Ghinwah Hachem.

--
Micky Eaklor
she/her
Quality Assurance Manager

000100

Not us I'm afraid but happy to give her service at a discount to help her if need be if she ends up needing it we are close by but that wasr
[Quoted text hidden]

---

**National AHA Training Center** <admin@baysidecpr.com> M
To: "Doug Joos Jr." <dougjoosjr@gmail.com>

OK, it is so confusing sometimes lol.

Thanks for your help.

Micky
[Quoted text hidden]

42. On January 27, 2023, CPR LLC sold a $79.95 class through its CPR Certification Houston website as Order No. 11486, which was later refunded in full. That order was placed by Shalisa Garner, and (281) 729-6161 was CPR LLC's Houston telephone number. Defendants produced, at Bates CPR CERTIFICATION 000206, Ms. Garner's February 9, 2023 email exchange with Halabi's Company's support address, in which Ms. Garner wrote to Halabi's Company about the class she had purchased and, after being told it was not Halabi's Company's class, wrote: "The logo is the exact same on your website." A true and correct copy of the page from CPR LLC's transaction records reflecting Order No. 11486, together with Defendants' production of the email exchange, is attached as composite **Exhibit 19**.

Gmail CPR Certification <support@ucpra.org>

**Confirm CPR Class and payment**
3 messages

**Shalisa G** <drgarner34@gmail.com> Thu, Feb 9, 2023 at 5:53 AM
To: "support@ucpra.org" <support@ucpra.org>

Hello Raven,
I just spoke to you regarding the CPR class I have registered for and paid ($79.95) for online scheduled on 3/4/23 @ 10am. Please see the attached receipt.

Please verify this receipt and my registration and advise the next steps.

--
Kind regards,
Shalisa Garner

**CPR Class 1.27.2023.pdf**
209K

**CPR Certification** <support@ucpra.org> Thu, Feb 9, 2023 at 6:05 AM
To: Shalisa G <drgarner34@gmail.com>

Hi Shalisa,

Thank you for contacting us about your upcoming CPR class. We have reviewed the receipt you attached, it appears that this is not one of our UCPRA-certified classes; we apologize for any confusion.

You can call the number at the buttom of the receipt: (281) 729-6161

If there is anything else we can help with, please don't hesitate to reach out.

Sincerely,

CPR CERTIFICATION

[Quoted text hidden]

**Shalisa G** <drgarner34@gmail.com> Thu, Feb 9, 2023 at 6:25 AM
To: CPR Certification <support@ucpra.org>

Thank you for your help!
I did call the number at the bottom of the receipt. No one answered. The logo is the exact same on your website. I think I have been scammed. I will report this to the Better Business Bureau and Federal Trade Commission. I will include this email as a part of my report to the BBB.
[Quoted text hidden]

43. On or about September 2023, a reviewer named "Grace" posted the same one-star review, word for word, on two different "CPR Certification Las Vegas" Google listings, one of which is CPR LLC's listing at 6060 Elton Avenue, Suite B (cprcertificationlasvegas.org). The other listing, at 3651 South Lindell

Road, is Halabi's Company's. CPR LLC had no order from anyone by that name.

True and correct copies are attached as composite **Exhibit 24**.

Grace
Local Guide · 74 reviews · 20 photos

★☆☆☆☆ a month ago

This Company is -B in consumer rating and not even BBB rated.
I just inquired about the dates and did not even finish my scheduling. I closed the website, got an email for a fee, and was charged. They scheduled me for 09/14/2023 and conveniently canceled me the day of the class with no pre-cancellation message but an email on the day late at night. I emailed them and told them I was scanning for prices, but they said no refund. I was surprised I was charged for not even confirming my schedule. I was automatically scheduled. I told them I found a much cheaper class. I did this all on the same day, 09/05/2023. I called them, and they said they do not handle transactions but a third party that will message me after 48 hours!!! I couldn't understand how easily they charge, but getting a hold of customer service was challenging. This is very unfriendly and deceptive to consumers. I did not take the class; there were no friendly dates, and it was too expensive. I got a quality CPR in a more BBB certified company.

CPR Certification Las Vegas
3651 S Lindell Rd, Las Vegas, NV 89103, United St...

