# EXHIBIT 3

Email of March 15, 2016 showing the Logo

000144

Gmail

Doug J. <strat505@gmail.com>

## Cowork Tampa Rewiew

**Doug J.** <strat505@gmail.com> Tue, Mar 15, 2016 at 1:37 PM
To: The Swift Gift <theswiftgift@gmail.com>

Cowork Tampa has been the perfect place for CPR Certification Tampa to call home. The flexable hours and great looking spaces help our BLS CPR training classes look professional and live up to our standards of excelence in education.

CERTIFICATION CPR TAMPA

**cpr-certification-tampa-logo.png**
39K