# EXHIBIT 4

Individual Declaration Testimony of Sami Halabi (TTAB Jan. 23, 2024)

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1335807** |
| Filing date: | **01/23/2024** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91276058 |
| Party | Plaintiff<br>CPR Certification LLC |
| Correspondence address | BRITTANY J. MAXEY-FISHER<br>MAXEY-FISHER, PLLC<br>100 SECOND AVENUE SOUTH<br>SUITE 401N<br>ST. PETERSBURG, FL 33701<br>UNITED STATES<br>Primary email: ttab@maxeyfisher.com<br>Secondary email(s): laura@ucpra.org, rich@ucpra.org, JSchifino@gunster.com, bmaxeyfisher@maxeyfisher.com, director@ucpra.org, hkebler@maxeyfisher.com<br>727-230-4949 |
| Submission | Testimony For Plaintiff |
| Filer's name | Brittany J. Maxey-Fisher |
| Filer's email | ttab@maxeyfisher.com, bmaxeyfisher@maxeyfisher.com, hkebler@maxeyfisher.com |
| Signature | /Brittany J. Maxey-Fisher/ |
| Date | 01/23/2024 |
| Attachments | sami halabi personal.pdf(4777269 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Application Serial No. 97/016,512
Published: March 08, 2022

| | |
|---|---|
| CPR Certification, LLC,<br>Opposer,<br><br>v.<br><br>CPR, LLC,<br><br>Applicant. | Proceeding No. 91276058 |

**TESTIMONY DECLARATION OF MR. SAMI HALABI**

I, Sami Halabi, hereby declare under penalty of perjury as follows:

1. I have personal knowledge of the matters set forth herein and can testify competently thereto.
2. I, Sami Halabi, declare that I am the Founder, Chief Executive Officer, and Authorized Member of CPR Certification, LLC ("Opposer"). Opposer is a business providing CPR certification and First Aid training in addition to other certification services in the medical health and wellness space ("Opposer's Services").
3. I am also an Authorized Member of 842 Industries LLC, which operates as the owner and parent company of Opposer.
4. I have significant experience in the CPR training industry, with nearly ten years of experience in training and certification of cardiopulmonary resuscitation and other related

health services and have served in roles ranging from instructor to Chief Executive Officer for CPR related businesses.

5. In 2015, I endeavored to increase my presence in the CPR training industry and took steps to increase my web presence and brand identity.

6. I posted to Facebook, seeking assistance in the creation of a website for my business. Mr. Douglas Joos ("Joos"), whom I have known since high school, saw my post on Facebook and messaged me in response to my Facebook post seeking a website designer to assist in the creation of a website for CPR related services. Attached hereto as **Exhibit A** is a true and correct copy of the Facebook message.

7. After the initial Facebook communications, in 2015, I hired Joos to perform web design for my CPR business.

8. On September 08, 2015, I commissioned the logo (the "Initially Commissioned Logo") from a Fiverr artist named "antonclevela97". Attached hereto as **Exhibit B** is a true and correct copy of correspondence between antonclegela97 and I regarding the creation of the Initially Commissioned Logo.

9. On September 14, 2015, I emailed Joos presenting the Initially Commissioned Logo, which I had commissioned from Fiverr. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence between Joos and I wherein I presented him the Initially Commissioned Logo.

10. For the web design, Joos reorganized the logo by removing the term "PULSE", changing the term "CERTIFIED" to "CERTIFICATION", and centering "CERTIFICATION"

above the term "CPR". Joos and I finalized the amended logo ("Fit Industries Logo").

11. Once the logo was finalized, Joos and I began using the Fit Industries Logo in or about late 2015 for CPR related services.

12. In early 2017, I began preparations to officially organize my CPR business in the State of Florida. Joos' basic knowledge of website development is what made me inclined to request his assistance in growing my CPR business.

13. On February 17, 2017, Articles of Incorporation were filed for Fit Industries, LLC ("Fit Industries") and the business was organized under the laws of Florida and registered with the Florida Department of State, Division of Corporations as a Florida Limited Liability Company. Joos and I were the only Authorized Members of Fit Industries.

14. I served as the Founder, COO, and an Authorized Member of Fit Industries and used my several years of experience in the CPR training industry to grow the company.

15. After opening several locations, in 2019, Joos and I discussed via email expanding Fit Industries into additional metropolitan areas each compiling lists of major areas. As the business grew, additional verbal discussions of further expansion into major metropolitan areas took place. Attached hereto as Exhibit D is a true and correct copy of an email thread between Joos and I dated June 23, 2019 discussing cities for possible expansion. Attached hereto as Exhibit E is a true and correct copy of an email dated December 12, 2019 wherein I sent Joos a list of cities arranged by population.

16. In mid 2020, Joos and I had multiple disagreements over the running of the business, including the hiring of employees and personnel, and the company's financial, tax, and

loan arrangements. In turn, Joos and I decided to dissolve Fit Industries as of November 03, 2020.

17. Subsequent to our business disagreements, I no longer desired to remain in business with Joos, and it is my belief that Joos desired to part ways as well. Dissolving the business allowed us to part ways and move forward.

18. To wind up the business, Joos and I began negotiating a dissolution agreement.

19. Both Joos and I were represented by Counsel, and after two (2) meditations and four (4) months of negotiations, Joos and I entered into and signed the Dissolution Agreement on February 08, 2021.

20. The Dissolution Agreement dissolved Fit Industries in its entirety, leaving no successors, and terminated all privileges, obligations, and interests as members in Fit Industries for both Joos and myself. We agreed to certain obligations that were set forth in the Agreement to ensure a smooth winding up of the business.

21. The Agreement was agreed to by both parties on February 08, 2021, as evidenced by the signature of Joos and myself, each in our individual capacities and each as member of Fit Industries. At the time I signed the Dissolution Agreement, I understood the purpose of the Dissolution Agreement to be to dissolve Fit Industries, transfer certain limited property to Joos or myself, and to convey certain obligations and rights to the Parties. The signature block is reproduced below.

**IN WITNESS WHEREOF**, the Members hereto have caused this Agreement to be executed, both individually and on behalf of Fit, and effective as to the date written above.

**Fit Industries, LLC**

By: ______________________
Sami Halabi, Individually and as Member

Date: 02/08/2021

By: ______________________
Douglas K. Joos, Individually and as Member

Date: 2/8/21

22. I understand the Dissolution Agreement to be the final Agreement of the Parties regarding the dissolution of Fit Industries LLC. I do not believe there are any provisions unintentionally omitted from the Dissolution Agreement and I believe that the Agreement captures the agreed upon literal terms as negotiated in good faith mediation. I do not believe that there was anything additional discussed during the negotiation process that should have been included in the drafting of the Agreement. I was not a party to any additional Agreements, such as Assignment Agreements or License Agreements.
23. I believe the Agreement represents the intent of the parties in full. It is my understanding the Agreement merges the prior negotiations of the Parties into the final Agreement as executed on February 08, 2021. I do not believe there were any outstanding issues of the Parties at the time the Agreement was executed that were not resolved by the provisions of the Agreement.
24. The Articles of Dissolution for Fit Industries were filed with the State of Florida on March 25, 2021.
25. Under the Dissolution Agreement, the CERTIFICATION CPR ("Fit Industries Logo") logo was to become the sole and exclusive property of Joos.

