# EXHIBIT 5

Opposer's Objections and Responses to Applicant's First Set of Interrogatories (TTAB July 26, 2023)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Application Serial No. 97/016,512
Published: March 08, 2022

| | |
|---|---|
| CPR Certification, LLC,<br>Opposer,<br><br>v.<br><br>CPR, LLC,<br>Applicant. | Proceeding No. 91276058 |

**OPPOSER CPR CERTIFICATION, LLC'S OBJECTIONS AND RESPONSES TO APPLICANT CPR, LLC'S FIRST SET OF INTERROGATORIES**

Pursuant to 37 C.F.R. § 2.120 and Rules 26 and 33 of the Federal Rules of Civil Procedure, Opposer CPR Certification, LLC ("Opposer") by and through its undersigned counsel, hereby objects and responds to Applicant CPR, LLC's ("Applicant") First Set of Interrogatories, served on June 26, 2023.

## GENERAL OBJECTIONS

Opposer objects to each individual request for production on all of the grounds set forth in its General Objections below and incorporates those objections into its specific objections to each request as if set forth in full therein. By responding to Applicant's requests, Opposer does not waive any objections that the information requested is not relevant or is otherwise inadmissible at trial, and expressly reserves the right to assert such objections at some future time and to object to further discovery on the subject matter of any request.

The following responses are based upon Opposer's current knowledge, information, and belief. Opposer is continuing to review its files and to investigate this matter and reserves the right to modify, correct, supplement, or clarify its objections or responses.

1. Opposer objects to Applicant's Interrogatories, instructions, and definitions to the extent they are inconsistent with or purport to impose obligations broader in scope or more burdensome than those imposed by the Federal Rules of Civil Procedure or the TTAB's rules. Opposer expressly disclaims any obligation to provide any discovery beyond that required by such rules or in a manner not required by such rules.

2. Opposer objects to Applicant's requests, instructions, and definitions to the extent that they seek discovery that is not reasonably relevant to any issue in this proceeding and not proportional to the needs of the case.

3. Opposer objects to Applicant's requests, instructions, and definitions to the extent that the burden and/or expense of searching for and producing the requested information outweigh the benefit of the discovery being sought. To the extent that Applicant's interrogatories, instructions, and definitions impose such an undue burden and/or expense upon Opposer, they are not proportional to the needs of the case.

4. Whenever, in response to an Interrogatory, Opposer agrees to produce documents, that agreement does not represent that such documents exist, but only that such documents will be produced if they (i) exist; (ii) are within Opposer's possession, custody, or control; (iii) can be located through a diligent search of those employees who are reasonably likely to have responsive information; and (iv) are not otherwise protected from disclosure. Opposer objects to

any Interrogatory to the extent it seeks information or documents not in the possession, custody, or control of Opposer.

5. Opposer objects to Applicant's Interrogatories, instructions, and definitions on the ground that they impose an undue burden upon Opposer and call for information that can be readily obtained by review of Opposer's business records.

6. Opposer objects to each Interrogatory to the extent that it seeks identification of documents that do not currently exist and purports to require Opposer to create, compile, or develop new documents.

7. Opposer objects to each Interrogatory to the extent it seeks discovery of electronically stored information that is not reasonably accessible due to undue burden or cost, in violation of Fed. R. Civ. P. 26(b)(2)(B). Opposer will only search for electronically stored information that is reasonably accessible and is consistent with the principle of proportionality set forth in General Objection No. 2.

8. Opposer objects to each Interrogatory to the extent it seeks information that is protected from disclosure by attorney-client privilege, attorney work product immunity, or any other applicable privilege or immunity. Opposer does not agree to disclose any such information or produce any such documents. The inadvertent disclosure of any information or documents is not intended to relinquish any privilege or immunity and shall not constitute a waiver of any applicable privilege or immunity.

9. Opposer objects to each Interrogatory to the extent that it calls for the disclosure of Opposer's trade secrets, proprietary information, and/or commercially sensitive information.

Opposer will not disclose any such information except under the terms of the Standard Protective Order governing this proceeding.

## SPECIFIC OBJECTIONS AND RESPONSES

**Interrogatory No. 1:** Identify the full name, current address, and telephone number of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the Interrogatories are directed.

**Answer:** Opposer identifies the following persons:

Mr. Sami Halabi ("Mr. Halabi") is the Chief Executive Officer and Founder of CPR Certification, LLC, with an address of 3505 Sandspur Drive, Tampa, Florida 33618, and a telephone number of 813-505-3277.

