# EXHIBIT 8

CPR LLC transaction records (excerpts)

| Created date (UTC) | Amount | Amount Refunde | Currency | Description | | |
|---|---|---|---|---|---|---|
| 2026-07-14 22:07:01 | 170 | 0 | usd | Order 12990 from CPR Certification Shreveport | | |
| 2026-07-14 20:08:41 | 179.85 | 0 | usd | CPR Certification Clearwater - Order 23625 | | |
| 2026-07-14 20:06:46 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23623 | | |
| 2026-07-14 18:53:04 | 59.95 | 0 | usd | CPR Certification El Paso - Order 30302 | | |
| 2026-07-14 18:52:14 | 59.95 | 0 | usd | Order 23267 from CPR Certification Austin | | |
| 2026-07-14 18:50:11 | 65 | 0 | usd | Order 19699 from CPR Certification Columbus | | |
| 2026-07-14 18:24:45 | 119.9 | 0 | usd | CPR Certification Clearwater - Order 23621 | | |
| 2026-07-14 17:55:21 | 65 | 0 | usd | CPR Certification Tampa - Order 1040204 | | |
| 2026-07-14 14:49:30 | 59.95 | 0 | usd | Order 23450 from CPR Certification Nashville | | |
| 2026-07-14 14:44:13 | 115 | 0 | usd | CPR Certification Tampa - Order 1040202 | | |
| 2026-07-14 14:44:02 | 115 | 0 | usd | CPR Certification Tampa - Order 1040202 | | |
| 2026-07-14 14:25:50 | 65 | 0 | usd | Order 12986 from CPR Certification Shreveport | | |
| 2026-07-14 7:46:32 | 59.95 | 0 | usd | Order 23635 from CPR Certification Boston | | |
| 2026-07-14 2:25:45 | 66.95 | 0 | usd | Order 23597 from CPR Certification West Palm Beach | | |
| 2026-07-14 1:48:35 | 59.95 | 0 | usd | Order 23595 from CPR Certification West Palm Beach | | |
| 2026-07-14 1:17:06 | 79.95 | 0 | usd | Order 14603 from CPR Certification Houston | | |
| 2026-07-14 1:12:53 | 79.95 | 0 | usd | Order 17524 from CPR Certification Mobile | | |
| 2026-07-14 0:50:20 | 79.95 | 0 | usd | Order 17272 from CPR Certification Kansas City | | |
| 2026-07-14 0:43:00 | 159.9 | 0 | usd | Order 17270 from CPR Certification Kansas City | | |
| 2026-07-14 0:36:56 | 64.95 | 0 | usd | Order 24528 from CPR Certification Tallahassee | | |
| 2026-07-13 23:54:50 | 59.95 | 0 | usd | Order 20187 from CPR Certification Memphis | | |
| 2026-07-13 22:55:20 | 85 | 0 | usd | Order 12984 from CPR Certification Shreveport | | |
| 2026-07-13 22:44:08 | 59.95 | 0 | usd | Order 23629 from CPR Certification Boston | | |
| 2026-07-13 20:28:27 | 59.95 | 0 | usd | Order 17522 from CPR Certification Mobile | | |
| 2026-07-13 20:16:21 | 59.95 | 0 | usd | Order 23627 from CPR Certification Boston | | |
| 2026-07-13 18:57:35 | 59.95 | 0 | usd | Order 23597 from CPR Certification Laredo | | |
| 2026-07-13 18:54:20 | 59.95 | 0 | usd | Order 23595 from CPR Certification Laredo | | |
| 2026-07-13 18:48:03 | 65 | 0 | usd | Order 16043 from CPR Certification Charleston | | |
| 2026-07-13 18:20:29 | 59.95 | 0 | usd | Order 23622 from CPR Certification Boston | | |
| 2026-07-13 18:18:10 | 79.95 | 0 | usd | Order 23447 from CPR Certification Nashville | | |
| 2026-07-13 17:59:17 | 85 | 0 | usd | Order 22186 from CPR Certification Lakeland | | |
| 2026-07-13 17:55:39 | 64.95 | 0 | usd | Order 24524 from CPR Certification Tallahassee | | |
| 2026-07-13 17:13:30 | 59.95 | 0 | usd | Order 24214 from CPR Certification Fort Worth | | |
| 2026-07-13 16:35:15 | 59.95 | 0 | usd | American Heart Association BLS CPR Certification Class | | |
| 2026-07-13 16:16:17 | 65 | 0 | usd | Order 19697 from CPR Certification Columbus | | |
