# EXHIBIT 9

Applicant's First Set of Interrogatories to Opposer (TTAB June 26, 2023)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Application Serial No. 97/016,512
Published: March 08, 2022

CPR Certification, LLC, Proceeding No. 91276058

Opposer,

v.

CPR, LLC,

Applicant.

______________________________/

## APPLICANT CPR, LLC'S FIRST SET OF INTERROGATORIES TO OPPOSER

CPR, LLC ("Applicant"), by and through undersigned counsel of record, and pursuant to Fed. R. Civ. P. 26 and 33 and 37 C.F.R. § 2.120, hereby requests that Opposer CPR Certification, LLC ("Opposer") respond to the following Interrogatories within thirty (30) days of service:

## DEFINITIONS

The following definitions apply to these Interrogatories:

A. "ALL," "ANY," or "EACH" encompass any and all of the matters discussed.

B. In construing the Interrogatories: (i) the terms "AND" as well as "OR" shall be construed either disjunctively or conjunctively, and references shall be construed either as singular or plural as necessary to bring within the scope of the Interrogatories all responses that might otherwise be construed to be outside their scope; (ii) the terms "INCLUDE" and "INCLUDING" shall be construed to mean "without limitation" so as to be as inclusive as

possible; (iii) the singular and masculine form of a noun or pronoun shall embrace, and shall be read and applied as the particular context makes appropriate; (iv) the past tense and present tense shall be construed as interchangeable so as to be as inclusive as possible; (v) the term "PERSON" shall mean or refer to natural persons as well as business entities of all sorts, including partnerships, proprietorships, joint ventures, corporations, government agencies, and unincorporated associations; and (vi) the terms "ALL" as well as "ANY" shall be construed either disjunctively or conjunctively so as to bring within the scope of the Interrogatories all responses that might otherwise be construed to be outside their scope.

C. "APPLICANT" means, CPR, LLC, the applicant to register the word plus design mark with the United State Patent and Trademark Office, as shown in Application Serial No. 97016512, and all of its owners, officers, directors, agents, servants, employees, in-house and outside attorneys, accountants, consultants, corporate parents, affiliates, subsidiaries, or other persons or entities acting on its behalf.

D. "APPLICANT'S MARK" means the mark as shown in Application Serial No. 97016512, whether alone or in combination with any other term(s) and/or design(s), and any common law rights in claimed by the Applicant.

E. "APPLICANT'S SERVICES" means all goods and services offered under Applicant's Mark, including but not limited to the products listed in Application Serial No. 97016512:

> Education services, namely, providing live and on-line classes, courses, workshops, seminars and conferences in the field of cardiopulmonary resuscitation, Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), and PHLEBOTOMY; Educational

> services, namely, conducting classes, courses, workshops, seminars and conferences in the field of cardiopulmonary resuscitation, Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), and PHLEBOTOMY[.]

F. "COMMUNICATIONS" means the transmission of information or data in any form, whether written, oral, or electronic, including, without limitation, letters, emails, text messages, Slack messages, WhatsApp messages, LinkedIn messages, Facebook messages, Instagram messages, Twitter direct messages, Reddit messages and other messages through social media or instant messaging applications, including metadata.

G. "DISSOLUTION AGREEMENT" means the dissolution agreement executed on February 08, 2021 and attached as Exhibit B to Opposer's Notice of Opposition.

H. "DOCUMENT" is synonymous in meaning and equal in scope to its usage in Fed. R. Civ. P. 34(a)(1)(A) which states:

> [A]ny designated documents, including electronically stored information, writings, drawings, graphs, charts, photographs, audio, visual, and audiovisual recordings, and other data compilations from which information can be obtained, translated, if necessary, by the party to whom the request is directed through detection devices into reasonably usable form, that constitute or contain matters within the scope of rule 26 and that are in the possession, custody, or control of the party to whom the request is directed.

The term "document" refers to any document now or at any time in Opposer's possession, custody, or control. A party is deemed to have control of a document if the party has ownership, possession, or custody of the document, or the right to secure the document or a copy thereof from any person or public or private entity having possession thereof.

I. "IDENTIFY" when used in reference to a natural person means to state his or her full name, present residential address and home telephone number, present business address and business telephone number, or if the above are not known, such information as was last known, and his or her residential address, home telephone number, business title,

business affiliation, business address, and business telephone number at the time in question. When used in reference to a document, "IDENTIFY" means to state the type of document (e.g., letter, memorandum, contract, telegram, etc.) or some other means of identifying it, its date, the general subject matter of the document with sufficient particularity so as to enable such document to be precisely identified, its author or authors, addressee or addressees, and its present location or custodian. When used in reference to an act, occurrence, transaction, decision, statement, communication, or conduct (hereinafter collectively referred to as "act"), "IDENTIFY" means to describe in substance the event or events constituting such act or what transpired, the place and date thereof, and to identify the persons present, the persons involved, and the documents referring or relating.

