# EXHIBIT 16

Emails of February 25-26, 2021 regarding YouTube videos

Subject: RE: Doug, please send Youtube login / password reminder

**Schifino, John** <JSchifino@gunster.com>
to Wood, Thomas M.

Fri, Feb 26, 2021, 1:55 PM

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Good afternoon, Tom.

I'll pass this on to Sami and will discuss it again with him. But we have a problem here. The dissolution agreement states that Sami can use "CPR," "Certification," and the unique city name in his new logo, which he does. The agreement also states that Sami's new logo must be different than the one currently used by Fit, and that's it. Not materially different, substantively different, substantially different, considerably different, just different. Sami's new logo is indisputably different than the Fit logo, and it therefore complies with the dissolution agreement. I will discuss with Sami if there are any changes he would consider, but it appears he is currently complying with the plain text of the agreement. If Mr. Joos intends to file suit to ask the Court to decide whether Sami's logo is different than Fit's, which it is, we believe the suit would end well for Sami and he would be entitled to seek and recover all fees and costs incurred in defense of such a claim.

On another note, the dissolution agreement provides that "Joos agrees to change the text on his websites so that a reasonable person viewing websites operated by Joos will not be confused that the websites are operated by the same company as the ones operated by Fit." Below is a pic from Sami's Houston website with Fit's text, which Sami was allowed to use, and a pic from Mr. Joos's new website (Miami). Mr. Joos has made only a nominal change to the text, and any reasonable person viewing Mr. Joos's websites would likely assume the websites are operated by the same company as those that had been operated by Fit. This provision, paragraph 8, provides a measurable by which Mr. Joos's changes would be measured. Mr. Joos's nominal changes do not satisfy the agreement, and we request that he remedy this.

I'm in the office this afternoon and can hop on a call if you'd like to discuss the above further.

John







**From:** Wood, Thomas M. <twood@shumaker.com>
**Sent:** Friday, February 26, 2021 11:55 AM
**To:** Schifino, John <JSchifino@gunster.com>
**Subject:** RE: Doug, please send Youtube login / password reminder
**Importance:** High

John:

We need to discuss this. Not acceptable to Doug.

Tom

**From:** CPR Director <cprdirector2@gmail.com>
**Sent:** Friday, February 26, 2021 11:52 AM
**To:** Doug J. <strat505@gmail.com>
**Cc:** jschifino@gunster.com; Wood, Thomas M. <twood@shumaker.com>
**Subject:** Re: Doug, please send Youtube login / password reminder

thank you for your patience: we have updated the videos on both www.cprcertificationorlando.com and www.cprcertificationhouston.org to where the old logo is gone off of the video and now both websites display the new logo on their respective homepage videos.

On Thu, Feb 25, 2021 at 11:02 PM CPR Director <cprdirector2@gmail.com> wrote:

> i reached out to adam - it is late and he probably has gone to bed already. i sent him a message to change these ASAP. Here are the videos just so you know that the changes have been made
>
> On Thu, Feb 25, 2021 at 10:53 PM Doug J. <strat505@gmail.com> wrote:
>
>> I can not resend houston google login your IT guy took it and changed it.. I do not have the youtube login for orlando.. I will add that this is irrelevant it has 1 video on it that you need to replace anyway.. just make a new youtube and your brand video on it... I do not have it It is on the swift gift the last time I logged into that youtube which has been years... ask your IT guy for assistance. I have no further input on this issue please stop contacting me about youtube
>>
>> On Thu, Feb 25, 2021 at 10:49 PM CPR Director <cprdirector2@gmail.com> wrote:
>>
>>> i have new logo videos that i am trying to upload but it seems after carefully examing, theswiftgift account has no orlando youtube connection - i only see the orlando gmb under that account..
>>>
>>> can you look again in your archives and double check about orlando not being its own youtube login
>>>
>>> and can you resend houston google login again please
>>>
>>> On Thu, Feb 25, 2021 at 10:34 PM Doug J. <strat505@gmail.com> wrote:
>>>
>>>> Also those videos on their contain my logo so you will have to redo them
>>>>
>>>> On Thu, Feb 25, 2021 at 10:30 PM Doug J. <strat505@gmail.com> wrote:
>>>>
>>>>> as stated already many times... Orlando is on the swift gift... your personal email... you have the login to orlando.. it is yours and always has been.. Houston is on the GMB login for Houston that you were provided already... There are no other logins that I am aware of
>>>>>
>>>>> On Thu, Feb 25, 2021 at 10:25 PM CPR Director <cprdirector2@gmail.com> wrote:
>>>>>
>>>>>> Doug,
>>>>>>
>>>>>> Please send the Youtube logins / passwords for Orlando and Houston and any other applicable cities please. Thank you
>>>>>> --
>>>>>> **Sami Halabi**
>>>>>> **Mobile: 813.505.3277**
>>>
>>> --
>>> **Sami Halabi**
>>> ***Founding Partner***
>>>
>>> **Fit Industries LLC**
>>> **3104 N Armenia Ave**
>>> **Tampa, FL 33607**
>>> **Mobile: 813.505.3277**
>
> --
> **Sami Halabi**
> ***Founding Partner***
>
> **Fit Industries LLC**
> **3104 N Armenia Ave**
> **Tampa, FL 33607**
> **Mobile: 813.505.3277**

--
**Sami Halabi**
***Founding Partner***

**Fit Industries LLC**
**3104 N Armenia Ave**
**Tampa, FL 33607**
**Mobile: 813.505.3277**

**Thomas M. Wood** | Shumaker
Attorney at Law
Bank of America Plaza, Suite 2800
101 East Kennedy Boulevard | Tampa, FL 33602
Direct 813.227.2271 |Fax 813.229.1660
twood@shumaker.com | bio | LinkedIn

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.