# EXHIBIT 17

Webpage printouts, CPR Certification Houston and CPR Certification Orlando YouTube channels (Oct. 26, 2026)

Search or ask a question

Create

J

Home

Shorts

Subscriptions

You >

History

Playlists

Watch later

Liked videos

Your videos

Downloads

Explore

Music

Movies & TV

Live

Show more



CPR HOUSTON CERTIFICATION

# CPR Certification Houston

@cprcertificationhouston382 • 4 subscribers • 2 videos

CPR Certification Houston ...more

cprcertificationhouston.org and 1 more link

Subscribe

ne Videos Shorts Playlists



Create



Home

Shorts

Subscriptions

You >

History

Playlists

Watch later

Liked videos

Your videos

Downloads

Explore

Music

Movies & TV

Live

Show more

# CPR Certification Houston

@cprcertificationhouston382 • 4 subscribers • 2 videos

CPR Certification Houston

cprcertificationhouston.org and 1 more link

Subscribe

ne Videos Shorts Playlists

Search or ask a question

Create

J

Home

Shorts

Subscriptions

You

History

Playlists

Watch later

Liked videos

Your videos

Downloads

Explore

Music

Movies & TV

Live

Show more

CPR ORLANDO CERTIFICATION

# CPR Certification Orlando

@cprcertificationorlando2516 • 1 subscriber

CPR Certification Orlando ...more

cprcertificationorlando.com and 1 more link

Subscribe



This channel doesn't have any content

Create

Home

Shorts

Subscriptions

You >

History

Playlists

Watch later

Liked videos

Your videos

Downloads

Explore

Music

Movies & TV

Live

Show more