# EXHIBIT 18

Webpage printouts, Tampa and Miami websites (000007-000009)

# Get CPR Certified with CPR Certification Tampa

CPR Certification Tampa provides the best Tampa BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes →

CPR + First Aid Classes →



**Same Day**
CPR Certification Card

**50,000+**
Students Trained

(786) 767-6578 0

000008

CPR MIAMI CERTIFICATION

CPR Classes | CPR + First Aid Classes | Companies/Groups | Contact Us

# Get CPR Certified with CPR Certification Miami

CPR Certification Miami provides the best Miami BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes →

CPR + First Aid Classes →



Aligned American Heart Association Training Site

**Same Day**
CPR Certification Card

**50,000+**
Students Trained



# CPR Certification Miami - BLS CPR Classes

Hands on In Person American Heart Association CPR Classes.

**Basic Life Support – BLS CPR** for Adult, Child, and Infant + AED Usage for Healthcare Providers and Professionals is **$59.95**

# AHA CPR E Card Issued The Same Day You Attend Class

Click Here To Sign up For BLS CPR

Click Here To Sign up For BLS CPR + First Aid