# EXHIBIT 19

Garner order record and email (CPR CERTIFICATION 000206)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-01-28 1:09:21 | 59.95 | 0 | usd | CPR Certification Kansas City - Order 12424 | | |
| 2023-01-27 23:31:02 | 9.99 | 0 | usd | CPR Certification El Paso - Order 19414 - 1 click upsell: 1211 | | |
| 2023-01-27 23:29:55 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19414 | | |
| 2023-01-27 23:25:41 | 79.95 | 0 | usd | CPR Certification Pittsburgh - Order 14386 | | |
| 2023-01-27 22:50:51 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17160 | | |
| 2023-01-27 22:25:38 | 65 | 0 | usd | Order 12110 from CPR Certification Lexington | | |
| 2023-01-27 22:11:37 | 9.99 | 0 | usd | CPR Certification Chicago - Order 17158 - 1 click upsell: 1211 | | |
| 2023-01-27 22:11:02 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17158 | | |
| 2023-01-27 22:09:00 | 65 | 65 | usd | Order 11092 from CPR Certification Atlanta | | |
| 2023-01-27 20:56:44 | 66.95 | 0 | usd | CPR Certification El Paso - Order 19411 | | |
| 2023-01-27 20:42:26 | 79.95 | 79.95 | usd | Order 11486 from CPR Certification Houston | | |
| 2023-01-27 20:15:18 | 65 | 0 | usd | CPR Certification Tampa - Order 1029801 | | |
| 2023-01-27 20:13:34 | 59.95 | 0 | usd | Order 10799 from CPR Certification Little Rock | | |
| 2023-01-27 19:51:15 | 79.95 | 0 | usd | CPR Certification Chicago - Order 17147 | | |
| 2023-01-27 19:50:46 | 92 | 0 | usd | Order 12078 from CPR Certification Charleston | | |
| 2023-01-27 19:16:54 | 79.95 | 0 | usd | CPR Certification El Paso - Order 19408 | | |
| 2023-01-27 18:51:30 | 129.9 | 0 | usd | Order 10718 from CPR Certification Tallahassee | | |
| 2023-01-27 17:30:32 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19406 | | |
| 2023-01-27 17:01:55 | 65 | 0 | usd | CPR Certification Tampa - Order 1029795 | | |
| 2023-01-27 16:43:03 | 65 | 65 | usd | Order 11089 from CPR Certification Atlanta | | |
| 2023-01-27 15:51:59 | 64.95 | 0 | usd | Order 10678 from CPR Certification Colorado Springs | | |
| 2023-01-27 15:21:54 | 85 | 0 | usd | Order 11525 from CPR Certification Cincinnati | | |
| 2023-01-27 15:19:10 | 9.99 | 0 | usd | CPR Certification St Louis - Order 10517 - 1 click upsell: 1211 | | |
| 2023-01-27 15:17:07 | 59.95 | 0 | usd | CPR Certification St Louis - Order 10517 | | |
| 2023-01-27 15:14:06 | 65 | 0 | usd | CPR Certification Tampa - Order 1029793 | | |
| 2023-01-27 14:59:19 | 9.99 | 0 | usd | CPR Certification Chicago - Order 17137 - 1 click upsell: 1211 | | |
| 2023-01-27 14:59:05 | 59.95 | 0 | usd | CPR Certification Chicago - Order 17137 | | |
| 2023-01-27 14:48:14 | 85 | 0 | usd | Order 11880 from CPR Certification Columbus | | |
| 2023-01-27 13:59:40 | 65 | 0 | usd | CPR Certification Jacksonville - Order 22469 | | |
| 2023-01-27 13:56:50 | 59.95 | 59.95 | usd | CPR Certification Kansas City - Order 12421 | | |
| 2023-01-27 12:52:56 | 59.95 | 59.95 | usd | Order 15714 from CPR Certification Memphis | | |
| 2023-01-27 9:54:53 | 65 | 0 | usd | Order 10671 from CPR Certification Shreveport | | |
| 2023-01-27 6:11:50 | 65 | 0 | usd | Order 10671 from CPR Certification Shreveport | | |
| 2023-01-27 4:46:42 | 59.95 | 0 | usd | Order 10669 from CPR Certification Phoenix | | |
| 2023-01-27 4:46:42 | 59.95 | 0 | usd | Order 10668 from CPR Certification Phoenix | | |
| 2023-01-27 3:46:07 | 59.95 | 59.95 | usd | CPR Certification Chicago - Order 17132 | | |
| 2023-01-27 2:58:40 | 64.99 | 0 | usd | Order 11502 from CPR Certification Orlando | | |
| 2023-01-27 0:04:46 | 176.9 | 0 | usd | Order 15711 from CPR Certification Memphis | | |
| 2023-01-26 23:37:36 | 66.95 | 0 | usd | CPR Certification New Orleans - Order 19325 | | |
| 2023-01-26 23:14:50 | 65 | 0 | usd | Order 12105 from CPR Certification Lexington | | |
| 2023-01-26 22:38:01 | 65 | 0 | usd | Order 12103 from CPR Certification Lexington | | |
| 2023-01-26 22:31:59 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19392 | | |
| 2023-01-26 22:24:54 | 84.99 | 0 | usd | Order 11500 from CPR Certification Orlando | | |
| 2023-01-26 22:10:43 | 79.95 | 0 | usd | Order 15708 from CPR Certification Memphis | | |
| 2023-01-26 21:59:04 | 9.99 | 9.99 | usd | CPR Certification Jacksonville - Order 22466 - 1 click upsell: 1211 | | |
| 2023-01-26 21:56:59 | 9.99 | 0 | usd | CPR Certification Pittsburgh - Order 14382 - 1 click upsell: 1211 | | |
| 2023-01-26 21:56:45 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14382 | | |
| 2023-01-26 21:56:27 | 72 | 72 | usd | CPR Certification Jacksonville - Order 22466 | | |
| 2023-01-26 21:53:18 | 9.99 | 0 | usd | CPR Certification Pittsburgh - Order 14380 - 1 click upsell: 1211 | | |
| 2023-01-26 21:52:07 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14380 | | |
| 2023-01-26 21:50:49 | 59.95 | 0 | usd | CPR Certification Pittsburgh - Order 14380 | | |
| 2023-01-26 21:23:57 | 59.95 | 0 | usd | Order 11482 from CPR Certification Houston | | |
| 2023-01-26 21:07:31 | 65 | 0 | usd | CPR Certification Jacksonville - Order 22464 | | |
| 2023-01-26 21:05:14 | 9.99 | 0 | usd | CPR Certification Arlington - Order 11676 - 1 click upsell: 1211 | | |
| 2023-01-26 21:04:21 | 59.95 | 0 | usd | CPR Certification Arlington - Order 11676 | | |
| 2023-01-26 20:48:51 | 85 | 0 | usd | Order 12099 from CPR Certification Lexington | | |
| 2023-01-26 20:48:21 | 59.95 | 0 | usd | CPR Certification El Paso - Order 19386 | | |
| 2023-01-26 20:23:11 | 59.95 | 0 | usd | Order 11681 from CPR Certification Mobile | | |
| 2023-01-26 19:36:09 | 59.95 | 0 | usd | Order 11679 from CPR Certification Mobile | | |

