# EXHIBIT 20

Batista email (Mar. 12, 2024)

Gmail

CPR Customer Care <cprcustomercare@gmail.com>

---

**CPR CLASS**

---

**Gabriela Batista** <gaby.ojbatista.91@gmail.com> Tue, Mar 12, 2024 at 1:08 PM
To: CPR Customer Care <cprcustomercare@gmail.com>

Hello,

This is the link i found that spoke specifically about infant CPR classes:
https://www.cprcertificationorlando.com/infant-cpr-classes/

On this page it's called "

# BLS CPR & AED Classes with Infant CPR in Orlando"

But the one i ordered was called "

## Official AHA BLS CPR Certification Classes and First Aid Training in Orlando Florida"

At this link:
https://www.cprclassesorlando.com/

The logos appear to be the same, is the first link you guys?

-Gabriela

So i assumed it was a different class
[Quoted text hidden]