# EXHIBIT 21

Albanese emails (Nov. 2021) (CPR CERTIFICATION 000218-224)

Gmail **CPR Director 11 <cprdirector11@gmail.com>**

# CPR CERTIFICATION

9 messages

**CPR Director 11** <cprdirector11@gmail.com> Fri, Nov 5, 2021 at 4:14 PM
To: c.albanese@setonhill.edu

Hi,

Our class is a Hybrid class (Online and In-Person). Instead of watching the video in class, we'll send it in advance so you watch it anytime. The in person class is only for an hour for the hands on and written exam.

You can sign up at www.cprcertificationpittsburghpa.com or call us at (412) 801-7667.

Thank you

--
CPR CERTIFICATION

**Crystal Albanese** <c.albanese@setonhill.edu> Fri, Nov 26, 2021 at 4:57 PM
To: CPR Director 11 <cprdirector11@gmail.com>

Hi I have cpr class tomorrow at 10am. Is it cancelled. My friend is in the class and she got a text. Just wanted to make sure.

Thank you,
Crystal Albanese

Sent from my iPhone

> On Nov 5, 2021, at 4:15 PM, CPR Director 11 <cprdirector11@gmail.com> wrote:
>
> [Quoted text hidden]

**CPR Director 11** <cprdirector11@gmail.com> Fri, Nov 26, 2021 at 5:13 PM
To: Crystal Albanese <c.albanese@setonhill.edu>

Yes it is. May I know what name and email you used when you book the class?
[Quoted text hidden]
--
CPR CERTIFICATION

**Crystal Albanese** <c.albanese@setonhill.edu> Fri, Nov 26, 2021 at 5:44 PM
To: CPR Director 11 <cprdirector11@gmail.com>

Crystal Albanese
C.albanese@setonhill.edu

Sent from my iPhone

On Nov 26, 2021, at 5:14 PM, CPR Director 11 <cprdirector11@gmail.com> wrote:

[Quoted text hidden]

---

**Crystal Albanese** <c.albanese@setonhill.edu> Sun, Nov 28, 2021 at 5:38 PM
To: CPR Director 11 <cprdirector11@gmail.com>

Is there a time class is rescheduled from being canceled Saturday? I have not heard back from anyone with other dates.

Thank you,
Crystal Albanese

Sent from my iPhone

On Nov 26, 2021, at 5:44 PM, Crystal Albanese <c.albanese@setonhill.edu> wrote:

Crystal Albanese
[Quoted text hidden]

---

**CPR Director 11** <cprdirector11@gmail.com> Sun, Nov 28, 2021 at 5:44 PM
To: Crystal Albanese <c.albanese@setonhill.edu>

Hi Crystal, we are unable to pull up your account using the information provided. Please double-check the email, name or phone number that you used when you signed up for the class. You may also forward the confirmation email you got from us or check the appointment number.

Thank you,
[Quoted text hidden]
--
CPR CERTIFICATION

---

**Crystal Albanese** <c.albanese@setonhill.edu> Sun, Nov 28, 2021 at 6:50 PM
To: CPR Director 11 <cprdirector11@gmail.com>

I forwarded the email with my order number on it and the date and time. My name is correct as well as the email I sent you earlier. So I'm not sure why you are unable to pull up my account.

Sent from my iPhone

On Nov 28, 2021, at 5:44 PM, CPR Director 11 <cprdirector11@gmail.com> wrote:

[Quoted text hidden]

---

**CPR Director 11** <cprdirector11@gmail.com> Mon, Nov 29, 2021 at 10:40 AM
To: Crystal Albanese <c.albanese@setonhill.edu>

Hi Crystal,

This class is not through us, it's from another training center. Based on your forwarded confirmation email, you may contact them at: cprcustomercare@gmail.com or admin@cprcertificationelpaso.com

Thank you,

[Quoted text hidden]

--

CPR CERTIFICATION

---

**Crystal Albanese** <c.albanese@setonhill.edu> Mon, Nov 29, 2021 at 10:42 AM
To: CPR Director 11 <cprdirector11@gmail.com>

I don't understand what you mean. This is who I signed up with.

