# EXHIBIT 22

Eisenman messages (Oct. 4, 2022)

000093

**Inbox**
Respond to messages, set up automations and more.

Create messaging ad

All messages | Messenger | Instagram | Facebook comments | Instagram comments

Search

Unread | Important | Labels

Hollie Eisenman 10/4/22

Stacey Excellent 7/14/22
You: Ok Can I note why you want to cancel?

**Hollie Eisenman**

10/4/22, 5:08 PM

Is this place legit? There is a one star review on yelp and a one star review on Facebook, and seems like it keeps changing locations. I took the First Aid Quiz, and two of the answers were clearly coded wrong, stating that you should wrap someone having a STROKE in a wet sheet, and you should call 9-1-1 if you have a first degree burn?? Nope.

10/4/22, 9:41 PM

which website were you on where you took the quiz? there are 2 businesses with the same name in the area

if there is a problem with our first aid quiz I would be very interested in fixing it

our bad review if you read it the person wanted us to pay him because we had to reschedule class.. He was given a full refund but wanted more which we can not do

our first aid test is always done in class we dont have one that is online at this time

you like purchased from our competitor if you got an online first aid test

Ok.. thank you





can you send me a link to the page you are viewing?

Those are screenshots. I dont have it up anymore

Confusing that there are two companies with the same name and logo

ok.. thats not us.. we are at cprclassesorlando.com

we don't do any testing online

Just crazy how 2 of 15 questions were clearly wrong

Create appointment

I agree with the confusion. we asked them to stop and they refused.

Thanks for the help.

Reply in Messenger...

**Hollie Eisenman**
View profile

**About**
Add details about people, like contact information.
Add details

**Facebook profile**
No public information available.

**Labels** Manage labels
Add label
Suggested labels
New customer
Today's date (6/13)

**Activity** Add activity
Keep track of important customer interactions.

**Notes** Add note
Keep track of important customer interactions.

**Shared photos**

