# EXHIBIT 23

McDermott contact form message (July 13, 2026)

**From:** CPR Certification Chicago <cprcustomercare@gmail.com>
**To:** Strat505@gmail.com, cprcustomercare@gmail.com
**Date:** Mon, 13 Jul 2026 21:56:01 +0000
**Subject:** Contact Chicago

```
/* -------------------------------------
RESPONSIVE AND MOBILE FRIENDLY STYLES
------------------------------------- */
@media only screen and (max-width: 620px) {
table[class=body] h1 {
font-size: 28px !important;
margin-bottom: 10px !important;
}
table[class=body] p,
table[class=body] ul,
table[class=body] ol,
table[class=body] td,
table[class=body] span,
table[class=body] a {
font-size: 16px !important;
}
table[class=body] .wrapper,
table[class=body] .article {
padding: 10px !important;
}
table[class=body] .content {
padding: 0 !important;
}
table[class=body] .container {
padding: 0 !important;
width: 100% !important;
}
table[class=body] .main {
border-left-width: 0 !important;
border-radius: 0 !important;
border-right-width: 0 !important;
}
table[class=body] .btn table {
width: 100% !important;
}
table[class=body] .btn a {
width: 100% !important;
}
```

```
table[class=body] .img-responsive {
height: auto !important;
max-width: 100% !important;
width: auto !important;
}
}

/* -------------------------------------
PRESERVE THESE STYLES IN THE HEAD
------------------------------------- */
@media all {
.ExternalClass {
width: 100%;
}
.ExternalClass,
.ExternalClass p,
.ExternalClass span,
.ExternalClass font,
.ExternalClass td,
.ExternalClass div {
line-height: 100%;
}
.apple-link a {
color: inherit !important;
font-family: inherit !important;
font-size: inherit !important;
font-weight: inherit !important;
line-height: inherit !important;
text-decoration: none !important;
}
#MessageViewBody a {
color: inherit;
text-decoration: none;
font-size: inherit;
font-family: inherit;
font-weight: inherit;
line-height: inherit;
}
.btn-primary table td:hover {
background-color: #34495e !important;
}
.btn-primary a:hover {
background-color: #34495e !important;
border-color: #34495e !important;
}
```

}

Name

Kenna McDermott

Phone

7735308368

Email

kcmcdermott07@gmail.com

Your Message

I took the BLS CPR training course on Sunday July 12th at 9:30 AM-12:30 PM and the instructor said we would receive our BLS certificate cards in our email the same day however I have not yet received anything in my email and it is the next day. Thanks!

Sent from CPR Certification Chicago