# EXHIBIT 24

Google reviews, Las Vegas listings



**CPR Certification Las Vegas**
3651 S Lindell Rd, Las Vegas, NV 89103, United St...

a month ago

This Company is -B in consumer rating and not even BBB rated.
I just inquired about the dates and did not even finish my scheduling. I closed the website, got an email for a fee, and was charged. They scheduled me for 09/14/2023 and conveniently canceled me the day of the class with no pre-cancellation message but an email on the day late at night. I emailed them and told them I was scanning for prices, but they said no refund. I was surprised I was charged for not even confirming my schedule. I was automatically scheduled. I told them I found a much cheaper class. I did this all on the same day, 09/05/2023. I called them, and they said they do not handle transactions but a third party that will message me after 48 hours!!! I



CPR Certification Las Vegas, 6060 Elton Ave b, Las Vegas, NV 8910

Maps Images Videos

About 119,000 results (0.34 seconds)

cprcertificationlasvegas.org
https://www.cprcertificationlasvegas

Contact Us - CPR Certifica

Phone Number *. Email *. Comment o

**6060 Elton Avenue**, Suite **B Las Vega**

cprcertificationlasvegas.org
https://www.cprcertificationlasvegas

CPR Certification Las Vega

**CPR Certification Las Vegas** - BLS CP

**6060 Elton Avenue**, Suite **B Las Vega**

People also ask

What is the most popular CPR ce

How long is CPR certification goo

What is CPR certification?

Tools SafeSearch Sign in

## CPR Certification Las Vegas

6060 Elton Ave b, Las Vegas, NV

Write a review

4.8 ★★★★★ 92 reviews

**Grace**
Local Guide · 72 reviews · 20 photos
★ an hour ago NEW

This Company is -B in consumer rating and not even BBB rated.
I just inquired about the dates and did not even finish my scheduling. I closed the website, got an email for a fee, and was charged. They scheduled me for 09/14/2023 and conveniently canceled me the day of the class with no pre-cancellation message but an email on the day late at night. I emailed them and told them I was scanning for prices, but they said no refund. I was surprised I was charged for not even confirming my schedule. I was automatically scheduled. I told them I found a much cheaper class. I did this all on the same day, 09/05/2023. I called them, and they said they do not handle transactions but a third party that will message me after 48 hours!!! I couldn't understand how easily they charge, but getting a hold of customer service was challenging. This is very unfriendly and deceptive to consumers. I did not take the class; there were no friendly dates, and it was too expensive. I got a quality CPR in a more BBB certified company.

Like

**Response from the owner** 2 minutes ago
Hi Grace.. We don't any orders from anyone named grace for over 2 years. Also you can not be charged unless you choose a date from our online calendar and enter your credit card information on the site.. We offer refunds if we ever have to reschedule a class and we do not use any 3rd party to handle transactions. I don't think you have the right company here.. Please confirm your records and give us a call if you are indeed a customer and we can get you refunded right away.