# EXHIBIT 25

Google reviews, Charlotte listings

CPR Certification Charlotte

Overview | Reviews | About

I learned a lot because of his class.

Like Share

**It'sDestiny**
3 reviews

★☆☆☆☆ 17 hours ago NEW

TERRIBLE TERRIBLE TERRIBLE EXPERIENCE!!!!! For someone going into the health care field be careful who you book with!! I told them it was a miscommunication between my CNA instructor and that I no longer needed the CPR class the FOLLOWING MORNING and I booked the class a week and 3 days in advance. I got passed around on the phone just for them to email me and tell me that they would GIVE THE SEAT I PAID FOR TO SOMEONE ELSE IF I did NOT attend CLASS. For a business that has individuals attending every day, that's baffling how they can not refund $59.95, which is a lot of money to be giving someone else A FREE CLASS SEAT.!!!!!!

Like Share

**Response from the owner** 4 minutes ago
Hi Destiny.. I think you might have the wrong business here? We refund people all the time when they ask for one especially for the reason you have mentioned. Can you call us give us your order number? I don't see your name as a customer of ours. There are several businesses with the same name in the area. Please double check and be sure that our website is the one you ordered from and if so we will refund you right away if you contact us.



2RFP000002

Search Google Maps

It'sDestiny

4 contributions ›

Reviews Photos

**CPR Certification Charlotte**
933 Louise Ave #101, Charlotte, NC 28204

★☆☆☆☆ 17 hours ago

TERRIBLE EXPERIENCE. They DO NOT REFUND even if you don't go or no longer need the program. THEY GIVE someone else a FREE SPOT OFF OF YOUR MONEY!!!!!! (Didnt want to give them a star but they even FORCE THAT)

Like Share

**Response from the owner** 3 hours ago
Thank you for your feedback. It appears you have provided a negative and false review to a legitimate organization. We believe your review has been placed on the wrong company in error.

We strive to serve our students. First, we need to verify that you are one of our students. Please feel free to contact our support team for the best service! We look forward to hearing from you! Warmest regards.

