# EXHIBIT 26

Saut email with attachments (July 13, 2025)

**From:** randy saut <rjsaut@yahoo.com>
**To:** "dougjoosjr@gmail.com" <dougjoosjr@gmail.com>
**Date:** Sun, 13 Jul 2025 22:24:10 +0000
**Subject:** Question on Saturday Class

On July 12 I had one student show up for class. The other 3 did not show up. After sending text message to the other three, one responded back that she had taken our Thursday night class in Clearwater and one reported a wrong number but was confirmed as the number on our contact file. The third stated that she had signed up for two classes by mistake and was taking our Clearwater class at that time.
I am asking you do we have second class in Clearwater on Saturday? I did a quick Google search for CPR classes near me at the same time I was at the ICOT center for our standing Saturday class at 10 am. This what I found with my Google search- is this a second class we have on Saturday? Seeing the photos and the very large class sizes, if the photo was one class that is way over the Heart Association limit for one instructor. Also the logo is the same.
Please advise me regarding my concerns,

Randy J Saut

**Attachment:** Screenshot_20250712_105011_Chrome.jpg

**Attachment:** Screenshot_20250713_180318_Messages.jpg

10:50 70

google.com/searc

13

CPR Certificati... · a year ago

Images may be subject to copyright



Group photo of students taken after their AHA BLS CPR class.


6:03
OGBULI,MARYT...
Friday • 12:29 PM
RCS chat with OGBULI,MARYTHEL
This chat is now end-to-end encrypted. Learn more
Hello this Randy from cpr you are listed for 10 am tomorrow
Ok, thank you
Yesterday • 10:16 AM
Are you still coming to cpr training?
Texting with OGBULI,MARYTHEL (SMS/MMS)
No, I mistakenly paid for two classes and I'm at the other one. Thanks for asking
RCS chat with OGBULI,MARYTHEL
Okay
No problem
Good luck
All right
RCS message