# EXHIBIT 27

Cease-and-desist letter from counsel for CPR Pittsburgh (Jan. 13, 2023); Macher email (Feb. 15, 2023) (CPR CERTIFICATION 000051)

ELLIOTT & DAVIS, PC
6425 Living Place
Suite 200
Pittsburgh, PA 15206
P. 412.206.0913 F. 412.230.8728

January 13, 2023

**Via email (joe@fourriverslaw.com)**

Joseph F. Southron
Four Rivers Law Firm
400 N. Ashley Drive, Suite 1720
Tampa, FL 33602

**Re: <u>Infringement of CPR PITTSBURGH trademark</u>**

Mr. Southron,

I represent David Macher with regard to the above-referenced matter.

Since 1998, Mr. Macher and CPRpittsburgh LLC (collectively, "CPR Pittsburgh") have provided CPR training and certification in and around the Pittsburgh area under the trademark CPR PITTSBURGH. As a result of this long and extensive use, CPR Pittsburgh is the sole and exclusive owner of the trademark CPR PITTSBURGH mark. Indeed, Mr. Macher owns Pennsylvania state registration number 7493581 for CPR PITTSBURGH, and previously owned Pennsylvania trademark registration number 6602298 for CPR PGH. CPR Pittsburgh's CPR PITTSBURGH mark is well-known throughout the Pittsburgh area, and represents valuable goodwill and is an important asset of CPR Pittsburgh.

It has come to our attention that your client, CPR, LLC is offering CPR training and certification services in Pittsburgh and has infringed Mr. Macher's CPR PITTSBURGH mark by (1) registering and using the domain name cprpittsburgh.org, (2) using the following logos:

CPR PITTSBURGH CERTIFICATION

CERTIFICATION CPR PITTSBURGH

and (3) using the CPR PITTSBURGH mark as part of its paid Google search results page identifier, as shown below:




My client does not believe that the CERTIFICATION CPR and design mark, standing alone as it does in U.S. Trademark Application Serial Number 97016512, infringes its CPR PITTSBURGH mark. However, the visually dominant portion of your client's mark is CPR, so that when it is followed by "Pittsburgh", it creates the commercial impression CPR PITTSBURGH, and the word "certification" does contribute meaningfully to that commercial impression. Indeed, my client has experienced actual confusion as a result of your client's use of its mark as it currently uses it in Pittsburgh.

For these reasons, your client's use of CPR PITTSBURGH is likely to cause consumer confusion or mistake or to deceive consumers as the source of origin of your services, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125, the Pennsylvania trademark statute, 54 Pa. CSA § 1123, and Pennsylvania common law.

Accordingly, we demand that your client immediately:

(1) cease all use of CPR PITTSBURGH, including but not limited to, those uses described above;
(2) transfer to CPR Pittsburgh all domain names it owns that contain the CPR PITTSBURGH mark, including, but not limited to, cprpittsburgh.org;
(3) cease all use of CPR PITTSBURGH as a keyword or otherwise as a part of its search engine optimization (SEO) program;
(4) withdraw, cancel, or delete any legal filings that include the CPR PITTSBURGH mark, such as corporate names or federal or state trademark applications; and
(5) deliver to CPR Pittsburgh any and all materials, such as course handouts, that include or display the CPR PITTSBURGH mark.

To be clear, CPR Pittsburgh would not object to your client's use of "Pittsburgh CPR" or, if you prefer, "Pittsburgh CPR Certification", where "Pittsburgh" precedes your client's

applied-for mark, and does not object to your client's use of the cprcertificationpittsburgh.com domain name or "Pittsburgh CPR Certification".

We understand that your client may not have been aware of CPR Pittsburgh's rights, and CPR Pittsburgh prefers to settle this matter amicable. Please let us know by January 27, 2023, if your client intends to respect CPR Pittsburgh's rights and comply with its demands. Nothing in this letter limits CPR Pittsburgh's claims, rights, or remedies.

Sincerely,

/Jeffrey M. Gitchel/

Jeffrey M. Gitchel

Gmail **CPR Certification <support@ucpra.org>**

## CPRcertification

2 messages

**David Macher** <cprpgh@aol.com> Wed, Feb 15, 2023 at 1:12 AM
Reply-To: David Macher <cprpgh@aol.com>
To: "support@ucpra.org" <support@ucpra.org>

Your logo looks a lot like ours.
Ours is trademarked for many years.
CPRpittsburgh

It is confusing the public as we have had complaints where they paid you, but come to our class insisting they paid us.

We have obtained legal counsel. As of yet we have had no response from anyone who owns the website.

We can do this amicably. Our legal counsel has sent a cease and desist letter.
Also, the use of cprpittsburgh.org confuses the persons looking for us.

Your customer service told me to email you.

Contact me.

David Macher
412-973-9317

---

**CPR Certification** <support@ucpra.org> Wed, Feb 15, 2023 at 2:05 AM
To: Gayel Sabiduria <gayel@ucpra.org>

CPR CERTIFICATION

[Quoted text hidden]