# EXHIBIT 28

Bayside email (Jan. 23, 2023)

000099

Gmail

Doug Joos Jr. <dougjoosjr@gmail.com>

## BLS class

3 messages

**National AHA Training Center** <admin@baysidecpr.com> Mon, Jan 23, 2023 at 10:52 AM
To: Doug Joos <dougjoosjr@gmail.com>

Hello Doug,

I have a student that did not receive their ecard. She has no clue who her instructor was but did have the address of class.

Is this one of your addresses?
She took class on June 25th 2022
time : 10-1
5850 San Felipe Street Houston,TX 77057.
Student Name: Ghinwah Hachem.

--
Micky Eaklor
she/her
Quality Assurance Manager

**Bayside CPR Administrative Team**
Bayside CPR & AED Training Center

**Address** HQ: 1994 Moreland Parkway, Suite 2B, Annapolis, MD, 21401
**Phone** 800-364-3679 **Email** admin@baysidecpr.com
**Website** www.baysidecpr.com

**Doug Joos Jr.** <dougjoosjr@gmail.com> Mon, Jan 23, 2023 at 4:12 PM
To: National AHA Training Center <admin@baysidecpr.com>

000100

Not us I'm afraid but happy to give her service at a discount to help her if need be if she ends up needing it we are close by but that wasn't us

[Quoted text hidden]

---

**National AHA Training Center** <admin@baysidecpr.com> Mon, Jan 23, 2023 at 4:14 PM
To: "Doug Joos Jr." <dougjoosjr@gmail.com>

OK, it is so confusing sometimes lol.

Thanks for your help.

Micky

[Quoted text hidden]