# EXHIBIT 29

Bayside CPR email regarding cprsandiego.org (Dec. 21, 2023)

Gmail

Doug Joos Jr. <dougjoosjr@gmail.com>

# Picture of cards on websites

**admin@baysidecpr.com** <admin@baysidecpr.com> Thu, Dec 21, 2023 at 3:27 PM
To: dougjoosjr@gmail.com

We recently received a notification from the American Heart Association's Compliance Department, bringing to our attention potential copyright violations associated with your recent postings your Website. We have attached the pictures and the places that American Heart Association found these violations.

It has come to our attention that certain content may be in violation of copyright laws, and we understand the serious consequences that may arise from such infractions. We take this matter seriously and are committed to resolving it promptly.

As a reminder, the American Heart Association actively monitors various Facebook groups/ Websites to ensure compliance with their guidelines. In light of this, the Compliance Department has issued a 48-hour deadline for us to address this issue.

To address this concern, we are implementing an action plan that includes the removal and modification of the specified content on your website. https://www.cprsandiego.org/cpr-classes/?date=2023-12-28&time=1830. Please understand the urgency of this matter and work diligently to rectify the situation. **Before they go looking at other website pages, please remove all the other card pictures from them as well.**

We appreciate your understanding and cooperation in resolving this matter promptly. If you have any questions or require additional information, please feel free to contact me directly.

Thank you for your prompt attention to this important issue.

**LJ Smith**

**Instructor Development, Training**

**Director of Operations**

**1-800-280-4196**

**Bayside CPR Administrative Team**
Bayside CPR & AED Training Center

**Address** HQ: 1994 Moreland Parkway, Suite 2B, Annapolis, MD, 21401

**Phone** 800-364-3679 **Email** admin@baysidecpr.com

**Website** www.baysidecpr.com