# EXHIBIT 30

Google duplicate notice, Louisville (Jan. 18, 2022)

Gmail CPR Louisville <cprlouisvillecert@gmail.com>

**CPR Certification Louisville's Business Profile is a duplicate**
1 message

**Google My Business** <googlemybusiness-noreply@google.com> Tue, Jan 18, 2022 at 1:57 AM
Reply-To: Google My Business <googlemybusiness-noreply@google.com>
To: cprlouisvillecert@gmail.com

Google My Business

# Your profile has been marked as a duplicate

CPR Certification Louisville at 965 Baxter Ave, Louisville, KY 40204, your Business Profile on Google has been marked as a duplicate. When you add a location that's already been verified in Google My Business, it won't appear on Google Maps and Search and will be marked as a "duplicate location" in your account.

To avoid confusion, and to make sure the correct Business Profile shows up on Google, remove the duplicate Business Profile in your Google My Business account today. If you'd like to get access to a profile that's already been verified, you can request ownership of it.

Visit Google My Business Help to learn more.

You have received this email to update you about important changes related to your Google My Business account or Business Profile.

Google

© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043