# EXHIBIT 31

Yes Working email (Jan. 28, 2022)

000147

Gmail

Doug J. <strat505@gmail.com>

# Re: Expected Start Date - CPR Classes

1 message

**Yes Working Coworking Space** <yesworkinglouisville@gmail.com> Fri, Jan 28, 2022 at 9:23 AM
To: Gayel Sabiduria <gayel@ucpra.org>
Bcc: strat505@gmail.com

Good morning Gayel,

It's come to my attention that I already have a CPR Certification company at my cowork space. He has been paying since early last year.

I also found out that you guys claimed an already existing Google business in my building. I got a duplicate letter. I also found out you have been advertising that classes are being held in my space and you guys haven't paid?

Here's what you need to know. Ken is no longer on the door. I won't be doing business with you guys and you'll need to stop advertising my space.
Bottom line this is super shady and super unprofessional and I as an owner cannot in good faith be a part of this.

**The Yes Working Team**
**Yes Working Co-Work Space**
965 Baxter Avenue
Louisville, KY 40204
YesWorkingLouisville@gmail.com

On Wed, Jan 26, 2022 at 7:06 PM Gayel Sabiduria <gayel@ucpra.org> wrote:

> Hi Laura and Tanya,
>
> I hope all is well.
>
> Our expected start date is on the 10th of February. Is there anything that we should sign and how do we pay?
>
> Thanks so much.
>
> Kind regards,
>
> **Gayel**
> *Senior Operations Manager*

000148

CPR CERTIFICATION

(786) 563-3618

gayel@ucpra.org

www.CPRCertificationLLC.com