# EXHIBIT 32

Webpage printouts, CPR LLC Chicago website (Oct. 26, 2026)

CERTIFICATION CPR CHICAGO

0

# CPR CERTIFICATION CHICAGO
# OFFICIAL AHA BLS CPR CLASSES

CPR Certification Chicago offers hands-on American Heart Association Basic Life Support CPR training for professionals, students, employers, and community members across Chicago. This is the same AHA BLS class commonly used for healthcare employment, school programs, program requirements, and workplace training, but it is open to anyone who wants a high-quality CPR class and real hands-on instruction. Classes run throughout the week, and successful students receive their CPR Card the same day.

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION OSHA COMPLIANT

Aligned Training Site American Heart Association.

Google Reviews ★★★★★

ACCEPTANCE GUARANTEED

OFFICIAL AHA TRAINING SITE

PASSING GUARANTEED

## BOOK YOUR BLS CPR CLASS

## CHOOSE A DATE FROM THE LIVE BOOKING CALENDAR

← January 2027 →

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

Choose a date above to see available time slots.

1 BOOK NOW

SERVING THE COMMUNITY SINCE 2015

# OFFICIAL AMERICAN HEART ASSOCIATION CPR TRAINING SITE IN CHICAGO

CPR Certification Chicago is an Official American Heart Association Training Site serving students, employers, and community groups across Chicagoland. Students come from Chicago, Evanston, Oak Park, Skokie, and nearby communities for hands-on BLS CPR classes, and businesses throughout the region can schedule onsite group CPR training at their own location.

amazon Hilton COSTCO WHOLESALE HYATT

# AS SEEN ON

BENZINGA NBC abc CBS FOX NEWS USA TODAY DIGITAL JOURNAL

IMAGE PROPERTY OF CPRCERTIFICATIONCOMPANY.COM

# AHA BLS CPR CERTIFICATION IN CHICAGO ILLINOIS








### BASIC LIFE SUPPORT CPR FOR ADULTS, CHILDREN, AND INFANTS

American Heart Association Basic Life Support CPR Class includes hands-on manikin practice for adults, children, and infants, followed by a skills check with a certified AHA instructor before your CPR Card is issued.

### AED OPERATION FOR ADULTS, CHILDREN, AND INFANTS

Hands-on AED trainer practice covering device operation, pad placement, and how to coordinate AED use with ongoing CPR.

#### CHOKING RELIEF AND AIRWAY OBSTRUCTION REMOVAL

Back blows, abdominal thrusts, and the correct transition to CPR for adults, children, and infants.

#### MULTI-RESCUER CPR

Team-based scenarios covering role coordination, communication, and AED use when more than one rescuer is involved.

#### SAME-DAY CPR CARD AFTER SUCCESSFUL COMPLETION

Successful students receive their CPR Card the same day after completing the written exam and hands-on skills check.




#### WIDELY ACCEPTED FOR WORK, SCHOOL, AND LICENSING

AHA BLS is commonly accepted for healthcare employment, school programs, program requirements, and workplace training needs.

SEE AHA BLS CPR CLASS

## AHA BLS CPR + FIRST AID TRAINING IN CHICAGO ILLINOIS










| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |

The BLS portion of this class is an official American Heart Association credential. The First Aid portion is provided by CPR Certification Chicago and is not an AHA credential. If your employer, school, or licensing board requires a specific format, confirm that requirement before enrolling.

24 25 26 27 28 29 30
31 1 2 3 4 5 6

Choose a date above to see available time slots.

1 BOOK NOW

FULL AHA BLS CPR CERTIFICATION INCLUDED

The BLS CPR and First Aid class includes the full AHA BLS course, including hands-on skills assessment, written exam, and a same-day CPR Card after successful completion.

BLEEDING CONTROL

Recognizing and managing external bleeding before emergency services arrive.

BURN RESPONSE

Identifying burn severity and the correct first response for thermal injuries.

