# EXHIBIT 33

Archived webpage printouts and webpage printout, chicagocprclasses.org (May 15, 2022; Feb. 25, 2024; Nov. 16, 2025; Mar. 14, 2026; Apr. 15, 2026; May 21, 2026)

The Wayback Machine - https://web.archive.org/web/20220515095135/https://www.chicagocprclasses.org/

Company / Group CPR Classes (773) 912-0942 0
Skip to content

CPR CHICAGO CERTIFICATION

Toggle navigation

- CPR Classes
- CPR + First Aid Classes
- Infant CPR Classes
- CPR Renewal
- Company / Group CPR Classes





Simple, Fast & Easy

# CPR Certification in Chicago, IL

- American Heart Association AHA certified CPR classes
- Get your CPR card the same day as class!

Register for CPR Register for CPR + First Aid

Aligned American Heart Association Training Site

## Top Rated American Heart Association AHA BLS CPR Healthcare Provider Classes

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are 100% certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life.

American Heart Association BLS CPR and AED Certification quantity 1

### American Heart Association AHA BLS CPR and AED Certification

## BLS CPR & AED Classes

$59.95

Our CPR classes are officially American Heart Association (AHA) certified and equip you for Basic Life Support (BLS) Healthcare Provider CPR and AED in Chicago, IL.

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 5 of 62 PageID 1191

American Heart Association BLS CPR and AED Certification & First Aid Certification quantity 1

**American Heart Association AHA BLS CPR and AED Certification & First Aid Certification**

## BLS CPR, AED + First Aid Classes

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 6 of 62 PageID 1192

$79.95

The First Aid and CPR classes are the best emergency training you can receive. All of our CPR classes are 100% American Heart Association (AHA) certified, so they are the official Healthcare Provider level certification that employers require.

## 5.0 Review Rating

Natasha, Medical Assistant

★★★★★

“"This was just the right environment to get recertified with BLS CPR. The instructor was amazing and brought the years of experience on the job to the classroom. I was very impressed with the level of knowledge that the instructor had. Learning was made interactive and fun, which was a lot better than feeling like a typical boring class. Highly recommended."”

Dahlia, Dentist

★★★★★

“"Awesome experience! I've taken many BLS classes before and this is by far the best class ever. The course was great and I enjoyed the excellent teaching. I really learned the process well and definitely feel more confident. I’d surely recommend this location to anyone that is looking to get certified."”

Michael, Nurse

★★★★★

“"Just had my BLS CPR and First Aid certification and it was so great. Got both certs knocked out in one day. The instructor made it fun and covered all the material in a clear and concise manner. If you still have questions afterwards, the company will continue to extend their support. The facility is nice, as well as easy to get in and out of. Strongly recommend signing up for this class!"”

## Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.
- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

### What is CPR?

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

### What to Expect in Your CPR Course

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are 100% certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies

- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

## Why Train With Us?

1. We have trained nearly 30,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

## FAQS

**How much does it cost to become CPR Certified?**

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other “cheaper” options — they may have additional hidden fees later in the process.

**Can anyone take these courses?**

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

**What do I have to do to qualify for the CPR card?**

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same day as your class.

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

**When will my certification expire?**

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

**How can I renew my CPR Certification?**

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

## Schedule Your CPR Certification Now

[Register for CPR](#) [Register for CPR + First Aid](#)

CPR CHICAGO CERTIFICATION CPR Certification Chicago is aligned with Bayside in Annapolis, MD

**Classes**

- CPR Classes
- CPR + First Aid Classes
- Infant CPR Classes
- CPR Renewal
- Company / Group CPR Classes

**Company**

- About Us
- Careers
- Contact Us

(773) 912-0942

4707 N Broadway St Chicago, IL 60640

6734 S Kedzie Ave Chicago, IL 60629

100 W Higgins Rd 1111 Park Ridge, IL 60068

The Wayback Machine - https://web.archive.org/web/20240225194645/https://www.chicagocprclasses.org/

