# EXHIBIT 34

Google duplicate notice, Chicago (May 20, 2026)

CPR Certification Chicago's Business Profile is a duplicate Inbox ×

**Google Business Profile** <businessprofile-noreply@google.com>
to me

12:02 PM (43 minutes ago)

Business Profile Google

# Your profile has been marked as a duplicate

CPR Certification Chicago, your Business Profile on Google has been marked as a duplicate. When you add a business that already has a verified Business Profile, your profile will be marked as 'duplicate' and won't appear on Google Search and Maps.

To avoid confusion, and to make sure the correct Business Profile shows up on Google, remove the duplicate Business Profile in your account today. If you'd like to get access to a profile that's already been verified, you can request ownership of it.

Visit the Help Center to learn more.

Google
© 2026 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043
www.google.com