# EXHIBIT 35

Google search result, CPR Certification Chicago (May 20, 2026)


Google
CPR Certification Chicago
AI Mode
All
Images
Videos
Forums
News
Shopping
More
Tools
Your business on Google
This business already has a profile on Google. You can request access to become a manager. Learn more
Request access
Only managers of this profile can see this
Red Cross
https://www.redcross.org › ... › CPR Certification
CPR Classes & Certification in Chicago, IL
We offer CPR classes in Chicago that are designed for a variety of learning styles. With online, in-person, and blended Simulation Learning courses, Read more
chicagocprclasses.org
https://www.chicagocprclasses.org
CPR Certification Chicago | Top Rated AHA BLS CPR Classes
CPR Certification Chicago provides the best Chicago BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class ... Read more
CPR Classes
CPR + First Aid Classes
Companies/Groups
Resources
cpr.heart.org
https://cpr.heart.org › ...
American Heart Association CPR and First Aid
Whether you're learning lifesaving skills for the first time or maintaining professional credentials, we'll help you find the right course. Read more
Illinois Safety
https://illinoissafety.com › ... › PAYMENT › Contact Us
Certified American Heart Association Classes in Chicagoland ...
Wilson
UPTOWN
See photos
See outside
CPR Certification Chicago
4.9 ★★★★★ 1,696 Google reviews
Emergency training in Chicago, Illinois
You manage this Business Profile
Website
Directions
Save
Share
Call
Located in: Uptown Office Suites
Address: 4554 N Broadway Ste 309, Chicago, IL 60640
Phone: (773) 912-0942
Hours: Open · Closes 11 PM
Suggest an edit
Reviews
Write a review
Add photos
1,696 Google reviews
"The hands-on experience is simple and the environment is positive and lively!"
★★★★★