★☆☆☆☆ a month ago

This Company is -B in consumer rating and not even BBB rated.
I just inquired about the dates and did not even finish my scheduling. I closed the website, got an email for a fee, and was charged. They scheduled me for 09/14/2023 and conveniently canceled me the day of the class with no pre-cancellation message but an email on the day late at night. I emailed them and told them I was scanning for prices, but they said no refund. I was surprised I was charged for not even confirming my schedule. I was automatically scheduled. I told them I found a much cheaper class. I did this all on the same day, 09/05/2023. I called them, and they said they do not handle transactions but a third party that will message me after 48 hours!!! I

44. On October 4, 2023, a reviewer named "It'sDestiny" posted one-star reviews complaining about the same refund on two different "CPR Certification Charlotte" Google listings, one of which is CPR LLC's listing at 2108 South Boulevard, Suite 211. The other was at 933 Louise Avenue, Suite 101, which is Halabi's Company's location. The reviewer was not CPR LLC's customer. True and correct copies are attached as composite **Exhibit 25**.






45. On December 21, 2023, Bayside wrote to me that the American Heart Association's Compliance Department had notified it of "potential copyright violations associated with your recent postings your Website," identifying a page of the website cprsandiego.org, and that the Compliance Department had issued a 48-hour deadline to address the issue. The website cprsandiego.org is not CPR LLC's website. It is one of Halabi's Company's websites. A true and correct copy of Bayside's email is attached as **Exhibit 29**.

46. On March 12, 2024, Gabriela Batista emailed CPR LLC's customer service address. She had ordered a class from CPR LLC's Orlando website, cprclassesorlando.com, and had found Halabi's Orlando website, cprcertificationorlando.com. She wrote: "The logos appear to be the same, is the first link you guys?" The first link was Halabi's website. A true and correct copy is attached as **Exhibit 20**:

Gmail CPR Customer Care <cprcustomercare@gmail.com>

**CPR CLASS**

**Gabriela Batista** <gaby.ojbatista.91@gmail.com> Tue, Mar 12, 2024 at 1:08 PM
To: CPR Customer Care <cprcustomercare@gmail.com>

Hello,

This is the link i found that spoke specifically about infant CPR classes:
https://www.cprcertificationorlando.com/infant-cpr-classes/

On this page it's called "
**BLS CPR & AED Classes with Infant CPR in Orlando"**

But the one i ordered was called "

**Official AHA BLS CPR Certification Classes and First Aid Training in Orlando Florida"**

At this link:
https://www.cprclassesorlando.com/

The logos appear to be the same, is the first link you guys?

-Gabriela

47. Randy Saut is a CPR instructor who teaches classes for CPR LLC in Clearwater, Florida. On July 12, 2025, three of the four students registered for Mr. Saut's Saturday class did not attend. When Mr. Saut texted one of them, Marythel Ogbuli, to ask whether she was still coming, she replied: "No, I mistakenly paid for two classes and I'm at the other one." Mr. Saut then searched Google for CPR classes near him and found a competing "CPR Certification

Clearwater" listing for a Saturday class. On July 13, 2025, he emailed me asking whether CPR LLC had a second class in Clearwater on Saturdays, attaching the text exchange and his screenshot of the listing, and stating: "Also the logo is the same." CPR LLC did not have a second Clearwater location; the competing listing was Defendants'. True and correct copies of Mr. Saut's email and its attachments are attached as composite **Exhibit 26**:






48. Theodore James is a former CPR LLC instructor who taught classes for CPR LLC in Memphis, Tennessee. In early 2026, Mr. James applied for an instructor position in Greensboro, North Carolina through what he believed was CPR LLC's website, and he called me to confirm the details after he was contacted by someone he did not recognize. I told him the website he had used belonged to

Halabi, not to CPR LLC. Mr. James told me he had been certain the website was ours because it looked exactly like CPR LLC's site and used the same business name.

49. On July 13, 2026, Kenna McDermott submitted a message through the contact form on CPR LLC's Chicago website stating that she had taken "the BLS CPR training course on Sunday July 12th at 9:30 AM-12:30 PM" and had not received her certification card. CPR LLC did not hold that class. A true and correct copy of the message is attached as **Exhibit 23**.