26. The Agreement stated in relevant part that Joos was to receive the logo. The relevant portion of Section 7 of the Dissolution Agreement is reproduced below.

> 7. Ownership of Company Logo. The Members agree that the Company's current logo as seen on the websites currently operated by Fit shall become the sole and exclusive property of Joos. Halabi may use the words "CPR," "Certification," and the unique city name in a new logo,

27. Applicant was not granted any rights to the Fit Industries Logo, Applicant was not a signatory to the Dissolution Agreement, and Applicant was not yet in existence, formed, or organized as a business.

28. There were no discussions regarding the transfer of the goodwill of the Fit Industries Logo to any human or entity. The Dissolution Agreement did not transfer the goodwill in the Fit Industries Logo from Fit Industries to Joos, myself, Applicant, or Opposer. I had not intention and I do not believe that Joos intended for the goodwill in the Fit Industries Logo to transfer to Joos because we were dissolving the entity and the rights and extinguishing the privileges and obligations through Fit Industries' dissolution.

29. As of the effective date of the Dissolution Agreement, Joos and myself were moving on from the Fit Industries, each started beginning our own separate and unique entities and I believe we both wished to go our own ways.

30. In effectuating the dissolution in accord with the Agreement, Fit Industries destroyed and disposed of its company credit cards, cancelled the email service which included the customer service and director of operations email acting the central command and communication hub for Fit Industries naturally containing information related to Fit Industries such as its customer list, and performed other actions winding up the company.

31. Fit Industries LLC had an email address, cprdirector1@gmail.com, which was a shared email address used by Fit Industries, through Joos and I, to send communications to customers.

32. The actions Fit Industries took in light of the dissolution included cancelling of the email service thereby destroying the customer list, all communications with customers on behalf of Fit Industries, Fit Industries' Google Drive, Fit Industries' proprietary information, and other pertinent Fit Industries documents and communications.

33. To the best of my knowledge and belief, as agreed in the Dissolution Agreement, the email address was deleted on the date required by the Dissolution Agreement and is no longer in use.

34. Without the email address and other Fit Industries documents and communications, Fit Industries' business communications effectively ceased at this point.

35. Since Fit Industries would be fully dissolved and cease to exist or do any kind of business, Joos and I split the geographic areas where Fit Industries had previously been operating.

36. The "split" of these geographic areas was negotiated in connection with the Dissolution Agreement and the results of the "split" were attached to that Agreement.

37. From February 08, 2021, until February 08, 2022 ("Restricted Period"), the Dissolution Agreement of Fit Industries limited the geographic scope and restricted the territory of the competitive activities of Joos and I.

38. The Dissolution Agreement prohibited Joos and I from conducting business in eleven (11) territories each received (22 total) as result of dissolution (for my received

territories, the "Halabi Territories"; for Joos' received territories, the "Joos Territories"; collectively the "Restricted Territories") for the duration of the Restricted Period.

39. A Restricted Territory under the Dissolution Agreement is defined in Section 5 as "The geographic area in which competition is prohibited includes the county in which the domain name city for each Distributed Website is located." The relevant portion of Section 5 of the Dissolution Agreement can be found below.

> 5. Post Dissolution Restrictive Covenant.
>
> The Members acknowledge and agree that each of them has a legitimate business interest in protecting the active Distributed Websites they receive through this Agreement, and that reasonable protection includes a restriction on the other Member's engaging in Prohibited Activities (as defined below) within the geographic area of the market served by the business operated under each Distributed Website. The geographic area in which competition is prohibited includes the county in which the domain name city for each Distributed Website is located (the "Restricted Territory"). The Members acknowledge and agree that the geographic scope of the Restricted Territory is reasonable in light of the scope of the business operated by the Company.

40. The assignment of these territories was set forth in Schedule 3 of the Dissolution Agreement, which we both agreed to and initialed, and is included below.

SH DJ

**SCHEDULE 3**

1. The non-cash assets include operating and non-operating Domain Names are as follows:

| | Operating Businesses (noncompete provisions apply) | Assigned |
|---|---|---|
| | cprcertificationatlanta.com | Halabi |
| SH | cpircertificaitonaustin.com CPR | Halabi |
| SH | cpircertificaitoncharlotte.com CPR | Halabi |
| | cpircertificaitonclearwater.com | Joos |
| SH | cprcertificationDallas.~~com~~ .ORG | Halabi |
| | cprcertificationElPaso.com | Joos |
| | cprcertificationFortLauderdale.com | Halabi |
| | cprcertificationFortWorth.com | Joos |
| SH | cprcertificationHouston.~~com~~ .ORG | Halabi |
| | cprcertificationJacksonville.com | Joos |
| | cprcertificationLasVegas.com | Joos |
| | cprcertificationMemphis.com | Joos |
| | cprcertificationMiami.com | Joos |
| | cprcertificationNewOrleans.com | Joos |
| | cprcertificationOrlando.com | Halabi |
| | cprcertificationPhoenix.com | Halabi |
| | cprcertificationSanAntonio.com | Halabi |
| | cprcertificationStlouis.com | Joos |
| | cprcertificationTallahassee.com | Joos |
| | cprcertificationTampa.com | Joos |
| | cprcertificationTucson.com | Halabi |
| | cprcertificationWestpalmbeach.com | Halabi |
| | | |
| | **Non-operating Businesses (noncompete provisions DO NOT apply)** | **Assigned** |
| | cprcertificationaugusta.com | Halabi |
| SH | cprcertificationbostoncom | Halabi |
| | cprcertificharlestoncom | Joos |
| | cprcertificationchicagocom | Joos |
| SH | cprcertificationDenvercom | Halabi |
| | cprcertificationnashvillecom | Joos |
| | cprcertificationOmaha.com | Halabi |
| | cprcertificationPhiladelphiacom | Joos |
| | cprcertificationPortlandcom | Joos |
| SH | cprcertification~~Raliegh.com~~ Raleigh.com | Halabi |
| | cprcertificationSeattle.com | Joos |
| | cprcertificationWesleyChapel.com | Halabi |

41. Under the Agreement, Joos and I agreed that we would not perform services, have an ownership interest in, or engage in any other acts of competition based upon the restrictions in the Agreement during the Restricted Period. Joos and I agreed the Restricted Period would be from February 08, 2021, to February 08, 2022. The relevant portion of Section 5 of the Dissolution Agreement can be found below.

The Members hereby agree that they will not, in any Restricted Territory, during the twelve (12) month period following the Effective Date of this Agreement ("Restricted Period") engage in, be associated with, employed by, perform services for or have any type of ownership interest in, directly or indirectly, a business in any manner similar to, or in competition with, the Company's business of providing training and certification for CPR, First Aid, and Bloodborne Pathogen ("Fit's Business Services"), or other acts of competition which include, (i) the pursuit of customers through the use of websites or by any other means where such customers are solicited for any Fit's Business Services in the other Member's Restricted Territory, and (ii) setting up training sites in the other Member's Restricted Territory (collectively "Prohibited Activities"). Prohibited Activities do not include the ownership of domain names that are not in active use. For sake of clarity, this Agreement does not prohibit either Member from selling CPR training as part of a more expansive training program such as Certified Nurse Assistant in the other Member's Restricted Territory, and does not prohibit either Member from conducting online CPR training. Halabi and Joos agree that they will not advertise for online training for any of Fit's Business Services in the other Member's Restricted Territory.