Ms. Laura Ahammer is the Chief Operations Officer of CPR Certification, LLC, with an address of 502 E Ross Avenue #214, Tampa, Florida 33602, and a telephone number of 404-435-6618.

**Interrogatory No. 2:** Identify the full name, current or last known address, and telephone number(s) of each person known to Opposer to have any personal knowledge concerning Opposer's claims or the defenses asserted in this Opposition. For each person so identified, please specify and summarize the subject matter and facts about which the person has knowledge.

**Answer:** The persons presently known to have personal knowledge concerning the claims or defenses asserted in this opposition are Mr. Sami Halabi, Ms. Laura Ahammer and Ms. Gayel Sabiduria.

Mr. Sami Halabi is the Chief Executive Officer and Founder of CPR Certification, LLC, with an address of 3505 Sandspur Drive, Tampa, Florida 33618, and a telephone number of 813-505-3277.

Ms. Laura Ahammer is the Chief Operations Officer of CPR Certification, LLC, with an address of 502 E Ross Avenue #214, Tampa, Florida 33602 and a telephone number of 404-435-6618.

Ms. Gaye Shiela G. Sabiduria is the Overseas Operations Coordinator of CPR Certification, LLC, with an address of 419 G. Del Pilar St. Quisao, Pililla, Rizal, 1910 Philippines, and a telephone number of +63 956 612 5274.

**<u>Interrogatory No. 3</u>:** Describe the relationship between Opposer's founder, Sami Halabi ("Halabi"), and Douglas Joos ("Mr. Joos"), including but not limited to, how Halabi came to know of Mr. Joos, how Halabi and Mr. Joos met, when Halabi and Mr. Joos met, the nature of the relationship between Halabi and Mr. Joos (business partners, employer/employee, or otherwise), etc.

**<u>Answer</u>:** Mr. Halabi and Mr. Joos first met while they were both in high school. In 2015, Mr. Halabi hired Mr. Joos to perform web design for Mr. Halabi's CPR business. Mr. Halabi and Mr. Joos subsequently established Fit Industries, LLC, on February 17, 2017.

**<u>Interrogatory No. 4</u>:** Identify when the logo identified in Paragraph 27 of Opposer's Notice of Opposition was altered to Applicant's Mark.

**<u>Answer</u>:** Opposer objects to Interrogatory No. 4 to the extent that it seeks information in the possession of, known to, or otherwise equally available to the Applicant.

**<u>Interrogatory No. 5</u>:** Identify the first use of Applicant's Mark as the logo under which Halabi and Mr. Joos offered CPR certification services.

**<u>Answer</u>:** Opposer objects to Interrogatory No. 5 to the extent that it seeks information in the possession of, known to, or otherwise equally available to the Applicant. Subject to the objection, Opposer answers as follows:

The CPR Certification Tampa website launched in January 2016.

**<u>Interrogatory No. 6</u>:** Explain the circumstances that led to the dissolution of Fit Industries, LLC.

**<u>Answer</u>:** Fit Industries, LLC dissolved due to a series of events. In late 2020, Mr. Joos and Mr. Halabi had multiple disagreements over the running of the business, including the hiring of employees and personnel, and the company's financial, tax, and loan arrangements, which led to the dissolution of Fit Industries, LLC.

**<u>Interrogatory No. 7</u>:** Identify when Halabi and Mr. Joos decided to dissolve Fit Industries, LLC.

**Answer:** Opposer objects to Interrogatory No. 7 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity.

November 03, 2020.

**Interrogatory No. 8:** Describe how the Dissolution Agreement was negotiated.

**Answer:** Opposer objects to Interrogatory No. 8 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Opposer also objects to the extent that it seeks information in the possession of, known to, or otherwise equally available to the Applicant. Subject to the objections, Opposer answers as follows:

The Dissolution Agreement was formed through a meticulous negotiation process. Mr. Halabi and Mr. Joos were both represented by counsel throughout the process. The negotiation included a meticulous line-by-line analysis of Fit Industries LLC's assets, which were subsequently divided evenly between Mr. Joos and Mr. Halabi. Each party was provided ample time to deliberate, comprehend the terms, and make informed decisions regarding the Dissolution Agreement.