| 2026-07-13 15:12:34 | 59.95 | 0 | usd | Order 23454 from CPR Certification Durham | | |
| 2026-07-13 14:05:23 | 65 | 0 | usd | CPR Certification Jacksonville - Order 30434 | | |
| 2026-07-13 14:02:33 | 59.95 | 0 | usd | Order 23619 from CPR Certification Boston | | |
| 2026-07-13 10:04:09 | 102 | 0 | usd | Order 19693 from CPR Certification Columbus | | |
| 2026-07-12 23:29:01 | 59.95 | 59.95 | usd | CPR Certification El Paso - Order 30294 | | |
| 2026-07-12 23:10:58 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23615 | | |
| 2026-07-12 20:47:16 | 65 | 0 | usd | CPR Certification Tampa - Order 1040189 | | |
| 2026-07-12 18:41:13 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23611 | | |
| 2026-07-12 18:36:26 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23609 | | |
| 2026-07-12 18:10:15 | 59.95 | 0 | usd | Order 23443 from CPR Certification Nashville | | |
| 2026-07-12 2:18:14 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23606 | | |
| 2026-07-12 0:09:44 | 59.95 | 0 | usd | CPR Certification Richmond - Order 14014 | | |
| 2026-07-11 22:00:25 | 69.99 | 0 | usd | Order 23476 from CPR Certification Denver | | |
| 2026-07-11 20:25:01 | 65 | 0 | usd | Order 23512 from CPR Certification Baltimore | | |
| 2026-07-11 19:27:19 | 170 | 0 | usd | Order 22183 from CPR Certification Lakeland | | |
| 2026-07-11 16:23:48 | 65 | 0 | usd | CPR Certification Tampa - Order 1040184 | | |
| 2026-07-11 15:08:12 | 59.95 | 0 | usd | CPR Certification Richmond - Order 14011 | | |
| 2026-07-11 14:45:40 | 126.9 | 126.9 | usd | Order 17517 from CPR Certification Mobile | | |
| 2026-07-11 10:40:02 | 64.95 | 0 | usd | Order 24514 from CPR Certification Tallahassee | | |
| 2026-07-11 0:49:45 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23599 | | |
| 2026-07-11 0:05:15 | 59.95 | 0 | usd | CPR Certification El Paso - Order 30282 | | |
| 2026-07-10 23:11:34 | 59.95 | 0 | usd | Order 23588 from CPR Certification Laredo | | |
| 2026-07-10 22:05:27 | 59.95 | 0 | usd | Order 23587 from CPR Certification West Palm Beach | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2026-05-26 22:35:12 | 59.95 | 59.95 | usd | Order 23200 from CPR Certification Austin | | |
| 2026-05-26 22:34:53 | 65 | 0 | usd | CPR Certification Jacksonville - Order 30253 | | |
| 2026-05-26 22:28:56 | 64.95 | 0 | usd | Order 24215 from CPR Certification Tallahassee | | |
| 2026-05-26 22:21:27 | 65 | 0 | usd | Order 12871 from CPR Certification Shreveport | | |
| 2026-05-26 22:20:39 | 65 | 0 | usd | Order 19575 from CPR Certification Columbus | | |
| 2026-05-26 21:20:59 | 84.95 | 0 | usd | Order 24212 from CPR Certification Tallahassee | | |
| 2026-05-26 20:27:25 | 169.9 | 0 | usd | Order 23512 from CPR Certification West Palm Beach | | |
| 2026-05-26 20:02:31 | 64.95 | 0 | usd | Order 24208 from CPR Certification Tallahassee | | |
| 2026-05-26 19:00:31 | 65 | 0 | usd | Order 12869 from CPR Certification Shreveport | | |
| 2026-05-26 18:58:52 | 65 | 0 | usd | Order 12868 from CPR Certification Shreveport | | |
| 2026-05-26 18:25:10 | 59.95 | 0 | usd | Order 17217 from CPR Certification Mobile | | |
| 2026-05-26 17:09:27 | 119.9 | 59.95 | usd | CPR Certification El Paso - Order 29906 | | |
| 2026-05-26 16:56:20 | 20 | 0 | usd | Rescheduling fee | | |