J. "OPPOSER" means CPR Certification, LLC, the Opposer in Opposition Proceeding No. 91276058 as well as its past or present owners, officers, directors, agents, servants, employees, in-house and outside attorneys, accountants, consultants, corporate parents, affiliates, subsidiaries, or other persons or entities acting on its behalf.

K. "OPPOSER'S MARK" means the  mark as shown in Application Serial No. 97401683, whether alone or in combination with any other term(s) and/or design(s).

L. "OPPOSER'S SERVICES" means all goods and services offered or intended to be offered under Opposer's Mark, including but not limited to the products listed in Application Serial No. 97401683:

> Cardiopulmonary resuscitation and first aid teaching/course instructional materials; Newsletters, e-books, course materials, manuals, posters, informational flyers, diagrams, recipe cards, cookbooks, podcasts, and webcasts in the fields of health, cardiovascular health, cardiopulmonary resuscitation (CPR), Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), Phlebotomy, and prevention or reduction of cardiac events, cardiovascular disease and stroke; Training kits for CPR and first aid comprising medical teaching mannequin, a spare lung, written and electronic instructions on how to administer

CPR, floor mats made of plastic for kneeling, carry bags specially adapted for carrying components of the kit for use by a trainee, hand-operated air pump, mesh collection and storage bags, replacement airways in the nature of air bags for medical training mannequin, mannequin disinfecting wipes, replacement face masks for use by trainees in performing CPR, automated external defibrillator resuscitation training simulators, DVD, instructional booklet, and a binder; Downloadable educational materials for use in teaching steps for performing cardiopulmonary resuscitation (CPR) and emergency actions for choking, as well as safety and injury prevention, signs and signals of cardiac arrest and stroke, automated external defibrillation, and first aid training; Printed materials for administering cardiopulmonary resuscitation (CPR), all featuring information on CPR, cardiovascular health, and first aid; Promoting public awareness of the need for cardiopulmonary resuscitation (CPR) education and first aid training including through the distribution of information and materials related thereto; Educational services, namely, providing tutoring, live and on-line classes, courses, workshops, conferences, seminars, and workshops in the field of health, cardiovascular health, cardiopulmonary resuscitation (CPR), Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), Phlebotomy, and prevention or reduction of cardiac events, cardiovascular disease and stroke and distribution of materials in connection therewith; Educational services, namely, providing training of the general public for certification in the field of health, cardiovascular health, cardiopulmonary resuscitation (CPR), Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), Phlebotomy, and prevention or reduction of cardiac events, cardiovascular disease and stroke; Educational services, namely, providing seminars, and workshops in the fields of CPR and first aid training for individuals, groups, and businesses; Providing a website featuring training on CPR (cardiopulmonary resuscitation) and training in the use of defibrillators and Automated External Defibrillators (AEDs); Providing a website featuring information in the fields of health, cardiovascular health, cardiopulmonary resuscitation (CPR), Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), Phlebotomy, and prevention or reduction of cardiac events, cardiovascular disease and stroke; and Health care services, namely, providing an informational database in the field of health, cardiovascular health, cardiopulmonary resuscitation (CPR), Automated External Defibrillator (AED), first aid, Machine Training, Bloodborne Pathogen, Certified Nursing Assistant (CNA), Emergency Medical Technician (EMT), Phlebotomy, and prevention or reduction of cardiac events, cardiovascular disease and stroke[.]

M. “RELATE” or “RELATING” and “CONCERN” or “CONCERNING” mean consisting of, referring to, reflecting, or being in any way logically or factually connected with the matter discussed.

N. “U.S. COMMERCE” or “UNITED STATES COMMERCE” means commerce that the United States may regulate.

**INSTRUCTIONS**

1. Answers to the Interrogatories must be furnished within thirty (30) days of the service of these Interrogatories as required under Fed. R. Civ. P. 33(b).

2. Each Interrogatory should be answered based upon Opposer's entire knowledge from all sources and all information in your possession or otherwise available to Opposer, including information from officers, employees, agents, representatives, or consultants and information which is known by each of them. An incomplete or evasive answer is a failure to answer.

3. If any answer is privileged, state specifically the terms of each privilege and the reason for it.

4. If an Interrogatory cannot be answered in full, state the part which can be answered and answer the same in full to the extent possible; state further and specifically the reason(s) why the remainder cannot be answered.