Gmail **CPR Certification <support@ucpra.org>**

# Confirm CPR Class and payment

3 messages

**Shalisa G** <drgarner34@gmail.com> Thu, Feb 9, 2023 at 5:53 AM
To: "support@ucpra.org" <support@ucpra.org>

Hello Raven,
I just spoke to you regarding the CPR class I have registered for and paid ($79.95) for online scheduled on 3/4/23 @ 10am. Please see the attached receipt.

Please verify this receipt and my registration and advise the next steps.

--
Kind regards,
Shalisa Garner

**CPR Class 1.27.2023.pdf**
209K

**CPR Certification** <support@ucpra.org> Thu, Feb 9, 2023 at 6:05 AM
To: Shalisa G <drgarner34@gmail.com>

Hi Shalisa,

Thank you for contacting us about your upcoming CPR class. We have reviewed the receipt you attached, it appears that this is not one of our UCPRA-certified classes; we apologize for any confusion.

You can call the number at the buttom of the receipt: (281) 729-6161

If there is anything else we can help with, please don't hesitate to reach out.

Sincerely,

CPR CERTIFICATION

[Quoted text hidden]

**Shalisa G** <drgarner34@gmail.com> Thu, Feb 9, 2023 at 6:25 AM
To: CPR Certification <support@ucpra.org>

Thank you for your help!
I did call the number at the bottom of the receipt. No one answered. The logo is the exact same on your website. I think I have been scammed. I will report this to the Better Business Bureau and Federal Trade Commission. I will include this email as a part of my report to the BBB.
[Quoted text hidden]