Sent from my iPhone

[Quoted text hidden]

Gmail CPR Director 11 <cprdirector11@gmail.com>

# Fwd: Your CPR Certification Pittsburgh order is now complete

1 message

**Crystal Albanese** <c.albanese@setonhill.edu> Sun, Nov 28, 2021 at 5:48 PM
To: CPR Director 11 <cprdirector11@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** CPR Certification Pittsburgh <cprcustomercare@gmail.com>
> **Date:** November 10, 2021 at 4:55:09 PM EST
> **To:** c.albanese@setonhill.edu
> **Subject: Your CPR Certification Pittsburgh order is now complete**
> **Reply-To:** CPR Certification Pittsburgh <admin@cprcertificationelpaso.com>

## Thanks for shopping with us

Hi Crystal,

We have finished processing your order.

### [Order #11636] (November 10, 2021)

| Product | Quantity | Price |
|---|---|---|
| American Heart Association BLS CPR Certification Class<br>**Appointment #11635**<br>When: **November 27, 2021, 10:00 am** | 1 | $59.95 |

| Product | Quantity | Price |
|---|---|---|
| Duration: **60 minutes** | | |

Due the Pandemic we are now providing a at home portion of the CPR Training as a steaming video to watch from your home before you come to class. This will shorten your time in class to just a review, written test and skill check. You will come at your scheduled time. You can not be late as there are sessions after yours or before. Please be sure to bring personal mask to class in order to be admitted safely into class. You MUST watch the video before coming to class.

CPR VIDEO PORTION LINK
https://vimeo.com/403417927

Password
BLSFORME

If you ordered the bloodborne pathogen addon make sure you watch this video before class

https://vimeo.com/216422615 the password is "lookhere"

Please arrive 10 minutes early for class. If you have to reschedule it will be a $20 fee. You must call at least 24 hours prior to your class start time/date in order for a rescheduling to be made. If you are 1 minute late or more for class you will have to to buy a brand new seat, depending on the situation- SO DO NOT BE LATE! Refunds are not permitted. Its like a concert ticket, once its sold it prevents someone else from buying it and therefore we can not offer refunds.

HOW TO RESCHEDULE
To reschedule call (412) 801-7271 and push 2 The fee to reschedule is $20 dollars.

Do not wait to the last minute to reschedule. We will not accept any reschedules that are made AFTER the scheduled class time/date. If you try to reschedule after your class time, you will have to purchase a brand new seat on our website.

If you do not show up to class and have not rescheduled 24 hours in advance. you

| | |
|---|---|
| **Subtotal:** | $69.94 |
| **Payment method:** | Secure Credit Card Check Out |
| **Total:** | $69.94 |

| Product | Quantity | Price |
|---|---|---|
| will have to repurchase another seat on our website.<br><br>QUESTIONS?<br>We are closed for phone calls after 5pm during the week, and we are closed all weekend to answer any and all phone calls. Therefore it is very important to carefully read these instructions, understand where you are going, how to get there, and rescheduling yourself using the above link BEFORE class time. We will not be able to answer phone calls an hour before class starts. We are doing everything we can to ensure everyone knows step-by-step directions to entering our class so please return the favor and do not wait till the last hour to start researching how to find the class. Once again, we will not be able to answer calls an hour before class starts due to preparing for the class and all calls will be directed to our answering system.<br><br>Location<br>We are located at 6101 Penn Ave #201, Pittsburgh, PA 15206 inside the Liberty Bank Building. Just park and meet us at the door to be let in.<br><br>If you are more than 10 minutes early to class and the door is locked, do not panic. Simply wait at the door for the instructor to let you in. The instructor could appear anywhere from 20 minutes prior to class to 5 minutes prior. Please just wait for the instructor to let you in.<br><br>Please arrive 10 minutes early for class. If you have to reschedule it will be a $20 fee. You must call at least 24 hours prior to your class start time/date in order for a rescheduling to be made. If you are 1 minute late or more for class you will have to to buy a brand new seat, depending on the situation- SO DO NOT BE LATE! Refunds are not permitted. Its like a concert ticket, once its sold it prevents someone else from buying it and therefore we can not offer refunds. | | |
| Pass Guarantee | 1 | $9.99 |
| **Subtotal:** | | $69.94 |
| **Payment method:** | | Secure Credit Card Check Out |
| **Total:** | | $69.94 |

## Billing address

*Crystal Albanese*
*4122903010*
*c.albanese@setonhill.edu*

Thanks for shopping with us.

CPR Certification Pittsburgh

**appointments-20211110-165506.ics**
1K