STROKE RECOGNITION

Using the FAST method to identify stroke warning signs and respond while waiting for emergency services.

SEVERE ALLERGIC REACTION

Recognizing anaphylaxis and understanding when and how to use an epinephrine auto-injector.

SPRAINS AND FRACTURES

First response for musculoskeletal injuries, including immobilization and signs that require emergency medical care.




SEE BLS CPR AND FIRST AID CLASS

# ONSITE GROUP AND CORPORATE CPR TRAINING IN CHICAGO

## BLS CPR + FIRST AID

AHA CPR COMBINED WITH OUR OWN FIRST AID

← January 2027 →

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |










Onsite CPR training brings hands-on CPR certification classes, First Aid, and Bloodborne Pathogens training directly to your workplace. Your team trains together at your facility with a certified AHA instructor, with equipment provided and scheduling built around your operations. Groups of five or more can book weekday, evening, or weekend sessions anywhere in Chicago and throughout Cook County.

### ONSITE AHA BLS CPR CERTIFICATION FOR YOUR TEAM

Hands-on BLS training for your team covering adult, child, and infant CPR, AED use, choking relief, and multi-rescuer response.

### GROUP FIRST AID AND BLOODBORNE PATHOGENS TRAINING

Add First Aid training covering bleeding control, burns, fractures, stroke recognition, and allergic reactions. Bloodborne Pathogens training covers workplace exposure basics for employees who may encounter blood or bodily fluids. Combine courses in one training day or schedule them separately.

### MOBILE CPR TRAINING FOR ANY CHICAGO INDUSTRY

We train healthcare offices, dental practices, schools, construction crews, hotels, fitness centers, corporate teams, restaurants, and other Chicago employers that need hands-on CPR training on site.

### CORPORATE CPR CERTIFICATION WITH SAME-DAY CARDS

Your team completes training in one session and successful students receive their CPR Cards the same day. No extra trip, no follow-up class, and no delay getting your staff certified.

### COME TO YOU CPR TRAINING ANYWHERE IN COOK COUNTY

Our instructors travel to your office, school, facility, or jobsite with manikins, AED trainers, and course equipment. You provide the space, and we bring the training to you.

### MAKEUP SESSIONS FOR EMPLOYEES WHO MISS TRAINING

Employees who miss the onsite session can register for one of our open-enrollment BLS CPR classes so your team stays covered.

SEE ONSITE CPR TRAINING

# GET YOUR TEAM CERTIFIED

SCHEDULE YOUR GROUP CHICAGO ONSITE CPR CLASS

Name*

Phone*

Email*

Organization/Business Name*

Requested Date (Optional)

Backup Date (Optional)

Tell Us About Your Emergency Training Needs*

OFFICIAL AHA BLS CPR TRAINING SITE

## WHO TAKES AHA BLS CPR CLASSES IN CHICAGO

Students, healthcare workers, school staff, hospitality teams, office employees, fitness professionals, and community members across Chicago take AHA BLS CPR classes for professional and personal reasons. Between Northwestern Memorial Hospital, Rush University Medical Center, University of Illinois Chicago, City Colleges of Chicago, and local employers, many people need one class covering adult, child, and infant CPR, AED use, and choking relief in a single session.

### NURSES, CNAS AND CLINICAL STAFF

The Illinois Board of Nursing requires current AHA BLS certification for licensed nurses. Hospitals including Rush University Medical Center and Northwestern Memorial Hospital require a valid BLS card for credentialing, onboarding, and annual compliance reviews. CNAs, medical assistants, patient care technicians, and surgical techs face the same requirement.

### NURSING AND ALLIED HEALTH STUDENTS

Most nursing programs, dental hygiene programs, respiratory therapy programs, and other allied health programs in the Chicago area require AHA BLS certification before clinicals begin. UIC, City Colleges

of Chicago, and other Cook County programs accept our AHA BLS card. Book your class early in the semester before your clinical start date.