(773) 912-0942 0

CPR CHICAGO CERTIFICATION

Toggle navigation

- CPR Classes
- CPR + First Aid Classes
- Companies/Groups
- Contact Us

# Get CPR Certified with CPR Certification Chicago

CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes CPR + First Aid Classes







Same Day CPR Certification Card
50,000+ Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Chicago, IL

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life. Join us at a time that is convenient for you at our Chicago training site — or schedule your on-site CPR class for medium to large groups in Chicago, South Haven (Indiana), Arlington Heights (Illinois), Evanston, Oak Park (Illinois), Orland Park, Gary, Buffalo Grove, Naperville, Deerfield, Elgin, Elmhurst, Highland Park, North Chicago, Northbrook, Oak Brook, and Palatine.

**EXCELLENT**

Posted on Google

Posted on Google

Posted on Google

Posted on Google

Posted on Google

Based on **1696 reviews**

Google

Mr. Tunde was very good at explaining everything in detail making sure that we all understood what was i...
Read more

Great guy added tons of extra info

Great instructor, makes sure everyone understands information well. I would recommend

Great class straightforward

Very fun teacher! You learn a bunch and walked out like a pro!

## BLS CPR & AED Classes

$59.95

### American Heart Association AHA BLS CPR and AED Certification

Our CPR classes are officially American Heart Association (AHA) certified and equip you for Basic Life Support (BLS) Healthcare Provider CPR and AED in Chicago, IL.




[Learn more about our AHA BLS CPR class]

American Heart Association BLS CPR and AED Certification quantity 1

## BLS CPR, AED + First Aid Classes

$79.95

### American Heart Association AHA BLS CPR and AED Certification & First Aid Certification

The First Aid and CPR classes are the best emergency training you can receive. All of our CPR classes are American Heart Association (AHA) certified, so they are the official Healthcare Provider level certification that employers require.




[Learn more about our AHA BLS CPR and First Aid class]

American Heart Association BLS CPR and AED Certification & First Aid Certification quantity 1

## CPR Certification Chicago Locations

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 20 of 62 PageID 1206

## Schedule Your CPR Certification Now

Register for CPR Register for CPR + First Aid



## Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.

- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

### What is CPR?

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

### What to Expect in Your CPR Course

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies
- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

### Why Train With Us?

1. We have trained nearly 100,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

### FAQS

**How much does it cost to become CPR Certified?**

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other "cheaper" options — they may have additional hidden fees later in the process.

**Can anyone take these courses?**

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

**What do I have to do to qualify for the CPR card?**

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same da class.

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 22 of 62 PageID 1208

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

**When will my certification expire?**

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

**How can I renew my CPR Certification?**

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

**How long do the CPR classes last?**

Class times are approximately 3 hrs.





### Should You Perform CPR Before or After an AED?

If you ever find yourself in a situation where someone's heart has stopped beating, knowing whether you should perform CPR before or after an AED can save a life. Cardiopulmonary Resuscitation and Automated External Defibrillators are critical life-saving measures in emergencies, yet there's a lot of confusion about their proper use. For example, during a…

Read More

### The Chain of Survival: Understanding CPR's Role

In the world of emergency medical care, there exists a concept that stands as a beacon of hope in the darkest of moments—the Chain of Survival. This intricate framework is designed to guide us through the chaotic and critical junctures of a medical emergency, serving as the lifeline that connects the desperate situation to a…

Read More



### 7 Reasons Why Everyone Should Learn CPR

Across the United States, you can find numerous examples of the significant CPR impact on survival rates after a sudden cardiac arrest. Even hands-only CPR can save a cardiac arrest victim's life, not to mention the impact of high-quality CPR and other techniques and procedures. Considering the effectiveness of the CPR procedure in emergencies, it'd…

Read More

## Schedule Your CPR Certification Now

Register for CPR Register for CPR + First Aid

CPR CHICAGO CERTIFICATION CPR Certification Chicago is aligned with Kentucky Health & Safety in Louisville, KY Copyright © 2024 CPR Certification Chicago. All rights reserved.