**Loss of CPR LLC's Louisville and Chicago Google Listings**

50. On February 25, 2021, CPR LLC established office space at Yes Working, a co-working space at 965 Baxter Avenue, Louisville, Kentucky, and maintained a Google Business Profile listing for that location under the name "CPR Certification Louisville."

51. On January 18, 2022, Google notified CPR LLC that its CPR Certification Louisville Business Profile at 965 Baxter Avenue had been marked as a duplicate. A true and correct copy of Google's notice is attached as **Exhibit 30**:

Gmail CPR Louisville <cprlouisvillecert@gmail.com>

**CPR Certification Louisville's Business Profile is a duplicate**
1 message

**Google My Business** <googlemybusiness-noreply@google.com> Tue, Jan 18, 2022 at 1:57 AM
Reply-To: Google My Business <googlemybusiness-noreply@google.com>
To: cprlouisvillecert@gmail.com

Google My Business

## Your profile has been marked as a duplicate

CPR Certification Louisville at 965 Baxter Ave, Louisville, KY 40204, your Business Profile on Google has been marked as a duplicate. When you add a location that's already been verified in Google My Business, it won't appear on Google Maps and Search and will be marked as a "duplicate location" in your account.

To avoid confusion, and to make sure the correct Business Profile shows up on Google, remove the duplicate Business Profile in your Google My Business account today. If you'd like to get access to a profile that's already been verified, you can request ownership of it.

Visit Google My Business Help to learn more.

52. On January 28, 2022, Yes Working sent the following email to Halabi's Senior Operations Manager, Gayel Sabiduria (gayel@ucpra.org), blind-copying me, stating that Halabi's Company had "claimed an already existing Google business in my building." A true and correct copy is attached as **Exhibit 31**:

Gmail Doug J. <strat505@gmail.com>

**Re: Expected Start Date - CPR Classes**
1 message

**Yes Working Coworking Space** <yesworkinglouisville@gmail.com> Fri, Jan 28, 2022 at 9:23 AM
To: Gayel Sabiduria <gayel@ucpra.org>
Bcc: strat505@gmail.com

Good morning Gayel,

It's come to my attention that I already have a CPR Certification company at my cowork space. He has been paying since early last year.

I also found out that you guys claimed an already existing Google business in my building. I got a duplicate letter. I also found out you have been advertising that classes are being held in my space and you guys haven't paid?

Here's what you need to know. Ken is no longer on the door. I won't be doing business with you guys and you'll need to stop advertising my space.
Bottom line this is super shady and super unprofessional and I as an owner cannot in good faith be a part of this.

**The Yes Working Team**
**Yes Working Co-Work Space**
965 Baxter Avenue
Louisville, KY 40204
YesWorkingLouisville@gmail.com

53. As a result, CPR LLC's Louisville Google Business Profile listing was taken down and CPR LLC lost the listing, which was the primary way customers located CPR LLC's Louisville business, together with its accumulated customer reviews.

54. CPR LLC operates its Chicago business through the website cprcertificationchicago.com, which displays the Logo, and from its location at 4554 N. Broadway, Suite 309, Chicago, Illinois 60640. CPR LLC maintained a Google Business Profile listing for CPR Certification Chicago at that address. True and correct copies of CPR LLC's Chicago website as it appeared on October 26, 2026 are attached as **Exhibit 32**.

55. Halabi's Company operates a competing Chicago website, chicagocprclasses.org. I have viewed archived versions of that website on the Internet Archive's Wayback Machine (web.archive.org). From at least May 2022 through March 14, 2026, the website listed three locations: 4707 N. Broadway St., Chicago, Illinois 60640; 6734 S. Kedzie Ave., Chicago, Illinois 60629; and 100 W. Higgins Rd., Park Ridge, Illinois 60068. By April 15, 2026, the website began listing CPR LLC's address, 4554 N. Broadway Street, Suite 309, instead of the 4707 N. Broadway St. address.

56. On May 20, 2026, Google flagged CPR LLC's Chicago Google Business Profile listing at 4554 N. Broadway, Suite 309 as a duplicate, CPR LLC lost ownership of and access to the listing, and the listing began directing customers to Halabi's website. A true and correct copy of Google's duplicate

notice is attached as **Exhibit 34**. That same day, my counsel notified Halabi's counsel in writing.