42. In choosing these territories and through the negotiations of the Dissolution Agreement, it is my recollection we discussed the importance of the Restricted Period in each of our Restricted Territories. This was particularly important as we both retained the ability to use the terms "CPR" and "CERTIFICATION".

43. During the Restricted Period Joos nor I could engage in training or certification for CPR, First Aid, and Bloodborne Pathogen, as Fit Industries had done. Joos and I also could not perform acts of competition in the Restricted Territories of the other party, and each could not target customers through the use of websites or by any other means in the Restricted Territories of the other party. Joos and I could not set up training sites in the Restricted Territories of the other party.

44. Fit Industries only offered live-in-person training services and did not offer online training services. Because of this, Joos and I agreed that each of us could offer online training and CPR certification services, but we could not advertise for any online training services to ensure we did not encroach on the Restricted Territories of the other party.

45. Joos was not allowed to offer CPR related services in the Halabi Territories and I was not allowed to offer CPR related services in the Joos Territories during the Restricted Period.

Thus, Joos or an entity Joos was affiliated with, such as Applicant, was not permitted to offer, use, or advertise for CPR related services whether he used the Fit Industries Logo or any other logo.

46. Joos was a signatory to the Dissolution Agreement and the principal of Applicant, thus he was keenly aware of his obligations he undertook to refrain from acts of competition in the Restricted Territories for the Restricted Period.

47. Because of the negotiations and the subsequent Agreement Joos knew he was not allowed to use, not permitted to offer, and not permitted to advertise for CPR related services whether he used the Fit Industries Logo or any other logo in the Halabi Territories during the Restricted Period.

48. I believed I was not to offer, perform, or advertise for those services in the Joos Territories during the Restricted Period and I did not. I advised my team not to offer, advertise, or perform services in the Joos Territories during the Restricted Period as well.

49. Because of the obligations under the Dissolution Agreement, I did not execute any contractual agreements regarding any physical locations or training sites in the Joos Territories during the Restricted Period, I did not deploy or have any training instructors teaching CPR training on behalf of Opposer in the Joos Territories during the Restricted Period, and abstained from any marketing efforts to ensure we didn't have any presence in the Joos Territories during Restricted Period.

50. The Dissolution Agreement prohibited the offering, advertising, rendering, or otherwise conveying to the public or consumers that a party conducts business within the Restricted Territories during the Restricted Period.

51. There is a significant number of consumers that are reachable by advertising in the Restricted Territories.

52. The Dissolution Agreement prohibited competitive activities in the Restricted Territories during the Restricted Period, which was understood to include—but was not limited to—marketing, google listings, billboards, print marketing, any public-facing awareness of the company, and other brand-awareness efforts to consumers. I believe filing a trademark application and seeking registration thereof was a pubic-facing brand awareness effort by Joos.

53. Because of the restrictions in the Agreement, I waited to file Opposer's Trademark Application until after the Restrictive Period expired due to the Dissolution Agreement's prohibition on competitive activity.

54. In the Dissolution Agreement, Joos and I agreed that I was able to use the words "CPR" and "CERTIFICATION", as well as the city name in a new logo. The relevant portion of Section 7 of the Dissolution Agreement is included below.

> Joos. Halabi may use the words "CPR," "Certification," and the unique city name in a new logo, but the design (as used for the websites operated by Halabi, and as used in other documents and materials for the operation of the business, such as Certificates of Completion and business cards) cannot incorporate the logo and must be different than the one currently used by Fit. Joos and

55. Because the Dissolution Agreement expressly stated I could use those terms, Joos never had the exclusive right to the literal element "CPR", or the literal element "CERTIFICATION", as the Dissolution Agreement allowed both parties to "CPR", "CERTIFICATION", or the combination at any point in time. Rather, I, and any associated entities, have always had the right to use the literal element "CPR", the literal element "CERTIFICATION".

56. In compliance with Paragraph 8 of the Dissolution Agreement, I took deliberate actions to differentiate his websites from those Joos retained under Fit Industries. On February 22, 2021, I changed the hero image across all my platforms. Additionally, I replaced the three icon images above the words "BLS CPR Classes," "CPR + First Aid Training," and "Group Lessons and Private Training" to further differentiate the sites so that a reasonable person viewing websites operated by me would not be confused that the websites were operated by the same company as the ones operated by Fit Industries. My primary intent throughout the redesign and content modifications was to improve the look of my websites and honor the Dissolution Agreement and, consequently, I refrained from any actions that could be construed as a breach of the Dissolution Agreement.

57. On March 17, 2022, I received a Letter from Joos' Counsel demanding I cease and desist using Opposer's Mark and alleged I was infringing on Joos' trademark and copyright rights ("Demand Letter"). The Demand Letter alleged I was infringing on Joos' rights in and to the Fit Industries Logo.

58. As a result of this letter, I am now the named party in an ongoing litigation suit brought by Applicant in state court in addition to being involved in the instant proceeding.

Pursuant to 28 U.S.C. § 1746, I, Sami Halabi, declare under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2024

By: /Sami Halabi/
Sami Halabi

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2024, a true and correct copy of TESTIMONY DECLARATION OF SAMI HALABI has been served in its entirety via electronic mail on the attorneys of record.

Dated: January 23, 2024

/Brittany J. Maxey-Fisher/
Brittany J. Maxey-Fisher, Esq.
Florida Bar Number: 44,586
Patent Bar Number: 57,624
bmaxeyfisher@maxeyfisher.com
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401 N
St. Petersburg, Florida 33701
(727) 230-4949
ttab@maxeyfisher.com
*Attorney for Opposer*

*CPR Certification, LLC, v. CPR, LLC*

Opposition No. 91276058

Offering Party: CPR Certification, LLC

**Halabi Declaration**

**Exhibit A**

fiverr.

Find services

REQUIREMENTS SUBMITTED | DELIVERY SUBMITTED | ORDER **COMPLETED**




## Create 2 stunning logo designs

**$5.50**

Seller: antonclevela97 | Order: #FO424940A1F1 | September 08, 2015 | View Invoice

Show Less

| Item | Quantity | Duration | Amount |
|---|---|---|---|
| create 2 stunning logo designs | 1 | 5 Days | $5 |
| **Subtotal** | | | **$5** |
| Service Fee | | | $0.50 |
| | | **Total** | **$5.50** |

Order (
The ord
complet
the sam
or conta
Click he

Something
Check out

Having
order?
Resolut

**ORDER REQUIREMENTS**
You've filled out the requirements

Hide requirements

**1. Tell us the details : Text in logo,slogan (if any),color scheme,sample logo designs you like,and the type file you want (jpg/png/eps/cdr/ai).**

First logo:

I need it to say Pulse Certified CPR. I attached an attachment of roughly what I would like the logo to look like. I like red colors, looks more official. Need it to be long rather than tall (for website purposes).
I want it to be a PNG high resolution. 600 pixels per inch. 8 inches X 10 inches
slogan: If you GOT a pulse you can GET a pulse

2nd logo: I need it to say:
Deep Cut Tanks
See attched for what I want logo

**ATTACHMENTS**

7.png (128 KB)

20150908_... (1.26 MB)

**Order Started** | Delivery due on: Sep 13, 2015

**Me**

2nd logo (continuation): png file high resolution 600 pixels per inch (8inches by 10 inches) . make it more wide than tall

19:48 September 08, 2015

---

**Me**

for 2nd logo, I am going to leave the color schematics up to you as I have nothing in mind. But I want it to be authoritative yet, fun. And what I attached for the 2nd logo doesn't necessesarily have to be like that, I just wanted to give you an idea to start with. If you can find a way to stick scissors in their, maybe around where it says "cut" , go for it, but if you do not like the scissor idea or you cannot fit it, do not worry about it. There is a play on words with the word CUT, there is the fact that these tanks are CUT and that they will make you look CUT (ripped, aka in shape) so maybe play off that

12:37 September 10, 2015

---

**HERE'S YOUR DELIVERY!**

This order will be marked as complete in 3 days.