**Interrogatory No. 9:** Identify Opposer's relationship with Fit Industries, LLC, if any.

**Answer:** Opposer's Chief Executive Officer and Founder, Mr. Halabi, was the Co-Owner and Co-Founder of Fit Industries, LLC. Under the Dissolution Agreement, Fit Industries, LLC transferred seventeen (17) domain names and their corresponding geographical territories to Mr. Halabi for the offering of CPR services.

**Interrogatory No. 10:** Explain why Opposer chose Opposer's Mark.

**Answer:** Opposer objects to Interrogatory No. 10 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Subject to the objection, Opposer answers as follows:

The Mark possessed a distinct quality that allows Opposer to satisfy their obligations under the Dissolution Agreement.

**Interrogatory No. 11:** Explain how Opposer designed Opposer's Mark, including but not limited to what templates, if any, Opposer used to create the Opposer's Mark, what design programs, if any, Opposer used to design Opposer's Mark, etc.

**Answer:** Opposer objects to Interrogatory No. 11 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Subject to the objection, Opposer answers as follows:

The Mark was commissioned by an artist on Fiverr, Antonclevela97, on September 08, 2015. In order to be compliant with the Dissolution Agreement, CPR Certification, LLC modified the Mark accordingly.

**Interrogatory No. 12:** Identify when Opposer chose Opposer's Mark.

**Answer:** Opposer objects to Interrogatory No. 12 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity.

Opposer also objects to the extent that the term "chose" is vague and ambiguous. In answering this Interrogatory, Opposer interprets the term "chose" to mean the date when the services first rendered under the mark in the ordinary course of trade. Subject to and without waiving the objections, Opposer answers as follows:

Opposer first used Opposer's Mark on February 21, 2021.

**Interrogatory No. 13:** Identify when Opposer began offering Opposer's Services under Opposer's Mark.

**Answer:** February 22, 2021.

**Interrogatory No. 14:** Identify the geographic locations where Opposer initially offered Opposer's Services under Opposer's Mark.

**Answer:** Opposer objects to Interrogatory No. 14 to the extent that the term "initially" is vague and ambiguous. In answering this Interrogatory, Opposer interprets the term "initially" to mean the day Opposer first began offering Opposer's Services in conjunction with Opposer's Mark. Subject to the objection, Opposer answers as follows:

Opposer initially offered Opposer's Services under Opposer's Mark in Houston, TX on February 22, 2021.

**Interrogatory No. 15:** Identify when Opposer chose to apply to register Opposer's Mark with the U.S. Patent and Trademark Office.

**Answer:** Opposer objects to Interrogatory No. 15 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Subject to the objection, Opposer answers as follows:

May 09, 2022.

**Interrogatory No. 16:** Explain why Opposer chose to apply to register Opposer's Mark with the U.S. Patent and Trademark Office when it did.

**Answer:** Opposer objects to Interrogatory No. 16 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity.

**Interrogatory No. 17:** Identify the addresses where Opposer has set up business offices.

**Answer:** Opposer has set up business offices at the following:

| City | Website |
|---|---|
| Arlington | cprarlington.org |
| Atlanta | cprcertificationatlanta.com |
| Augusta | cprcertificationaugusta.com |
| Austin | cprcertificationaustin.com |
| Baltimore | cprclassesbaltimore.org |
| Baton Rouge | cprbatonrouge.org |
| Birmingham | cprbirmingham.org |
| Birmingham - Mountain Brook | |
| Boca Raton | cprbocaraton.com |
| Boston | cprcertificationboston.com |
| Charleston | cprcharleston.org |
| Charlotte | cprcertificationcharlotte.com |
| Charlotte - Concord | |
| Chicago - Lake View | chicagocprclasses.org |
| Chicago - Marquette Park | |
| Chicago - Park Ridge | |
| Cincinnati | cprtrainingcincinnati.com |
| Cleveland | cprclassescleveland.org |
| Colorado Springs | cprclassescleveland.org |
| Columbia | cprclassescolumbia.com |
| Dallas | cprcertificationdallas.org |