| 2026-05-26 15:43:19 | 59.95 | 0 | usd | Order 23370 from CPR Certification Laredo | | |
| 2026-05-26 15:37:46 | 59.95 | 59.95 | usd | Order 23341 from CPR Certification Nashville | | |
| 2026-05-26 14:39:39 | 59.95 | 0 | usd | CPR Certification El Paso - Order 29900 | | |
| 2026-05-26 14:39:20 | 59.95 | 59.95 | usd | CPR Certification El Paso - Order 29899 | | |
| 2026-05-26 12:23:56 | 65 | 0 | usd | Order 22001 from CPR Certification Lakeland | | |
| 2026-05-26 6:44:29 | 59.95 | 0 | usd | Order 23366 from CPR Certification Laredo | | |
| 2026-05-25 23:57:40 | 59.95 | 0 | usd | CPR Certification El Paso - Order 29897 | | |
| 2026-05-25 17:58:12 | 64.95 | 0 | usd | Order 24201 from CPR Certification Tallahassee | | |
| 2026-05-25 16:12:29 | 59.95 | 0 | usd | Order 23241 from CPR Certification Durham | | |
| 2026-05-25 15:07:37 | 59.95 | 0 | usd | Order 23358 from CPR Certification Boston | | |
| 2026-05-25 15:06:01 | 59.95 | 0 | usd | Order 23356 from CPR Certification Boston | | |
| 2026-05-25 14:22:34 | 65 | 0 | usd | CPR Certification Jacksonville - Order 30249 | | |
| 2026-05-25 5:22:49 | 65 | 0 | usd | CPR Certification Tampa - Order 1040002 | | |
| 2026-05-25 1:48:33 | 59.95 | 0 | usd | Order 23238 from CPR Certification Durham | | |
| 2026-05-24 17:13:57 | 65 | 0 | usd | Order 21994 from CPR Certification Lakeland | | |
| 2026-05-24 17:00:22 | 65 | 0 | usd | Order 21997 from CPR Certification Lakeland | | |
| 2026-05-24 16:56:33 | 65 | 0 | usd | Order 21994 from CPR Certification Lakeland | | |
| 2026-05-24 10:37:57 | 59.95 | 0 | usd | Order 23509 from CPR Certification West Palm Beach | | |
| 2026-05-24 1:52:25 | 59.95 | 0 | usd | Order 17211 from CPR Certification Mobile | | |
| 2026-05-23 15:12:22 | 59.95 | 0 | usd | Order 17208 from CPR Certification Mobile | | |
| 2026-05-23 13:13:08 | 65 | 0 | usd | CPR Certification Jacksonville - Order 30247 | | |
| 2026-05-23 5:45:40 | 59.95 | 0 | usd | Order 17205 from CPR Certification Mobile | | |
| 2026-05-22 23:19:17 | 59.95 | 0 | usd | Order 23230 from CPR Certification Durham | | |
| 2026-05-22 22:51:21 | 59.95 | 0 | usd | Order 23360 from CPR Certification Laredo | | |
| 2026-05-22 22:49:22 | 59.95 | 0 | usd | Order 23349 from CPR Certification Boston | | |
| 2026-05-22 21:45:23 | 86.95 | 86.95 | usd | Order 23748 from CPR Certification Las Vegas | | |
| 2026-05-22 21:44:46 | 86.95 | 0 | usd | Order 23748 from CPR Certification Las Vegas | | |
| 2026-05-22 21:41:12 | 86.95 | 86.95 | usd | Order 23746 from CPR Certification Las Vegas | | |
| 2026-05-22 21:40:19 | 86.95 | 86.95 | usd | Order 23744 from CPR Certification Las Vegas | | |
| 2026-05-22 21:38:59 | 86.95 | 86.95 | usd | Order 23742 from CPR Certification Las Vegas | | |
| 2026-05-22 21:37:30 | 86.95 | 86.95 | usd | Order 23740 from CPR Certification Las Vegas | | |
| 2026-05-22 21:08:51 | 65 | 0 | usd | Order 19572 from CPR Certification Columbus | | |
| 2026-05-22 21:06:57 | 59.95 | 0 | usd | CPR Certification El Paso - Order 29883 | | |
| 2026-05-22 20:40:35 | 84.95 | 0 | usd | Order 24190 from CPR Certification Tallahassee | | |
| 2026-05-22 19:18:19 | 59.95 | 59.95 | usd | CPR Certification Richmond - Order 13796 | | |
| 2026-05-22 19:17:40 | 20 | 0 | usd | Basic First Aid | | |
| 2026-05-22 17:23:27 | 59.95 | 59.95 | usd | Order 23228 from CPR Certification Durham | | |