5. If Opposer objects to any Interrogatory as irrelevant, disproportionate to the needs of the case, overly broad or unduly burdensome, Opposer must answer those parts of the Interrogatory that are unobjectionable and specifically identify the respect in which the Interrogatory is allegedly irrelevant, disproportionate to the needs of the case, overly broad or unduly burdensome, respectively.

6. Unless otherwise specified in a particular paragraph, provide the information and documents requested for the period of one year prior to the filing of the Notice of Opposition through the present.

7. If any Interrogatory may be answered fully by a document, the document may also be attached in lieu of an answer if the document is marked to refer to the Interrogatory to which it responds.

## INTERROGATORIES

**Interrogatory No. 1** Identify the full name, current address, and telephone number of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the Interrogatories are directed.

**Response No. 1:**

**Interrogatory No. 2** Identify the full name, current or last known address, and telephone number(s) of each person known to Opposer to have any personal knowledge concerning Opposer's claims or the defenses asserted in this Opposition. For each person so identified, please specify and summarize the subject matter and facts about which the person has knowledge.

**Response No. 2:**

**Interrogatory No. 3** Describe the relationship between Opposer's founder, Sami Halabi ("Halabi"), and Douglas Joos ("Mr. Joos"), including but not limited to, how Halabi came to know of Mr. Joos, how Halabi and Mr. Joos met, when Halabi and Mr. Joos met, the nature of the relationship between Halabi and Mr. Joos (business partners, employer/employee, or otherwise), etc.

**Response No. 3:**

**Interrogatory No. 4** Identify when the logo identified in Paragraph 27 of Opposer's Notice of Opposition was altered to Applicant's Mark.

**Response No. 4:**

**Interrogatory No. 5** Identify the first use of Applicant's Mark as the logo under which Halabi and Mr. Joos offered CPR certification services.

**Response No. 5:**

**Interrogatory No. 6** Explain the circumstances that led to the dissolution of Fit Industries, LLC.

**Response No. 6:**

**Interrogatory No. 7** Identify when Halabi and Mr. Joos decided to dissolve Fit Industries, LLC.

**Response No. 7:**

**Interrogatory No. 8** Describe how the Dissolution Agreement was negotiated.

**Response No. 8:**

**Interrogatory No. 9** Identify Opposer's relationship with Fit Industries, LLC, if any.

**Response No. 9:**

**Interrogatory No. 10** Explain why Opposer chose Opposer's Mark.

**Response No. 10:**

**Interrogatory No. 11** Explain how Opposer designed Opposer's Mark, including but not limited to what templates, if any, Opposer used to create the Opposer's Mark, what design programs, if any, Opposer used to design Opposer's Mark, etc.

**Response No. 11:**

**Interrogatory No. 12** Identify when Opposer chose Opposer's Mark.

**Response No. 12:**

**Interrogatory No. 13** Identify when Opposer began offering Opposer's Services under Opposer's Mark.

**Response No. 13:**

**Interrogatory No. 14** Identify the geographic locations where Opposer initially offered Opposer's Services under Opposer's Mark.

**Response No. 14:**

**Interrogatory No. 15** Identify when Opposer chose to apply to register Opposer's Mark with the U.S. Patent and Trademark Office.

**Response No. 15:**

**Interrogatory No. 16** Explain why Opposer chose to apply to register Opposer's Mark with the U.S. Patent and Trademark Office when it did.

**Response No. 16:**

**Interrogatory No. 17** Identify the addresses where Opposer has set up business offices.

**Response No. 17:**

**Interrogatory No. 18** Explain why Opposer set up business offices at the addresses identified in Interrogatory No. 17.

**Response No. 18:**

Dated: June 26, 2023.

Respectfully Submitted,

/s/ Joseph F. Southron
Joseph F. Southron Esq.
Florida Bar Number: 122109
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel.: 813.773.5105
Fax. 813.773.5103
Primary: joe@fourriverslaw.com
Secondary:eservice@fourriverslaw.com
*Attorney for Applicant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June, 2023, a true and correct copy of APPLICANT CPR, LLC'S FIRST SET OF INTERROGATORIES has been served in its entirety by electronic mail to:

Brittany J. Maxey-Fisher, Esq.
Florida Bar Number: 44,586
Patent Bar Number: 57,621
bmaxeyfisher@maxeyfisher.com
ttab@maxeyfisher.com
laura@ucpra.org
rich@ucpra.org
director@ucpra.org
JSchifino@gunster.com
Maxey-Fisher, PLLC
*Attorney for Opposer*

**FOUR RIVERS LAW FIRM**

/s/ Joseph F. Southron
Joseph F. Southron
Fla Bar No. 122109
For the Firm