#### TEACHERS, COACHES AND SCHOOL STAFF

Illinois requires CPR and AED training for teachers and coaches in public schools. Chicago Public Schools and private schools across the greater Chicago area accept our AHA BLS card for that requirement. Our class covers adult, child, and infant CPR, AED use, and choking relief for all age groups.

#### PERSONAL TRAINERS AND FITNESS PROS

Fitness certification bodies and many gyms ask personal trainers to keep current CPR training as part of their professional readiness. The AHA BLS card is widely recognized across the fitness industry and commonly used for that purpose.

#### SECURITY, HOSPITALITY & CORPORATE TEAMS

Chicago's hospitality and visitor economy includes hotel teams, event staff, security personnel, front desk workers, and corporate office groups. Many teams use CPR training as part of workplace readiness for hotels,

convention spaces, lakefront venues, and large event sites.

### CHILDCARE PROVIDERS AND DAYCARES

Illinois childcare licensing requires current CPR certification for directors and staff in licensed facilities. Our AHA BLS course covers infant, child, and adult cardiopulmonary resuscitation, AED use, and foreign body airway obstruction relief, covering the complete skill set required for childcare settings across Cook County.

## BOOK YOUR BLS CPR CLASS

CHOOSE A CLASS DATE TO RESERVE YOUR SEAT

VIEW MORE CLASS DATES

## WHAT CUSTOMERS SAY ABOUT OUR CPR CERTIFICATION CLASSES

★★★★★

Marquita was my instructor today. I loved her enthusiasm about teaching CPR. She answered every

★★★★★

This instructor Gabriel was great. Patient, professional, and made learning CPR comfortable. I enjoyed the smaller class setting and the hands-on training.

question and then some. Wonderful class. She made my nerves go away.

Bridgette Ross

Rhodope Walker

★★★★★

Mr. Brian is a great teacher. The class was very informative and the hands-on part was not overwhelming. He gave everyone time to be confident in learning this life-saving skill.

H C

★★★★★

Brian was an amazing instructor. He was so welcoming and knowledgeable about the course. I had the best experience and feel very confident in my basic life support skills.

Samantha Villarino

QUESTIONS ABOUT CLASS

## QUESTIONS ABOUT CPR CLASSES IN CHICAGO

These are the common questions people ask before choosing a class, booking a seat, or scheduling training for a team.

### WHAT CPR CLASSES DO YOU OFFER IN CHICAGO?

CPR Certification Chicago focuses on hands-on AHA BLS CPR training. Students can book the full AHA BLS CPR Class, BLS recertification, BLS CPR and First Aid, or onsite CPR classes for employers and teams.

### WHICH CLASS SHOULD I TAKE: BLS, RENEWAL, OR BLS AND FIRST AID?

### IS THIS AN OFFICIAL AHA TRAINING SITE?

### ARE CLASSES IN PERSON?

### HOW LONG DO THE CLASSES TAKE?

### WHEN DO I RECEIVE MY CPR CARD?

### DO YOU OFFER ONSITE CPR TRAINING FOR WORKPLACES OR TEAMS?

## BOOK YOUR BLS CPR CLASS

CHOOSE A CLASS DATE TO RESERVE YOUR SEAT

VIEW MORE CLASS DATES

CPR Certification Chicago offers hands-on AHA BLS CPR classes in Chicago with flexible weeknight, weekend, and onsite group training options.

Services

- BLS CPR Class
- BLS Renewal
- CPR + First Aid
- Onsite CPR Training
- Areas We Serve

More Info

- Blog
- About Us
- Contact Us
- Jobs
- Who We Train

Contact

**CPR Certification Chicago**
4554 N Broadway Ste 309
Chicago, IL 60640

**(773) 985-7478**

© 2026 CPR Certification Chicago. All rights reserved. CPR Certification is a brand of CPR LLC.