**Classes**

- CPR Classes
- CPR + First Aid Classes
- Infant CPR
- CPR Renewal
- Company / Group CPR Classes

**Company**

- About Us
- Communities We Serve
- Reviews
- CPR Instructor Jobs
- Contact Us
- Blog
- Privacy Policy

(773) 912-0942

4707 N Broadway Chicago, IL 60640

6734 S Kedzie Ave Chicago, IL 60629

100 W Higgins Rd 1111 Park Ridge, IL 60068

(773) 912-0942

## Get CPR Certified with CPR Certification Chicago

CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes

CPR + First Aid Classes

Aligned Training Site
American Heart Association.

**Same Day**
CPR Certification Card

**500,000+**
Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Chicago, IL

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life. Join us at a time that is convenient for you at our Chicago training site — or schedule your on-site CPR class for medium to large groups in Chicago, South Haven (Indiana), Arlington Heights (Illinois), Evanston, Oak Park (Illinois), Orland Park, Gary, Buffalo Grove, Naperville, Deerfield, Elgin, Elmhurst, Highland Park, North Chicago, Northbrook, Oak Brook, and Palatine.

**EXCELLENT**
★★★★★
Based on **1696 reviews**
Google

**Shepherah...** 10 May 2026
★★★★★
Mr. Tunde was very good at explaining everything in detail making sure that we all understood...

**Nicholas N...** 10 May 2026
★★★★★
Great guy added tons of extra info

**Sebastian ...** 10 May 2026
★★★★★
Great instructor, makes sure everyone understands information well. I would recommend

## BLS CPR & AED Classes

★★★★★ **1696 reviews** Google

**$59.95**

Looking for CPR classes near you? Get your CPR certification fast with our hands-on American Heart Association BLS CPR & AED classes in Chicago. Learn life-saving skills for adults, children, and infants — and walk away certified the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card

- **Format**: Hands-on, in-person
- **Ages Covered**: Adult, Child, & Infant
- **Meets Requirements**: OSHA & employer-approved

**Reserve your spot now—classes fill quickly!**




**Select a Location**

4707 N Broadway St, Chicago, IL 60640

Choose a date above to see available time slots.

1 Book Now

## BLS CPR, AED + First Aid Classes

★★★★★ **1696 reviews** Google

**$79.95**

Looking for CPR and First Aid classes near you? Get certified fast with our hands-on American Heart Association BLS CPR & AED class plus CPR Certification's online First Aid training. Learn life-saving skills for adults, children, and infants — and earn both your CPR and First Aid certification the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card plus CPR Certification First Aid
- **Format**: Hands-on, in-person CPR & AED plus online First Aid training
- **Ages Covered**: Adult, Child, & Infant

4707 N Broadway St, Chicago, IL 60640
6734 S Kedzie Ave Chicago, IL 60629
100 W Higgins Rd l111, Park Ridge, IL 60068

**Reserve your spot now—classes fill quickly!**







***Our First Aid Certification is a proprietary online course provided by CPR Certification.***

**Select a Location**

4707 N Broadway St, Chicago, IL 60640

November 2025

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| --- | --- | --- | --- | --- | --- | --- |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Choose a date above to see available time slots.

1 Book Now

## CPR Certification Chicago Locations

## Schedule Your
## CPR Certification Now

Register for CPR

Register for CPR + First Aid



## Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.
- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

**What is CPR?**

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

**What to Expect in Your CPR Course**

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies
- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

**Why Train With Us?**

1. We have trained nearly 100,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

**FAQS**

**How much does it cost to become CPR Certified?**

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other "cheaper" options — they may have additional hidden fees later in the process.

**Can anyone take these courses?**

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

**What do I have to do to qualify for the CPR card?**

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same day as your class.

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

**When will my certification expire?**

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

**How can I renew my CPR Certification?**

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

**How long do the CPR classes last?**

Class times are approximately 3 hrs.