57. On May 21, 2026, the live website still listed CPR LLC's address. True and correct copies of archived webpage printouts of the website dated May 15, 2022, February 25, 2024, November 16, 2025, March 14, 2026, and April 15, 2026, and a webpage printout of the website as it appeared on May 21, 2026, are attached as composite **Exhibit 33**. In each of those printouts, the website displays the Infringing Logo, with the word "CHICAGO," and the name "CPR Certification Chicago."

58. On May 21, 2026, the instructor with whom CPR LLC had worked at that location for years stopped permitting CPR LLC to hold classes there. On May 20, 2026, a Google search for CPR Certification Chicago showed the CPR Certification Chicago listing at CPR LLC's 4554 N. Broadway address linked to Halabi's website, chicagocprclasses.org, and its telephone number, (773) 912-0942. A true and correct copy of that search result is attached as **Exhibit 35**:




59. CPR LLC's Chicago listing has not been restored. Because CPR LLC's Google Business Profile was flagged as a duplicate, the website no longer appears on the first page of Google search results for "CPR Certification Chicago" either. CPR LLC's last Chicago order was placed on May 22, 2026.

## Harm

60. The Logo is how customers recognize CPR LLC. Most of CPR LLC's customers find it through Google search results and Google Business Profile listings, where a business appears as a name, a logo, and a list of reviews. Because Defendants operate under the same "CPR Certification [City]" names and a logo confusingly similar to the Logo, often in the same cities and sometimes at the same addresses, customers cannot reliably tell the two businesses apart, and CPR LLC has lost control over the reputation attached to the Logo.

61. Customers who intended to buy from CPR LLC have bought from Defendants instead, and customers who bought from CPR LLC have gone to or contacted Defendants, as described above. A customer who is diverted to Defendants becomes Defendants' customer, so CPR LLC usually learns of a diverted sale only when the customer calls or writes to CPR LLC, posts a review, or contacts one of CPR LLC's instructors, venues, or its training center. The instances described in this declaration are examples CPR LLC learned of, not every sale CPR LLC has lost.

62. Reviewers have posted complaints on CPR LLC's Google listings about classes and refunds that were not CPR LLC's, as described above. Those reviews lower the ratings customers see when they search for CPR LLC and attribute another business's service to CPR LLC.

63. CPR LLC lost its Louisville and Chicago Google Business Profile listings, together with the customer reviews accumulated on them, as described above. Those listings were the primary way customers found CPR LLC's business in those cities.

64. In some cities, CPR LLC has been unable to sustain its in-person business. In Raleigh, where Halabi's Company also operates a "CPR Certification Raleigh" website, CPR LLC has had difficulty keeping instructors and having Google treat its listing as a separate business, and CPR LLC has not had a Raleigh sale since June 2025. CPR LLC has not had a Louisville sale since June 2024 and no longer has a Louisville instructor. When CPR LLC's Google listings and search

rankings decline, its sales in that city decline, which has led CPR LLC to give up office locations and has left its instructors without classes to teach.

65. The confusion has also affected CPR LLC's ability to recruit instructors. In July 2023, I interviewed Daniel Afanador, a CPR instructor, to teach for CPR LLC. After searching for CPR LLC's Pittsburgh business, Mr. Afanador found a YouTube video advertising an online CPR certification that could be obtained in thirty minutes without leaving home and that was claimed to be accepted for any employment, including nursing. He believed the video was CPR LLC's, and he told me he would not work with a company making those claims. The video was Halabi's, not CPR LLC's, and I had to explain to him that CPR LLC does not offer that certification. As described above, a former CPR LLC instructor applied for a position through Defendants' website believing it was CPR LLC's.

66. Since February 2021, I and CPR LLC have spent substantial time and money identifying and responding to the confusion, including searching CPR LLC's records to determine whether a complaining customer was ours, responding to misdirected complaints and reviews, responding to the January 2023 cease-and-desist letter and to Bayside's December 2023 compliance notice, and explaining to customers, instructors, venue partners, and CPR LLC's training center that Defendants are not affiliated with CPR LLC. This harm is ongoing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 28, 2026.

DocuSigned by:
Douglas K. Joos, Jr.
956C95DA80A64DA...

Douglas K. Joos, Jr., individually and on behalf of CPR LLC