**antonclevela97**

Hi studbucket ,

Thanks for waiting. Kindly find your designs on the attachment and please do let me know what you think. :)

Kind regards,

Anton

**DELIVERED FILES**

- studbucket.png (17.9 KB)
- studbucke...png (23.1 KB)

13:48 September 12, 2015 | Report

---

**Me**

for pulse certified, i would like the Pulse to be the focus, with the squiggle heart beat going thru the P in pulse or the whole word pulse, instead of being associated with CPR. So , ya, I would like the PULSE to be the attention getter, I still would like the CPR to be pretty darn obvious too. let me know what you come up with

11:14 September 13, 2015

**REVISION REQUESTED**

A revision request was sent.

---

**Me**

and on deep cut tanks logo, i love the logo you sent me so keep the file saved but let's try having DEEP be REALLY tall maybe going thru the whole torso. attached is example of a tall DEEP.

And maybe the arms look kind of like a lobster if you dont focus on the logo so maybe try something to make it not look like that, but if the DEEP distracts enough, maybe keep the arms the same.

And please on both logos please do not put them publically or privately in your portfolio because all my legal work is not done on them yet. thank you.

**ATTACHMENTS**

logo_idea3.j... (22.9 KB)

Placed

Provide

Order i

Review

Order (

The ord
complet
the sam
or conta
Click he

Something
Check out

Having
order?
Resolut

11:44 September 13, 2015



**antonclevela97**
Hi There,

Revision Confirmed.
We'll send the file once it's ready :)

best regards

Anton

00:44 September 14, 2015 | Report

**HERE'S YOUR DELIVERY!**
This order will be marked as complete in 3 days.



**antonclevela97**
Hey,

Here we go :)
kindly check the attachment

best regards

Anton

**DELIVERED FILES**

studbucke...png (24.5 KB)
studbucke...png (13.3 KB)

05:55 September 14, 2015 | Report



**Me**
PULSE font is too "BLOCKISH". possibly try a black outline on PULSE and the heart.

I like the size and spacing of everything though

DEEP CUT TANK 's initial logo was perfect

00:06 September 16, 2015

**REVISION REQUESTED**
A revision request was sent.



**antonclevela97**
Hi There,

Revision Confirmed.

We'll send the file once it's ready :)

best regards

Anton

01:20 September 16, 2015 | Report

**HERE'S YOUR DELIVERY!**

Placed
Provide
Order i
Review
Order (
The ord
complet
the sam
or conta
Click he

Something
Check out

Having
order?
Resolut

This order will be marked as complete in 3 days.

**antonclevela97**
Hey,

Here we go :)
kindly check the attachment and please do let me know what u think

best regards

Anton

DELIVERED FILES

studbucke...png (15.7 KB)

05:48 September 16, 2015 | Report

**Me**
GREAT!

Could you kindly put the slogan

If you got a pulse, you can get a pulse

got and get italicized

just place that underneath the logo, fitting all on one line

------------

and also can I have the pulse be a little bit thicker (thicker white, thicker black) ...just a LITTLE BIT

12:30 September 16, 2015

REVISION REQUESTED
A revision request was sent.

- Placed
- Provide
- Order i
- Review
- Order (

The ord
complet
the sam
or conta
Click he

Something
Check out

Having
order?
Resolut

HERE'S YOUR DELIVERY!
This order will be marked as complete in 3 days.

**antonclevela97**
Hey,

Here we go :)
kindly check the attachment and please do let me know what u think

best regards

Anton

DELIVERED FILES

studbucke...png (19.5 KB)

05:41 September 17, 2015 | Report

**Me**
that is absolutely perfect!!!!!!!!!!

16:33 September 17, 2015

REVISION REQUESTED
A revision request was sent.

**antonclevela97**
Are you need modification sir?

17:00 September 17, 2015 | Report

HERE'S YOUR DELIVERY!

This order will be marked as complete in 3 days.

antonclevela97

Thank you sir :)

17:05 September 21, 2015 | Report

ORDER COMPLETED!

This order is complete. Click here to contact the seller.

Placed

Provide

Order i

Review

Order (

The ord
complet
the sam
or conta
Click he

Something
Check out

Having
order?
Resolut

## Frequently bought together

Check out these supplementary Gigs based on your order.

jacobbx

I will design creative logo for your company

5.0 (7)

STARTING AT $30

romisriyoool
Top Rated Seller

I will do modern minimalist logo design

5.0 (1k+)

STARTING AT $25

graphics_blast1
Level 2 Seller

I will design a unique retro vintage logo

4.9 (221)

STARTING AT $25

salvatorerotolo
Top Rated Seller

I will design your handwritten splattery log...

5.0 (1k+)

STARTING AT $70

roksanabegum
Level 2 Seller

I will do modern minimalist luxury and elegant gold...

5.0 (141)

STARTING AT $5

adi_graphics196
Level 2 Seller

I will design premium monogram logo and initia...

4.9 (1k+)

STARTING AT $30

*CPR Certification, LLC, v. CPR, LLC*

Opposition No. 91276058

Offering Party: CPR Certification, LLC

**Halabi Declaration**

**Exhibit B**

**Sami Withani**
May 18, 2015 ·

Hey YOLO freakazoids out there! Hope everyone is enjoying life:

I am looking for a graphics/word art and website person. I need someone laid back and ready to take on a simple 1,2,3 , easy project and have me up and going as soon as possible. we're talking 4 page-website and i need a logo and word art stuff.

It would be a plus if you could give me a tutorial on how to edit on Sony VEGAS 13.0 OR Any platform for that matter.

Name your price

1 — 3 Comments

Like Comment Share

**Kari Wolf**
Eric Putz
Like Reply 6y

**Doug Joos Jr**
Sami.. This is what I do all day every day
6y

**Sami Withani**
Dougie smalls, hit me up on private message. looks like u got urself some business.
Like Reply 6y

Write a comment...

*CPR Certification, LLC, v. CPR, LLC*

Opposition No. 91276058

Offering Party: CPR Certification, LLC

**Halabi Declaration**

**Exhibit C**

Gmail

logos

# let me know if there is still some stuff you need to start

Inbox ×

**The Swift Gift** <theswiftgift@gmail.com>
to Doug

Mon, Sep 14, 2015, 1:53 PM

first three photos are an example of the same deep cut tank (all the way deep cut with unexposed back)

www.occpr.org is my orlando cpr site that I never optimized. I will want to modify some of the content cause some of the sentences are run-ons and some of it looks like a 13 year old wrote it, but there it is for a rough estimate of what I want the CONTENT to look like, not the actual website.