| | |
|---|---|
| Detroit | cprclassesdetroit.com |
| Fort Lauderdale | cprcertificationfortlauderdale.com |
| Fort Worth | cprfortworth.org |
| Fresno | cprfresno.org |
| Greensboro | cprgreensboro.org |
| Houston | cprcertificationhouston.org |
| Indianapolis | cprindianapolis.org |
| Irving | cprirving.org |
| Jacksonville | cprclassesjacksonville.org |
| Kansas City | cprkc.org |
| Knoxville | cprknoxville.org |
| Lanham | cprcertificationlanham.com |
| Las Vegas | cprclasseslasvegas.org |
| Little Rock | cprlittlerock.org |
| Los Angeles - Montebello | cprcertificationlosangelesca.com |
| Los Angeles - Torrance | |
| Louisville | cprlouisville.org |
| Mesa | cprmesa.org |
| Miami | cprmiami.org |
| Montgomery | cprclassesmontgomery.org |
| Nashville | cprclassesnashville.org |
| New York City - Bronx | cprclassesnyc.org |
| New York City - Midtown | |
| Newark | cprnewark.org |
| Newport News | cprnewportnews.com |
| Oakland | cprclassesoakland.org |
| Oklahoma City | cprcertificationokc.com |
| Orlando - Main | cprcertificationorlando.com |
| Orlando - Downtown | |
| Philadelphia | cprclassesphiladelphia.org |
| Phoenix | cprcertificationphoenix.com |
| Pittsburgh | cprcertificationpittsburghpa.com |
| Plano | cprplano.org |
| Providence | cprclassesprovidence.com |
| Raleigh | cprcertificationraleigh.com |
| Sacramento | cprsacramento.org |
| San Antonio | cprcertificationsanantonio.com |
| San Diego | cprsandiego.org |
| St. Petersburg | cprclassesstpete.com |

| | |
|---|---|
| Tacoma | cprtacoma.org |
| Tampa | cprclassestampa.org |
| Toledo | cprtoledo.org |
| Tucson | cprcertificationtucson.com |
| Tulsa | cprtulsa.org |
| Virginia Beach | cprcertificationvirginiabeachva.com |
| Wesley Chapel | cprwesleychapel.com |
| West Palm Beach | cprcertificationwestpalmbeach.com |

**Interrogatory No. 18:** Explain why Opposer set up business offices at the addresses identified in Interrogatory No. 17.

**Answer:** Opposer objects to Interrogatory No. 18 on the grounds that it seeks the disclosure of information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, or immunity. Notwithstanding and subject to the objection, Opposer answers as follows:

The current list of addresses where Opposer has set up business offices was selected to reach Opposer's target markets.

Dated: July 26, 2023

/s/ *Brittany J. Maxey-Fisher*
Brittany J. Maxey-Fisher, Esq.
Florida Bar Number: 44,586
Patent Bar Number: 57,621
bmaxeyfisher@maxeyfisher.com
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401N
St. Petersburg, FL 33701
(727) 230-4949
ttab@maxeyfisher.com
Attorney for Opposer

/s/ *Timothy B. O'Keeffe*
Timothy B. O'Keeffe, Esq.
Florida Bar Number: 1,027,033
tokeeffe@maxeyfisher.com
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401 N
St. Petersburg, Florida 33701
(727) 230-4949
Attorney for Opposer

**VERIFICATION OF INTERROGATORY ANSWERS**

I, Sami Halabi, am the Chief Executive Officer of CPR Certification, LLC. I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief. I verify under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2023

DocuSigned by:
1DFD21ED2AD14CD...

Sami Halabi
Chief Executive Officer
CPR Certifications, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2023, a true and correct copy of OPPOSER CPR CERTIFICATION, LLC'S OBJECTIONS AND RESPONSES TO APPLICANT CPR, LLC'S FIRST SET OF INTERROGATORIES have been served via email on the following parties:

Joseph F. Southron Esq.
Florida Bar Number: 122109
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel.: 813.773.5105
Fax. 813.773.5103
Primary: joe@fourriverslaw.com
Secondary: eservice@fourriverslaw.com
Attorney for Applicant

Dated: July 26, 2023

/s/ *Brittany J. Maxey-Fisher*
Brittany J. Maxey-Fisher, Esq.
Florida Bar Number: 44,586
Patent Bar Number: 57,621
bmaxeyfisher@maxeyfisher.com
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401N
St. Petersburg, FL 33701
(727) 230-4949
ttab@maxeyfisher.com
Attorney for Opposer

/s/ *Timothy B. O'Keeffe*
Timothy B. O'Keeffe, Esq.
Florida Bar Number: 1,027,033
tokeeffe@maxeyfisher.com
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401 N
St. Petersburg, Florida 33701
(727) 230-4949
ttab@maxeyfisher.com
Attorney for Opposer