| 2026-05-22 17:04:54 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 23473 | | |
| 2026-05-22 16:01:17 | 59.95 | 59.95 | usd | CPR Certification Chicago - Order 23867 | | |
| 2026-05-22 15:43:53 | 59.95 | 59.95 | usd | Order 17200 from CPR Certification Mobile | | |
| 2026-05-22 14:59:35 | 59.95 | 59.95 | usd | Order 23735 from CPR Certification Las Vegas | | |
| 2026-05-22 14:39:10 | 59.95 | 0 | usd | CPR Certification El Paso - Order 29877 | | |
| 2026-05-22 14:13:36 | 59.95 | 0 | usd | Order 23342 from CPR Certification Boston | | |
| 2026-05-22 4:49:55 | 59.95 | 59.95 | usd | CPR Certification Clearwater - Order 23470 | | |
| 2026-05-22 0:56:38 | 59.95 | 0 | usd | Order 17196 from CPR Certification Mobile | | |
| 2026-05-22 0:43:41 | 59.95 | 0 | usd | Order 23353 from CPR Certification Laredo | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-01-28 1:09:21 | 59.95 | 0 | usd | CPR Certification Kansas City - Order 12424 | | |
| 2023-01-27 23:31:02 | 9.99 | 0 | usd | CPR Certification El Paso - Order 19414 - 1 click upsell: 1211 | | |
| 2023-01-27 23:29:55 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19414 | | |
| 2023-01-27 23:25:41 | 79.95 | 0 | usd | CPR Certification Pittsburgh - Order 14386 | | |
| 2023-01-27 22:50:51 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17160 | | |
| 2023-01-27 22:25:38 | 65 | 0 | usd | Order 12110 from CPR Certification Lexington | | |
| 2023-01-27 22:11:37 | 9.99 | 0 | usd | CPR Certification Chicago - Order 17158 - 1 click upsell: 1211 | | |
| 2023-01-27 22:11:02 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17158 | | |
| 2023-01-27 22:09:00 | 65 | 65 | usd | Order 11092 from CPR Certification Atlanta | | |
| 2023-01-27 20:56:44 | 66.95 | 0 | usd | CPR Certification El Paso - Order 19411 | | |
| 2023-01-27 20:42:26 | 79.95 | 79.95 | usd | Order 11486 from CPR Certification Houston | | |
| 2023-01-27 20:15:18 | 65 | 0 | usd | CPR Certification Tampa - Order 1029801 | | |
| 2023-01-27 20:13:34 | 59.95 | 0 | usd | Order 10799 from CPR Certification Little Rock | | |
| 2023-01-27 19:51:15 | 79.95 | 0 | usd | CPR Certification Chicago - Order 17147 | | |
| 2023-01-27 19:50:46 | 92 | 0 | usd | Order 12078 from CPR Certification Charleston | | |
| 2023-01-27 19:16:54 | 79.95 | 0 | usd | CPR Certification El Paso - Order 19408 | | |
| 2023-01-27 18:51:30 | 129.9 | 0 | usd | Order 10718 from CPR Certification Tallahassee | | |
| 2023-01-27 17:30:32 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19406 | | |
| 2023-01-27 17:01:55 | 65 | 0 | usd | CPR Certification Tampa - Order 1029795 | | |
| 2023-01-27 16:43:03 | 65 | 65 | usd | Order 11089 from CPR Certification Atlanta | | |
| 2023-01-27 15:51:59 | 64.95 | 0 | usd | Order 10678 from CPR Certification Colorado Springs | | |
| 2023-01-27 15:21:54 | 85 | 0 | usd | Order 11525 from CPR Certification Cincinnati | | |
| 2023-01-27 15:19:10 | 9.99 | 0 | usd | CPR Certification St Louis - Order 10517 - 1 click upsell: 1211 | | |
| 2023-01-27 15:17:07 | 59.95 | 0 | usd | CPR Certification St Louis - Order 10517 | | |
| 2023-01-27 15:14:06 | 65 | 0 | usd | CPR Certification Tampa - Order 1029793 | | |
| 2023-01-27 14:59:19 | 9.99 | 0 | usd | CPR Certification Chicago - Order 17137 - 1 click upsell: 1211 | | |
| 2023-01-27 14:59:05 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17137 | | |