**The Difference Between CPR and BLS Certification**

In the realm of emergency medical care, understanding the nuances between CPR and BLS certification is crucial for both healthcare professionals and laypersons. Whether you're a medical practitioner, a teacher, or someone interested in gaining life-saving skills, knowing the distinction between these two certifications can enhance your ability to respond effectively in critical situations. This...

Read More



**CPR Certification For Coaches In Chicago**

In the bustling heart of Chicago, where sports and fitness thrive, the importance of safety on the field or court cannot be overstated. Coaches, often seen as leaders and mentors, are in a unique position to ensure that their teams not only excel in their respective sports but also remain safe during practice and competition....

Read More



**Understanding the Difference Between CPR and AED**

In critical medical emergencies, knowing whether to use CPR or an Automated External Defibrillator (AED) can make a life-saving difference. These two techniques are essential components of emergency response, yet they serve distinct purposes and are applied in different scenarios. Understanding the nuances between CPR and AED is crucial for anyone looking to be prepared...

Read More

## Schedule Your CPR Certification Now

**Register for CPR**

**Register for CPR + First Aid**

CPR CERTIFICATION CHICAGO

Copyright © 2025 CPR Certification Chicago. All rights reserved.

### Classes

CPR Classes
CPR + First Aid Classes
Infant CPR
CPR Renewal
Company / Group CPR Classes

### Company

About Us
Communities We Serve
Reviews
CPR Instructor Jobs
Contact Us
Blog
Privacy Policy

(773) 912-0942

4707 N Broadway
Chicago, IL 60640

6734 S Kedzie Ave
Chicago, IL 60629

100 W Higgins Rd l111
Park Ridge, IL 60068

(773) 912-0942 0

# Get CPR Certified with CPR Certification Chicago

CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes

CPR + First Aid Classes

Aligned American Heart Association. Training Site

**Same Day**
CPR Certification Card

**500,000+**
Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Chicago, IL

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life. Join

us at a time that is convenient for you at our Chicago training site — or schedule your on-site CPR class for medium to large groups in Chicago, South Haven (Indiana), Arlington Heights (Illinois), Evanston, Oak Park (Illinois), Orland Park, Gary, Buffalo Grove, Naperville, Deerfield, Elgin, Elmhurst, Highland Park, North Chicago, Northbrook, Oak Brook, and Palatine.

**EXCELLENT**

★★★★★

Based on **1,696 reviews**

Google

icholas N... May 2026 ★ ' added tons of

Sebastian ... 10 May 2026 ★★★★★ Great instructor, makes sure everyone understands information well. I would recommend

Leticia Dick... 10 May 2026 ★★★★★ Great class straightforward

O 10 ★★★★ Very fun t learn a bu walked ou

## BLS CPR & AED Classes

★★★★★ 1,696 reviews Google

**$59.95**

Looking for CPR classes near you? Get your CPR certification fast with our hands-on American Heart Association BLS CPR & AED classes in Chicago. Learn life-saving skills for adults, children, and infants — and walk away certified the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card
- **Format**: Hands-on, in-person
- **Ages Covered**: Adult, Child, & Infant
- **Meets Requirements**: OSHA & employer-approved

**Reserve your spot now—classes fill quickly!**



**Select a Location**

4707 N Broadway St, Chicago, IL 60640

Choose a date above to see available time slots.

1 Book Now

## BLS CPR, AED + First Aid Classes

★★★★★ **1,696 reviews** Google

**$79.95**

Looking for CPR and First Aid classes near you? Get certified fast with our hands-on American Heart Association BLS CPR & AED class plus CPR Certification's online First Aid training. Learn life-saving skills for adults, children, and infants — and earn both your CPR and First Aid certification the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card plus CPR Certification First Aid eCard
- **Format**: Hands-on, in-person CPR & AED plus online First Aid training
- **Ages Covered**: Adult, Child, & Infant

**Reserve your spot now—classes fill quickly!**

Sample American Heart Association AHA BLS CPR Card Certification and First Aid Certification Card from CPR Certification Chicago

****Our First Aid Certification is a proprietary online course provided by CPR Certification.***

**Select a Location**

4707 N Broadway St, Chicago, IL 60640

Choose a date above to see available time slots.