The ACTUAL website I want to have all the social media icons such as this site http://lifesaverteamcpr.com/ . The social media icons can be in any location you deem fit. The thing I do NOT like about this site that I just sent you, is I like there to be actual TAB looking TABS and not just text where you click, if that makes any sense. I want there to be a blog tab along with the basic register tab , about us , contact us, etc.
this is my buddy in tampa's active site http://www.tccpr.org/
The only thing I LIKE about his site is the simplicity. I like how it shows the two times the classes are held on the front page (and the fact that they are links that take you to the paypal shop buttons)
. He has the tabs on the left hand side instead of the top. I'm going to leave that up to you as far as where you feel the tabs should go.

Attached also are all the logos:
The bigger DEEP of the two DEEP CUT TANK logos is the revised one, but I dont know if I like it better than the original one. I think the smaller DEEP logo is the better one. What do you think?

The pulse certified logo where the heart is on the left said is the revised. Let me know which one you like better of the two and also if you think any logos need revisions including the DEEP CUT TANKS logos.

I'm going to meanwhile get those shirts made and photographed.

Sami
813 505 3277

**8 Attachments** • Scanned by Gmail








DEEP CXT TANKS

DEEP CXT TANKS

LA CPR

PULSE CERTIFIED CPR

PULSE CERTIFIED CPR

CPR CERTIFICATION 000073 (Confidential)

*CPR Certification, LLC, v. CPR, LLC*

Opposition No. 91276058

Offering Party: CPR Certification, LLC

**Halabi Declaration**

**Exhibit D**

Gmail

Doug J. <strat505@gmail.com>

## 51 Cities

20 messages

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 10:42 AM
To: CPR Director <cprdirector2@gmail.com>

| |
|---|
| Tampa |
| Orlando |
| San Antonio |
| Miami |
| Fort Lauderdale |
| Clearwater |
| Atlanta |
| Dallas |
| Houston |
| Jacksonville |
| Fort Worth |
| West Palm |
| El Paso |
| Austin |
| Memphis |
| Las Vegas |
| Phoenix |
| Augusta |
| Boston |
| Birmingham |
| Bradenton |
| Charlotte |
| Charleston |
| Chicago |
| Columbia |
| Columbus |
| Fort Myers |
| Gainesville |
| LakeLand |
| Brandon |
| Saint Pete |
| St Louis |
| springhill |
| indianapolis |
| philidephia |
| seatle |
| portland |
| denver |

| |
|---|
| tuscon |
| mesa |
| arlington |
| milwalkie |
| raleigh |
| baltimore |
| *Albuquerque* |
| Louisville[l] |
| *Omaha* |
| tulsa |
| minneapolis |
| new orleans |

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 12:07 PM
To: "Doug J." <strat505@gmail.com>

nice, ill put this on my wall. where did u get this list from
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 12:12 PM
To: CPR Director <cprdirector2@gmail.com>

i went through cities.. some of the florida ones might not pan out.. but its a start
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 12:13 PM
To: "Doug J." <strat505@gmail.com>

send me indeeds for christine #2
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 12:16 PM
To: CPR Director <cprdirector2@gmail.com>

we dont have a job description or anything like that written sooo thats not exactly doable at the moment
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 12:16 PM
To: CPR Director <cprdirector2@gmail.com>

write a job description
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 12:18 PM
To: "Doug J." <strat505@gmail.com>

Looking for Director of Operation. Duties include running day-to-day company operations that involved everything from business to business correspondence, to managing on-going inventory, managing personnel/staff, customer service supervision , and much more
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 12:32 PM
To: CPR Director <cprdirector2@gmail.com>

they are gonna start as glorified phone operator.. also paid as a contractor.. lots of stuff has to be inserted there
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 12:34 PM
To: "Doug J." <strat505@gmail.com>

ok tweak it as u deem fit
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 12:35 PM
To: "Doug J." <strat505@gmail.com>

pluses: "work from home"
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 12:52 PM
To: CPR Director <cprdirector2@gmail.com>

first thing we need to scout offices.. lots of offices... they need time to age too before we hire anyone.. were not even at 25 yet
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 1:01 PM
To: "Doug J." <strat505@gmail.com>

ya but we need christine #2 as backup and to fill in on her days off ,etc
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 1:05 PM
To: CPR Director <cprdirector2@gmail.com>

they are not going to over lap... they will each have their own branches... if shes off your doing more.. that is just the way it is. there is 0 people who will take a day time part time as needed job.. not happening
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 1:11 PM
To: "Doug J." <strat505@gmail.com>

ok when we're big enough we gotta have coverage eventually
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 1:11 PM
To: "Doug J." <strat505@gmail.com>

someway some how
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 1:12 PM
Draft To: CPR Director <cprdirector2@gmail.com>

if there needs to be some kind of a floater eventually fine.. we will talk..
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 1:13 PM
To: "Doug J." <strat505@gmail.com>

just like how we have some backup instructors that only work 2 hours a month
[Quoted text hidden]

---

**Doug J.** <strat505@gmail.com> Sun, Jun 23, 2019 at 1:16 PM
To: CPR Director <cprdirector2@gmail.com>

get one of them ready to take extra calls if needed
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 1:36 PM
To: "Doug J." <strat505@gmail.com>

ok put out add
[Quoted text hidden]

---

**CPR Director** <cprdirector2@gmail.com> Sun, Jun 23, 2019 at 2:37 PM
To: "Doug J." <strat505@gmail.com>

just updating , ive gone thru every indeed application except ones that came in yesterdays and todays
[Quoted text hidden]