| 2023-01-27 14:48:14 | 85 | 0 | usd | Order 11880 from CPR Certification Columbus | | |
| 2023-01-27 13:59:40 | 65 | 0 | usd | CPR Certification Jacksonville - Order 22469 | | |
| 2023-01-27 13:56:50 | 59.95 | 59.95 | usd | CPR Certification Kansas City - Order 12421 | | |
| 2023-01-27 12:52:56 | 59.95 | 59.95 | usd | Order 15714 from CPR Certification Memphis | | |
| 2023-01-27 9:54:53 | 65 | 0 | usd | Order 10671 from CPR Certification Shreveport | | |
| 2023-01-27 6:11:50 | 65 | 0 | usd | Order 10671 from CPR Certification Shreveport | | |
| 2023-01-27 4:46:42 | 59.95 | 0 | usd | Order 10669 from CPR Certification Phoenix | | |
| 2023-01-27 4:46:42 | 59.95 | 0 | usd | Order 10668 from CPR Certification Phoenix | | |
| 2023-01-27 3:46:07 | 59.95 | 59.95 | usd | CPR Certification Chicago - Order 17132 | | |
| 2023-01-27 2:58:40 | 64.99 | 0 | usd | Order 11502 from CPR Certification Orlando | | |
| 2023-01-27 0:04:46 | 176.9 | 0 | usd | Order 15711 from CPR Certification Memphis | | |
| 2023-01-26 23:37:36 | 66.95 | 0 | usd | CPR Certification New Orleans - Order 19325 | | |
| 2023-01-26 23:14:50 | 65 | 0 | usd | Order 12105 from CPR Certification Lexington | | |
| 2023-01-26 22:38:01 | 65 | 0 | usd | Order 12103 from CPR Certification Lexington | | |
| 2023-01-26 22:31:59 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19392 | | |
| 2023-01-26 22:24:54 | 84.99 | 0 | usd | Order 11500 from CPR Certification Orlando | | |
| 2023-01-26 22:10:43 | 79.95 | 0 | usd | Order 15708 from CPR Certification Memphis | | |
| 2023-01-26 21:59:04 | 9.99 | 9.99 | usd | CPR Certification Jacksonville - Order 22466 - 1 click upsell: 1211 | | |
| 2023-01-26 21:56:59 | 9.99 | 0 | usd | CPR Certification Pittsburgh - Order 14382 - 1 click upsell: 1211 | | |
| 2023-01-26 21:56:45 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14382 | | |
| 2023-01-26 21:56:27 | 72 | 72 | usd | CPR Certification Jacksonville - Order 22466 | | |
| 2023-01-26 21:53:18 | 9.99 | 0 | usd | CPR Certification Pittsburgh - Order 14380 - 1 click upsell: 1211 | | |
| 2023-01-26 21:52:07 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14380 | | |
| 2023-01-26 21:50:49 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14380 | | |
| 2023-01-26 21:23:57 | 59.95 | 0 | usd | Order 11482 from CPR Certification Houston | | |
| 2023-01-26 21:07:31 | 65 | 0 | usd | CPR Certification Jacksonville - Order 22464 | | |
| 2023-01-26 21:05:14 | 9.99 | 0 | usd | CPR Certification Arlington - Order 11676 - 1 click upsell: 1211 | | |
| 2023-01-26 21:04:21 | 59.95 | 0 | usd | CPR Certification Arlington - Order 11676 | | |
| 2023-01-26 20:48:51 | 85 | 0 | usd | Order 12099 from CPR Certification Lexington | | |
| 2023-01-26 20:48:21 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19386 | | |
| 2023-01-26 20:23:11 | 59.95 | 0 | usd | Order 11681 from CPR Certification Mobile | | |
| 2023-01-26 19:36:09 | 59.95 | 0 | usd | Order 11679 from CPR Certification Mobile | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2021-02-23 20:16:50 | 59.95 | 0 | usd | CPR Certification Tampa - Order 1019909 | | |
| 2021-02-23 20:09:18 | 9.95 | 0 | usd | CPR Certification Memphis - Order 10170 - 1 click upsell: 1211 | | |
| 2021-02-23 20:08:48 | 106.95 | 0 | usd | CPR Certification Memphis - Order 10170 | | |