1 Book Now

## CPR Certification Chicago Locations

## Schedule Your
## CPR Certification Now

Register for CPR

Register for CPR + First Aid

## Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.
- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

### What is CPR?

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

### What to Expect in Your CPR Course

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies
- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

### Why Train With Us?

1. We have trained nearly 100,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

## FAQS

### How much does it cost to become CPR Certified?

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other “cheaper” options — they may have additional hidden fees later in the process.

### Can anyone take these courses?

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

### What do I have to do to qualify for the CPR card?

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same day as your class.

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

### When will my certification expire?

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

### How can I renew my CPR Certification?

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

### How long do the CPR classes last?

Class times are approximately 3 hrs.







### The Difference Between CPR and BLS Certification

In the realm of emergency medical care, understanding the nuances between CPR and BLS certification is crucial for both healthcare professionals and laypersons. Whether you're a medical practitioner, a teacher, or someone interested in gaining life-saving skills, knowing the distinction between these two certifications can enhance your ability to respond effectively in critical situations. This...

Read More

### CPR Certification For Coaches In Chicago

In the bustling heart of Chicago, where sports and fitness thrive, the importance of safety on the field or court cannot be overstated. Coaches, often seen as leaders and mentors, are in a unique position to ensure that their teams not only excel in their respective sports but also remain safe during practice and competition....

Read More

### Understanding the Difference Between CPR and AED

In critical medical emergencies, knowing whether to use CPR or an Automated External Defibrillator (AED) can make a life-saving difference. These two techniques are essential components of emergency response, yet they serve distinct purposes and are applied in different scenarios. Understanding the nuances between CPR and AED is crucial for anyone looking to be prepared...

Read More

## Schedule Your
## CPR Certification Now

Register for CPR

Register for CPR + First Aid

CPR CERTIFICATION CHICAGO

Copyright © 2026 CPR Certification Chicago. All rights reserved.

**Classes**

CPR Classes
CPR + First Aid Classes
Infant CPR
CPR Renewal
Company / Group CPR Classes

**Company**

About Us
Communities We Serve
Reviews
CPR Instructor Jobs
Contact Us
Blog
Terms of Service
Privacy Policy

**(773) 912-0942**

4707 N Broadway
Chicago, IL 60640

6734 S Kedzie Ave
Chicago, IL 60629

100 W Higgins Rd I111
Park Ridge, IL 60068

The Wayback Machine - https://web.archive.org/web/20260415075740/https://www.chicagocprclasses.org/

(773) 912-0942

# Get CPR Certified with CPR Certification Chicago

CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes

CPR + First Aid Classes

Aligned American Heart Association. Training Site

**Same Day**
CPR Certification Card

**500,000+**
Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Chicago, IL

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality

hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life. Join us at a time that is convenient for you at our Chicago training site — or schedule your on-site CPR class for medium to large groups in Chicago, South Haven (Indiana), Arlington Heights (Illinois), Evanston, Oak Park (Illinois), Orland Park, Gary, Buffalo Grove, Naperville, Deerfield, Elgin, Elmhurst, Highland Park, North Chicago, Northbrook, Oak Brook, and Palatine.

## BLS CPR & AED Classes

**$59.95**

Looking for CPR classes near you? Get your CPR certification fast with our hands-on American Heart Association BLS CPR & AED classes in Chicago. Learn life-saving skills for adults, children, and infants — and walk away certified the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card
- **Format**: Hands-on, in-person
- **Ages Covered**: Adult, Child, & Infant
- **Meets Requirements**: OSHA & employer-approved

**Reserve your spot now—classes fill quickly!**

**Select a Location**

4554 N Broadway Street Suite 309, Chicago, IL 60640

Choose a date above to see available time slots.