*CPR Certification, LLC, v. CPR, LLC*

Opposition No. 91276058

Offering Party: CPR Certification, LLC

**Halabi Declaration**

**Exhibit E**

Gmail

Doug J. <strat505@gmail.com>

## there's your list - let's role fool

1 message

**CPR Director** <cprdirector2@gmail.com> Thu, Dec 12, 2019 at 8:03 PM
To: "Doug J." <strat505@gmail.com>

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *New York*[d] | New York | 8,398,748 | 8,175,133 | +2.74% | 301.5 sq mi | 780.9 km$^2$ | 28,317/sq mi | 10,933/km$^2$ | 40.6635°N 73.9387°W |
| 2 | *Los Angeles* | California | 3,990,456 | 3,792,621 | +5.22% | 468.7 sq mi | 1,213.9 km$^2$ | 8,484/sq mi | 3,276/km$^2$ | 34.0194°N 118.4108°W |
| 3 | *Chicago* | Illinois | 2,705,994 | 2,695,598 | +0.39% | 227.3 sq mi | 588.7 km$^2$ | 11,900/sq mi | 4,600/km$^2$ | 41.8376°N 87.6818°W |
| 4 | *Houston*[3] | Texas | 2,325,502 | 2,100,263 | +10.72% | 637.5 sq mi | 1,651.1 km$^2$ | 3,613/sq mi | 1,395/km$^2$ | 29.7866°N 95.3909°W |
| 5 | ***Phoenix*** | Arizona | 1,660,272 | 1,445,632 | +14.85% | 517.6 sq mi | 1,340.6 km$^2$ | 3,120/sq mi | 1,200/km$^2$ | 33.5722°N 112.0901°W |
| 6 | *Philadelphia*[e] | Pennsylvania | 1,584,138 | 1,526,006 | +3.81% | 134.2 sq mi | 347.6 km$^2$ | 11,683/sq mi | 4,511/km$^2$ | 40.0094°N 75.1333°W |
| 7 | San Antonio | Texas | 1,532,233 | 1,327,407 | +15.43% | 461.0 sq mi | 1,194.0 km$^2$ | 3,238/sq mi | 1,250/km$^2$ | 29.4724°N 98.5251°W |
| 8 | San Diego | California | 1,425,976 | 1,307,402 | +9.07% | 325.2 sq mi | 842.3 km$^2$ | 4,325/sq mi | 1,670/km$^2$ | 32.8153°N 117.1350°W |
| 9 | Dallas | Texas | 1,345,047 | 1,197,816 | +12.29% | 340.9 sq mi | 882.9 km$^2$ | 3,866/sq mi | 1,493/km$^2$ | 32.7933°N 96.7665°W |
| 10 | San Jose | California | 1,030,119 | 945,942 | +8.90% | 177.5 sq mi | 459.7 km$^2$ | 5,777/sq mi | 2,231/km$^2$ | 37.2967°N 121.8189°W |
| 11 | **Austin** | Texas | 964,254 | 790,390 | +22.00% | 312.7 sq mi | 809.9 km$^2$ | 3,031/sq mi | 1,170/km$^2$ | 30.3039°N 97.7544°W |
| 12 | *Jacksonville*[f] | Florida | 903,889 | 821,784 | +9.99% | 747.4 sq mi | 1,935.8 km$^2$ | 1,178/sq mi | 455/km$^2$ | 30.3369°N 81.6616°W |
| 13 | Fort Worth | Texas | 895,008 | 741,206 | +20.75% | 342.9 sq mi | 888.1 km$^2$ | 2,491/sq mi | 962/km$^2$ | 32.7815°N 97.3467°W |
| 14 | ***Columbus*** | Ohio | 892,533 | 787,033 | +13.40% | 218.5 sq mi | 565.9 km$^2$ | 3,936/sq mi | 1,520/km$^2$ | 39.9852°N 82.9848°W |
| 15 | San Francisco[g] | California | 883,305 | 805,235 | +9.70% | 46.9 sq mi | 121.5 km$^2$ | 18,569/sq mi | 7,170/km$^2$ | 37.7272°N 123.0322°W |
| 16 | *Charlotte* | North Carolina | 872,498 | 731,424 | +19.29% | 305.4 sq mi | 791.0 km$^2$ | 2,757/sq mi | 1,064/km$^2$ | 35.2078°N 80.8310°W |
| 17 | ***Indianapolis***[h] | Indiana | 867,125 | 820,445 | +5.69% | 361.5 sq mi | 936.3 km$^2$ | 2,366/sq mi | 914/km$^2$ | 39.7767°N 86.1459°W |
| 18 | *Seattle* | Washington | 744,955 | 608,660 | +22.39% | 83.8 sq mi | 217.0 km$^2$ | 8,405/sq mi | 3,245/km$^2$ | 47.6205°N 122.3509°W |
| 19 | ***Denver***[i] | Colorado | 716,492 | 600,158 | +19.38% | 153.3 sq mi | 397.0 km$^2$ | 4,521/sq mi | 1,746/km$^2$ | 39.7619°N 104.8811°W |
| 20 | ***Washington***[j] | District of Columbia | 702,455 | 601,723 | +16.74% | 61.1 sq mi | 158.2 km$^2$ | 11,148/sq mi | 4,304/km$^2$ | 38.9041°N 77.0172°W |
| 21 | ***Boston*** | Massachusetts | 694,583 | 617,594 | +12.47% | 48.3 sq mi | 125.1 km$^2$ | 13,938/sq mi | 5,381/km$^2$ | 42.3320°N 71.0202°W |
| 22 | El Paso | Texas | 682,669 | 649,121 | +5.17% | 256.8 sq mi | 665.1 km$^2$ | 2,660/sq mi | 1,030/km$^2$ | 31.8484°N 106.4270°W |
| 23 | *Detroit* | Michigan | 672,662 | 713,777 | −5.76% | 138.8 sq mi | 359.5 km$^2$ | 4,847/sq mi | 1,871/km$^2$ | 42.3830°N 83.1022°W |
| 24 | ***Nashville***[k] | Tennessee | 669,053 | 601,222 | +11.28% | 475.9 sq mi | 1,232.6 km$^2$ | 1,388/sq mi | 536/km$^2$ | 36.1718°N 86.7850°W |
| 25 | *Portland* | Oregon | 653,115 | 583,776 | +11.88% | 133.5 sq mi | 345.8 km$^2$ | 4,793/sq mi | 1,851/km$^2$ | 45.5370°N 122.6500°W |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Memphis | Tennessee | 650,618 | 646,889 | +0.58% | 317.4 sq mi | 822.1 km$^2$ | 2,056/sq mi | 794/km$^2$ | 35.1028°N 89.9774°W |
| 27 | ***Oklahoma City*** | Oklahoma | 649,021 | 579,999 | +11.90% | 606.3 sq mi | 1,570.3 km$^2$ | 1,053/sq mi | 407/km$^2$ | 35.4671°N 97.5137°W |
| 28 | *Las Vegas* | Nevada | 644,644 | 583,756 | +10.43% | 134.4 sq mi | 348.1 km$^2$ | 4,709/sq mi | 1,818/km$^2$ | 36.2292°N 115.2601°W |
| 29 | *Louisville*[l] | Kentucky | 620,118 | 597,337 | +3.81% | 263.5 sq mi | 682.5 km$^2$ | 2,339/sq mi | 903/km$^2$ | 38.1654°N 85.6474°W |
| 30 | *Baltimore*[m] | Maryland | 602,495 | 620,961 | −2.97% | 80.9 sq mi | 209.5 km$^2$ | 7,598/sq mi | 2,934/km$^2$ | 39.3000°N 76.6105°W |
| 31 | *Milwaukee* | Wisconsin | 592,025 | 594,833 | −0.47% | 96.2 sq mi | 249.2 km$^2$ | 6,186/sq mi | 2,388/km$^2$ | 43.0633°N 87.9667°W |