| 2021-02-23 20:05:41 | 59.95 | 0 | usd | CPR Certification Tampa - Order 1019907 | | |
| 2021-02-23 19:21:36 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14696 | | |
| 2021-02-23 18:52:51 | 119.9 | 59.95 | usd | CPR Certification New Orleans - Order 9331 | | |
| 2021-02-23 18:22:41 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14692 | | |
| 2021-02-23 16:41:21 | 59.95 | 0 | usd | CPR Certification El Paso - Order 10315 | | |
| 2021-02-23 16:37:12 | 109.95 | 0 | usd | CPR Certification Tampa - Order 1019903 | | |
| 2021-02-23 15:54:26 | 79.95 | 0 | usd | CPR Certification Tampa - Order 1019901 | | |
| 2021-02-23 14:21:35 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14684 | | |
| 2021-02-23 3:02:09 | 69.95 | 0 | usd | CPR Certification Memphis - Order 10168 | | |
| 2021-02-22 22:20:46 | 59.95 | 0 | usd | CPR Certification El Paso - Order 10309 | | |
| 2021-02-22 22:18:34 | 59.95 | 0 | usd | CPR Certification New Orleans - Order 9318 | | |
| 2021-02-22 20:45:37 | 59.95 | 0 | usd | CPR Certification New Orleans - Order 9312 | | |
| 2021-02-22 20:11:56 | 99.95 | 0 | usd | CPR Certification Tampa - Order 1019897 | | |
| 2021-02-22 19:29:16 | 9.99 | 0 | usd | CPR Certification Tampa - Order 1019895 - 1 click upsell: 1211 | | |
| 2021-02-22 19:28:14 | 59.95 | 0 | usd | CPR Certification Tampa - Order 1019895 | | |
| 2021-02-22 19:14:32 | 9.99 | 0 | usd | CPR Certification Jacksonville - Order 14679 - 1 click upsell: 1211 | | |
| 2021-02-22 19:13:39 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14679 | | |
| 2021-02-22 18:44:32 | 59.95 | 0 | usd | CPR Certification New Orleans - Order 9306 | | |
| 2021-02-22 18:05:26 | 59.95 | 0 | usd | CPR Certification El Paso - Order 10306 | | |
| 2021-02-22 17:25:42 | 59.95 | 0 | usd | CPR Certification Miami - Order 10546 | | |
| 2021-02-22 17:25:15 | 19.98 | 0 | usd | CPR Certification Jacksonville - Order 14677 - 1 click upsell: 1211 | | |
| 2021-02-22 17:25:12 | 59.95 | 0 | usd | CPR Certification Miami - Order 10546 | | |
| 2021-02-22 17:24:50 | 126.9 | 0 | usd | CPR Certification Jacksonville - Order 14677 | | |
| 2021-02-22 17:12:13 | 59.95 | 0 | usd | CPR Certification Tampa - Order 1019893 | | |
| 2021-02-22 17:11:34 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 6004 | | |
| 2021-02-22 16:51:37 | 59.95 | 0 | usd | CPR Certification Memphis - Order 10163 | | |
| 2021-02-22 16:31:18 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14675 | | |
| 2021-02-22 16:24:27 | 59.95 | 0 | usd | CPR Certification Clearwater - Order 6002 | | |
| 2021-02-22 16:23:34 | 59.95 | 0 | usd | CPR Certification Jacksonville - Order 14673 | | |
| 2021-02-22 15:51:28 | 59.95 | 0 | usd | CPR Certification El Paso - Order 10299 | | |
| 2021-02-22 14:48:00 | 9.99 | 0 | usd | CPR Certification Tampa - Order 1019889 - 1 click upsell: 1211 | | |
| 2021-02-22 14:39:57 | 66.95 | 0 | usd | CPR Certification Tampa - Order 1019889 | | |
| 2021-02-22 13:40:39 | 59.95 | 0 | usd | CPR Certification Memphis - Order 10159 | | |
| 2021-02-22 12:55:06 | 9.99 | 0 | usd | CPR Certification El Paso - Order 10293 - 1 click upsell: 1211 | | |
| 2021-02-22 12:54:01 | 86.95 | 0 | usd | CPR Certification El Paso - Order 10293 | | |
| 2021-02-22 10:57:35 | 59.95 | 0 | usd | CPR Certification Tampa - Order 1019884 | | |