1 Book Now

## BLS CPR, AED + First Aid Classes

**$79.95**

Looking for CPR and First Aid classes near you? Get certified fast with our hands-on American Heart Association BLS CPR & AED class plus CPR Certification's online First Aid training. Learn life-saving skills for adults, children, and infants — and earn both your CPR and First Aid certification the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card plus CPR Certification First Aid eCard
- **Format**: Hands-on, in-person CPR & AED plus online First Aid training
- **Ages Covered**: Adult, Child, & Infant

**Reserve your spot now—classes fill quickly!**

***Our First Aid Certification is a proprietary online course provided by CPR Certification.***

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 46 of 62 PageID 1232

**Select a Location**

4554 N Broadway Street Suite 309, Chicago, IL 60640

Choose a date above to see available time slots.

1

Book Now

## CPR Certification Chicago Locations

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 47 of 62 PageID 1233

## Schedule Your
## CPR Certification Now

Register for CPR

Register for CPR + First Aid

# Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.
- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

### What is CPR?

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

### What to Expect in Your CPR Course

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies
- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

### Why Train With Us?

1. We have trained nearly 100,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

#### FAQS

### How much does it cost to become CPR Certified?

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other "cheaper" options — they may have additional hidden fees later in the process.

### Can anyone take these courses?

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

### What do I have to do to qualify for the CPR card?

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same day as your class.

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

### When will my certification expire?

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

### How can I renew my CPR Certification?

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

### How long do the CPR classes last?

Class times are approximately 3 hrs.

### The Difference Between CPR and BLS Certification

In the realm of emergency medical care, understanding the nuances between CPR and BLS certification is crucial for both healthcare professionals and laypersons. Whether you're a medical practitioner, a teacher, or someone interested in gaining life-saving skills, knowing the distinction between these two certifications can enhance your ability to respond effectively in critical situations. This...

Read More

### CPR Certification For Coaches In Chicago

In the bustling heart of Chicago, where sports and fitness thrive, the importance of safety on the field or court cannot be overstated. Coaches, often seen as leaders and mentors, are in a unique position to ensure that their teams not only excel in their respective sports but also remain safe during practice and competition....

Read More

### Understanding the Difference Between CPR and AED

In critical medical emergencies, knowing whether to use CPR or an Automated External Defibrillator (AED) can make a life-saving difference. These two techniques are essential components of emergency response, yet they serve distinct purposes and are applied in different scenarios. Understanding the nuances between CPR and AED is crucial for anyone looking to be prepared...

Read More

## Schedule Your CPR Certification Now

Register for CPR

Register for CPR + First Aid

CPR CERTIFICATION CHICAGO

Copyright © 2026 CPR Certification Chicago. All rights reserved.

### Classes

CPR Classes
CPR + First Aid Classes
Infant CPR
CPR Renewal
Company / Group CPR Classes

**Company**

About Us
Communities We Serve
Reviews
CPR Instructor Jobs
Contact Us
Blog
Terms of Service
Privacy Policy

**(773) 912-0942**

4554 N Broadway Street Suite 309
Chicago, IL 60640

6734 S Kedzie Ave
Chicago, IL 60629

100 W Higgins Rd l111
Park Ridge, IL 60068

(773) 912-0942

# Get CPR Certified with CPR Certification Chicago

CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes

CPR + First Aid Classes

**Same Day**
CPR Certification Card

**500,000+**
Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Chicago, IL

If you're looking for the most comprehensive training for CPR and First Aid certification, you've come to the right place. CPR Certification Chicago proudly delivers a premier education for Cardiopulmonary Resuscitation (CPR), Automated External Defibrillator (AED), Basic Life Support (BLS), and First Aid — and our CPR courses are certified by the American Heart Association (AHA). You will be confident in using what you've learned when you need it most. Offering a quality hands-on and in-person CPR training experience at the best rates, we ensure that your employer will accept this certification and that you are fully satisfied with the education you've received! Whether you're a good samaritan or are completing the training for your job, you will walk away from the class with everything you need to help save a life. Join us at a time that is convenient for you at our Chicago training site — or schedule your on-site CPR class for medium to

large groups in Chicago, South Haven (Indiana), Arlington Heights (Illinois), Evanston, Oak Park (Illinois), Orland Park, Gary, Buffalo Grove, Naperville, Deerfield, Elgin, Elmhurst, Highland Park, North Chicago, Northbrook, Oak Brook, and Palatine.