| 32 | *Albuquerque* | New Mexico | 560,218 | 545,852 | +2.63% | 188.2 sq mi | 487.4 km$^2$ | 2,972/sq mi | 1,147/km$^2$ | 35.1056°N 106.6474°W |
| 33 | Tucson | Arizona | 545,975 | 520,116 | +4.97% | 230.8 sq mi | 597.8 km$^2$ | 2,299/sq mi | 888/km$^2$ | 32.1531°N 110.8706°W |
| 34 | Fresno | California | 530,093 | 494,665 | +7.16% | 114.4 sq mi | 296.3 km$^2$ | 4,563/sq mi | 1,762/km$^2$ | 36.7836°N 119.7934°W |
| 35 | Mesa | Arizona | 508,958 | 439,041 | +15.92% | 137.9 sq mi | 357.2 km$^2$ | 3,514/sq mi | 1,357/km$^2$ | 33.4019°N 111.7174°W |
| 36 | **Sacramento** | California | 508,529 | 466,488 | +9.01% | 97.9 sq mi | 253.6 km$^2$ | 5,059/sq mi | 1,953/km$^2$ | 38.5666°N 121.4686°W |
| 37 | ***Atlanta*** | Georgia | 498,044 | 420,003 | +18.58% | 133.5 sq mi | 345.8 km$^2$ | 3,539/sq mi | 1,366/km$^2$ | 33.7629°N 84.4227°W |
| 38 | *Kansas City* | Missouri | 491,918 | 459,787 | +6.99% | 315.0 sq mi | 815.8 km$^2$ | 1,528/sq mi | 590/km$^2$ | 39.1251°N 94.5510°W |
| 39 | Colorado Springs | Colorado | 472,688 | 416,427 | +13.51% | 195.6 sq mi | 506.6 km$^2$ | 2,378/sq mi | 918/km$^2$ | 38.8673°N 104.7607°W |
| 40 | Miami | Florida | 470,914 | 399,457 | +17.89% | 36.0 sq mi | 93.2 km$^2$ | 12,599/sq mi | 4,865/km$^2$ | 25.7752°N 80.2086°W |
| 41 | **Raleigh** | North Carolina | 469,298 | 403,892 | +16.19% | 145.1 sq mi | 375.8 km$^2$ | 3,163/sq mi | 1,221/km$^2$ | 35.8306°N 78.6418°W |
| 42 | *Omaha* | Nebraska | 468,262 | 408,958 | +14.50% | 133.2 sq mi | 345.0 km$^2$ | 3,356/sq mi | 1,296/km$^2$ | 41.2644°N 96.0451°W |
| 43 | Long Beach | California | 467,354 | 462,257 | +1.10% | 50.3 sq mi | 130.3 km$^2$ | 9,347/sq mi | 3,609/km$^2$ | 33.8092°N 118.1553°W |
| 44 | *Virginia Beach*[m] | Virginia | 450,189 | 437,994 | +2.78% | 244.7 sq mi | 633.8 km$^2$ | 1,850/sq mi | 710/km$^2$ | 36.7800°N 76.0252°W |
| 45 | Oakland | California | 429,082 | 390,724 | +9.82% | 55.9 sq mi | 144.8 km$^2$ | 7,514/sq mi | 2,901/km$^2$ | 37.7698°N 122.2257°W |
| 46 | *Minneapolis* | Minnesota | 425,403 | 382,578 | +11.19% | 54.0 sq mi | 139.9 km$^2$ | 7,660/sq mi | 2,960/km$^2$ | 44.9633°N 93.2683°W |
| 47 | Tulsa | Oklahoma | 400,669 | 391,906 | +2.24% | 196.8 sq mi | 509.7 km$^2$ | 2,048/sq mi | 791/km$^2$ | 36.1279°N 95.9023°W |
| 48 | Arlington | Texas | 398,112 | 365,438 | +8.94% | 95.8 sq mi | 248.1 km$^2$ | 4,100/sq mi | 1,600/km$^2$ | 32.7007°N 97.1247°W |
| 49 | Tampa | Florida | 392,890 | 335,709 | +17.03% | 113.4 sq mi | 293.7 km$^2$ | 3,326/sq mi | 1,284/km$^2$ | 27.9701°N 82.4797°W |
| 50 | *New Orleans*[n] | Louisiana | 391,006 | 343,829 | +13.72% | 169.4 sq mi | 438.7 km$^2$ | 2,311/sq mi | 892/km$^2$ | 30.0534°N 89.9345°W |
| 51 | *Wichita* | Kansas | 389,255 | 382,368 | +1.80% | 160.4 sq mi | 415.4 km$^2$ | 2,431/sq mi | 939/km$^2$ | 37.6907°N 97.3459°W |
| 52 | Cleveland | Ohio | 383,793 | 396,815 | −3.28% | 77.7 sq mi | 201.2 km$^2$ | 4,965/sq mi | 1,917/km$^2$ | 41.4785°N 81.6794°W |
| 53 | Bakersfield | California | 383,579 | 347,483 | +10.39% | 148.8 sq mi | 385.4 km$^2$ | 2,529/sq mi | 976/km$^2$ | 35.3212°N 119.0183°W |
| 54 | Aurora | Colorado | 374,114 | 325,078 | +15.08% | 153.5 sq mi | 397.6 km$^2$ | 2,356/sq mi | 910/km$^2$ | 39.6880°N 104.6897°W |
| 55 | Anaheim | California | 352,005 | 336,265 | +4.68% | 50.0 sq mi | 129.5 km$^2$ | 7,021/sq mi | 2,711/km$^2$ | 33.8555°N 117.7601°W |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | ***Honolulu***[b] | Hawaii | 347,397 | 337,256 | +3.01% | 60.5 sq mi | 156.7 km$^2$ | 5,815/sq mi | 2,245/km$^2$ | 21.3243°N 157.8476°W |
| 57 | Santa Ana | California | 332,725 | 324,528 | +2.53% | 27.1 sq mi | 70.2 km$^2$ | 12,333/sq mi | 4,762/km$^2$ | 33.7363°N 117.8830°W |
| 58 | Riverside | California | 330,063 | 303,871 | +8.62% | 81.2 sq mi | 210.3 km$^2$ | 3,999/sq mi | 1,544/km$^2$ | 33.9381°N 117.3932°W |
| 59 | Corpus Christi | Texas | 326,554 | 305,215 | +6.99% | 174.6 sq mi | 452.2 km$^2$ | 1,866/sq mi | 720/km$^2$ | 27.7543°N 97.1734°W |
| 60 | Lexington[o] | Kentucky | 323,780 | 295,803 | +9.46% | 283.6 sq mi | 734.5 km$^2$ | 1,123/sq mi | 434/km$^2$ | 38.0407°N 84.4583°W |
| 61 | Stockton | California | 311,178 | 291,707 | +6.67% | 61.7 sq mi | 159.8 km$^2$ | 4,977/sq mi | 1,922/km$^2$ | 37.9763°N 121.3133°W |
| 62 | Henderson | Nevada | 310,390 | 257,729 | +20.43% | 104.7 sq mi | 271.2 km$^2$ | 2,798/sq mi | 1,080/km$^2$ | 36.0097°N 115.0357°W |
| 63 | **Saint Paul** | Minnesota | 307,695 | 285,068 | +7.94% | 52.0 sq mi | 134.7 km$^2$ | 5,815/sq mi | 2,245/km$^2$ | 44.9489°N 93.1041°W |
| 64 | St. Louis[m] | Missouri | 302,838 | 319,294 | −5.15% | 62.0 sq mi | 160.6 km$^2$ | 5,023/sq mi | 1,939/km$^2$ | 38.6357°N 90.2446°W |
| 65 | Cincinnati | Ohio | 302,605 | 296,943 | +1.91% | 77.4 sq mi | 200.5 km$^2$ | 3,860/sq mi | 1,490/km$^2$ | 39.1402°N 84.5058°W |