**EXCELLENT**

★★★★★

Based on **1,696 reviews**

Google

icholas N... May 2026 ★ ' added tons of

Sebastian ... 10 May 2026 ★★★★★ Great instructor, makes sure everyone understands information well. I would recommend

Leticia Dick... 10 May 2026 ★★★★★ Great class straightforward

O 10 ★★★★ Very fun t learn a bu walked ou

## BLS CPR & AED Classes

★★★★★ **1,696 reviews** Google

**$59.95**

Looking for CPR classes near you? Get your CPR certification fast with our hands-on American Heart Association BLS CPR & AED classes in Chicago. Learn life-saving skills for adults, children, and infants — and walk away certified the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card
- **Format**: Hands-on, in-person
- **Ages Covered**: Adult, Child, & Infant
- **Meets Requirements**: OSHA & employer-approved

**Reserve your spot now—classes fill quickly!**



**Select a Location**

4554 N Broadway Street Suite 309, Chicago, IL 60640

← May 2026 →

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | ~~21~~ | **22** | 23 | ~~24~~ |
| **25** | **26** | 27 | **28** | **29** | 30 | **31** |

Choose a date above to see available time slots.

1 Book Now

## BLS CPR, AED + First Aid Classes

★★★★★ **1,696 reviews** Google

**$79.95**

Looking for CPR and First Aid classes near you? Get certified fast with our hands-on American Heart Association BLS CPR & AED class plus CPR Certification's online First Aid training. Learn life-saving skills for adults, children, and infants — and earn both your CPR and First Aid certification the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card plus CPR Certification First Aid eCard
- **Format**: Hands-on, in-person CPR & AED plus online First Aid training
- **Ages Covered**: Adult, Child, & Infant

**Reserve your spot now—classes fill quickly!**







***Our First Aid Certification is a proprietary online course provided by CPR Certification.***

**Select a Location**

4554 N Broadway Street Suite 309, Chicago, IL 60640

← May 2026 →

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | ~~21~~ | **22** | 23 | ~~24~~ |
| **25** | **26** | 27 | **28** | **29** | 30 | **31** |

Choose a date above to see available time slots.

1 Book Now

## CPR Certification Chicago Locations




Google

Map data ©2026 Google Report a map error







## Schedule Your CPR Certification Now

Register for CPR

Register for CPR + First Aid




## Chicago's Best CPR Certification

Know CPR. Make a difference. Save a life.

According to heart.org, 70% of Americans would not have the training needed to help someone going through a heart attack. Each year, thousands of lives could be saved if more people knew how to perform CPR. From accidents to heart events, our training has saved lives and given people the confidence to help while waiting for emergency responders.

If you're still unsure if you will move forward with CPR training, understand that —

- You will likely use your training on someone you know personally.
- Many victims of heart events appear healthy, with no signs of heart disease.
- Four out of five cardiac arrest episodes happen at home.
- Unintentional injury is the third leading cause of death in the US.

Whether you need to be certified for a job or simply want to know this invaluable information, we can give you the best training to ensure you're confident in helping to save a life.

CPR Certification Chicago provides CPR and First Aid classes at our facility in Chicago and on-site CPR training for medium to large groups in Chesterton, Dundee, Fox Lake, New Buffalo, Lincoln Park, Wicker Park, Bucktown, Hyde Park, Logan Square, Portage Park, South Chicago, West Loop, Calumet Heights, and beyond.

We look forward to seeing you certify or renew your CPR and First Aid training.

### What is CPR?

Cardiopulmonary resuscitation is a lifesaving process that uses rescue breathing and surface chest compressions to help revive breathing and heartbeat after an individual has faced cardiac arrest, heart attack, stroke, or has drowned. This training equips you to revive a victim or at the very least help until the first responders arrive.