| 66 | Pittsburgh | Pennsylvania | 301,048 | 305,704 | −1.52% | 55.4 sq mi | 143.5 km$^2$ | 5,481/sq mi | 2,116/km$^2$ | 40.4398°N 79.9766°W |
| 67 | Greensboro | North Carolina | 294,722 | 269,666 | +9.29% | 128.3 sq mi | 332.3 km$^2$ | 2,237/sq mi | 864/km$^2$ | 36.0951°N 79.8270°W |
| 68 | *Anchorage*[p] | Alaska | 291,538 | 291,826 | −0.10% | 1,706.6 sq mi | 4,420.1 km$^2$ | 175/sq mi | 68/km$^2$ | 61.1743°N 149.2843°W |
| 69 | Plano | Texas | 288,061 | 259,841 | +10.86% | 71.7 sq mi | 185.7 km$^2$ | 3,990/sq mi | 1,540/km$^2$ | 33.0508°N 96.7479°W |
| 70 | **Lincoln** | Nebraska | 287,401 | 258,379 | +11.23% | 92.1 sq mi | 238.5 km$^2$ | 3,044/sq mi | 1,175/km$^2$ | 40.8105°N 96.6803°W |
| 71 | Orlando | Florida | 285,713 | 238,300 | +19.90% | 105.2 sq mi | 272.5 km$^2$ | 2,635/sq mi | 1,017/km$^2$ | 28.4166°N 81.2736°W |
| 72 | Irvine | California | 282,572 | 212,375 | +33.05% | 65.6 sq mi | 169.9 km$^2$ | 4,057/sq mi | 1,566/km$^2$ | 33.6784°N 117.7713°W |
| 73 | *Newark* | New Jersey | 282,090 | 277,140 | +1.79% | 24.1 sq mi | 62.4 km$^2$ | 11,691/sq mi | 4,514/km$^2$ | 40.7242°N 74.1726°W |
| 74 | Toledo | Ohio | 274,975 | 287,208 | −4.26% | 80.7 sq mi | 209.0 km$^2$ | 3,451/sq mi | 1,332/km$^2$ | 41.6641°N 83.5819°W |
| 75 | Durham | North Carolina | 274,291 | 228,330 | +20.13% | 109.8 sq mi | 284.4 km$^2$ | 2,395/sq mi | 925/km$^2$ | 35.9811°N 78.9029°W |
| 76 | Chula Vista | California | 271,651 | 243,916 | +11.37% | 49.6 sq mi | 128.5 km$^2$ | 5,387/sq mi | 2,080/km$^2$ | 32.6277°N 117.0152°W |
| 77 | Fort Wayne | Indiana | 267,633 | 253,691 | +5.50% | 110.6 sq mi | 286.5 km$^2$ | 2,391/sq mi | 923/km$^2$ | 41.0882°N 85.1439°W |
| 78 | Jersey City | New Jersey | 265,549 | 247,597 | +7.25% | 14.8 sq mi | 38.3 km$^2$ | 17,848/sq mi | 6,891/km$^2$ | 40.7114°N 74.0648°W |
| 79 | St. Petersburg | Florida | 265,098 | 244,769 | +8.31% | 61.8 sq mi | 160.1 km$^2$ | 4,223/sq mi | 1,631/km$^2$ | 27.7620°N 82.6441°W |
| 80 | Laredo | Texas | 261,639 | 236,091 | +10.82% | 101.1 sq mi | 261.8 km$^2$ | 2,544/sq mi | 982/km$^2$ | 27.5604°N 99.4892°W |
| 81 | **Madison** | Wisconsin | 258,054 | 233,209 | +10.65% | 77.0 sq mi | 199.4 km$^2$ | 3,280/sq mi | 1,270/km$^2$ | 43.0878°N 89.4299°W |
| 82 | Chandler | Arizona | 257,165 | 236,123 | +8.91% | 64.9 sq mi | 168.1 km$^2$ | 3,813/sq mi | 1,472/km$^2$ | 33.2829°N 111.8549°W |
| 83 | Buffalo | New York | 256,304 | 261,310 | −1.92% | 40.4 sq mi | 104.6 km$^2$ | 6,359/sq mi | 2,455/km$^2$ | 42.8925°N 78.8597°W |
| 84 | Lubbock | Texas | 255,885 | 229,573 | +11.46% | 124.6 sq mi | 322.7 km$^2$ | 2,027/sq mi | 783/km$^2$ | 33.5656°N 101.8867°W |
| 85 | Scottsdale | Arizona | 255,310 | 217,385 | +17.45% | 183.9 sq mi | 476.3 km$^2$ | 1,341/sq mi | 518/km$^2$ | 33.6843°N 111.8611°W |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Reno | Nevada | 250,998 | 225,221 | +11.45% | 107.3 sq mi | 277.9 km$^2$ | 2,286/sq mi | 883/km$^2$ | 39.5491°N 119.8499°W |
| 87 | Glendale | Arizona | 250,702 | 226,721 | +10.58% | 59.1 sq mi | 153.1 km$^2$ | 4,161/sq mi | 1,607/km$^2$ | 33.5331°N 112.1899°W |
| 88 | Gilbert[q] | Arizona | 248,279 | 208,453 | +19.11% | 68.0 sq mi | 176.1 km$^2$ | 3,487/sq mi | 1,346/km$^2$ | 33.3103°N 111.7431°W |
| 89 | Winston–Salem | North Carolina | 246,328 | 229,617 | +7.28% | 132.5 sq mi | 343.2 km$^2$ | 1,828/sq mi | 706/km$^2$ | 36.1027°N 80.2610°W |
| 90 | North Las Vegas | Nevada | 245,949 | 216,961 | +13.36% | 98.0 sq mi | 253.8 km$^2$ | 2,436/sq mi | 941/km$^2$ | 36.2857°N 115.0939°W |
| 91 | Norfolk[m] | Virginia | 244,076 | 242,803 | +0.52% | 53.3 sq mi | 138.0 km$^2$ | 4,599/sq mi | 1,776/km$^2$ | 36.9230°N 76.2446°W |
| 92 | Chesapeake[m] | Virginia | 242,634 | 222,209 | +9.19% | 338.5 sq mi | 876.7 km$^2$ | 703/sq mi | 271/km$^2$ | 36.6794°N 76.3018°W |
| 93 | Garland | Texas | 242,507 | 226,876 | +6.89% | 57.0 sq mi | 147.6 km$^2$ | 4,122/sq mi | 1,592/km$^2$ | 32.9098°N 96.6303°W |
| 94 | Irving | Texas | 242,242 | 216,290 | +12.00% | 67.0 sq mi | 173.5 km$^2$ | 3,557/sq mi | 1,373/km$^2$ | 32.8577°N 96.9700°W |
| 95 | Hialeah | Florida | 238,942 | 224,669 | +6.35% | 21.5 sq mi | 55.7 km$^2$ | 10,995/sq mi | 4,245/km$^2$ | 25.8699°N 80.3029°W |
| 96 | Fremont | California | 237,807 | 214,089 | +11.08% | 77.5 sq mi | 200.7 km$^2$ | 3,008/sq mi | 1,161/km$^2$ | 37.4945°N 121.9412°W |
| 97 | ***Boise***[r] | Idaho | 228,790 | 205,671 | +11.24% | 82.1 sq mi | 212.6 km$^2$ | 2,718/sq mi | 1,049/km$^2$ | 43.6002°N 116.2317°W |
| 98 | **Richmond**[m] | Virginia | 228,783 | 204,214 | +12.03% | 59.8 sq mi | 154.9 km$^2$ | 3,732/sq mi | 1,441/km$^2$ | 37.5314°N 77.4760°W |
| 99 | **Baton Rouge**[s] | Louisiana | 221,599 | 229,493 | −3.44% | 85.9 sq mi | 222.5 km$^2$ | 2,651/sq mi | 1,024/km$^2$ | 30.4422°N 91.1309°W |
| 100 | Spokane | Washington | | | | | | | | |

--
Sam
COO, Cpr Certification Company
(813) 505-3277

www.CPRCertificationTampa.com