### What to Expect in Your CPR Course

From the ABCs of CPR to using an AED machine (the follow-up procedure to resuscitate an individual), our training covers every aspect of CPR for adults, children, and infants.

You can rest assured that you have attended the best American Heart Association CPR and BLS classes and are certified to meet OSHA requirements.

CPR Certification Chicago is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers
- Schools (Private and Public)
- Hospitality Industry
- Construction Sites
- Hospitals
- EMT/Paramedic Companies
- Home Health Aides
- Nursing schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities

### Why Train With Us?

1. We have trained nearly 100,000 students with the most widely recognized, accredited, and employer-accepted BLS Certification in the USA.
2. Receive more individual CPR and First Aid training due to our hands-on style, streamlined class time, and smaller group sizes.
3. Walk away with your AHA-certified BLS CPR card and your CPR Certification Chicago First Aid card, same day.
4. Have complete confidence in any unexpected situation that requires life-giving skills.

### FAQS

## How much does it cost to become CPR Certified?

- Our CPR class costs $59.95.
- Our CPR + First Aid class costs $79.95.

Both courses include your training, skills check-off, testing, and your certification card. Be careful while exploring other “cheaper” options — they may have additional hidden fees later in the process.

## Can anyone take these courses?

Anyone can take the courses, no matter their profession. We have no age requirement to take our classes — everyone is welcome to become CPR certified!

## What do I have to do to qualify for the CPR card?

To qualify for your CPR card, you will complete your skills checkoff and finish a written certification test to guarantee that you can perform CPR. You will be tested and receive your AHA BLS CPR card the same day as your class.

All certification steps are included in the basic purchase. There are no other hidden fees like you may find in other places.

## When will my certification expire?

CPR AED Certification and CPR Training requirements state that all training must be renewed after two years to sustain your knowledge and skill.

## How can I renew my CPR Certification?

All of our CPR and First Aid classes are designed for initial certifications AND recertifications — simply sign up on our website for your preferred class time!

## How long do the CPR classes last?

Class times are approximately 3 hrs.

Case 8:25-cv-03368-TPB-AEP Document 47-33 Filed 10/28/26 Page 60 of 62 PageID 1246

### The Difference Between CPR and BLS Certification

In the realm of emergency medical care, understanding the nuances between CPR and BLS certification is crucial for both healthcare professionals and laypersons. Whether you're a medical practitioner, a teacher, or someone interested in gaining life-saving skills, knowing the distinction between these two certifications can enhance your ability to respond effectively in critical situations. This...

Read More

### CPR Certification For Coaches In Chicago

In the bustling heart of Chicago, where sports and fitness thrive, the importance of safety on the field or court cannot be overstated. Coaches, often seen as leaders and mentors, are in a unique position to ensure that their teams not only excel in their respective sports but also remain safe during practice and competition....

Read More

### Understanding the Difference Between CPR and AED

In critical medical emergencies, knowing whether to use CPR or an Automated External Defibrillator (AED) can make a life-saving difference. These two techniques are essential components of emergency response, yet they serve distinct purposes and are applied in different scenarios. Understanding the nuances between CPR and AED is crucial for anyone looking to be prepared...

Read More

## Schedule Your CPR Certification Now

Register for CPR

Register for CPR + First Aid

CPR CERTIFICATION CHICAGO

Copyright © 2026 CPR Certification Chicago. All rights reserved.

### Classes

CPR Classes
CPR + First Aid Classes
Infant CPR

CPR Renewal
Company / Group CPR Classes

**Company**

About Us
Communities We Serve
Reviews
CPR Instructor Jobs
Contact Us
Blog
Terms of Service
Privacy Policy

**(773) 912-0942**

4554 N Broadway Street Suite 309
Chicago, IL 60640

6734 S Kedzie Ave
Chicago, IL 60629

100 W Higgins Rd I111
Park Ridge, IL 60068