# EXHIBIT 36

Email from Thomas M. Wood to John A. Schifino (Feb. 24, 2021)

**From:** Wood, Thomas M.
**To:** John A. Schifino - Gunster (jschifino@gunster.com)
**Subject:** RE: E cards Reclaimed
**Date:** Wednesday, February 24, 2021 7:56:03 AM
**Attachments:** image001.png
image002.png
**Importance:** High

---

John:

Let's talk this morning when you have a few minutes. This seems a little petty and inappropriate on Sami's part. These E-Cards were company property and already issued to instructors at various sites, some Doug's and some Sami's. Just because Sami had the ability to withdraw them because he was the issuer for the Company doesn't mean they were his cards to revoke from Doug's instructors after they had already been issued.

Also, Doug thinks that there is a legitimate legal question of whether Sami's new logo is sufficiently different from the Company logo that Doug was awarded under the Dissolution Agreement.

Sami's not-so "new" logo:

CPR TUCSON
CERTIFICATION

Doug's (formerly the Company) logo:

CERTIFICATION
CPR TAMPA

Let's plan to discuss this as well.

Tom

---

**From:** Doug J. <strat505@gmail.com>
**Sent:** Tuesday, February 23, 2021 9:16 PM
**To:** CPR Director <cprdirector2@gmail.com>
**Cc:** Wood, Thomas M. <twood@shumaker.com>; jschifino@gunster.com
**Subject:** E cards Reclaimed

Did you reclaim the balance of the AHA ecards for the instructors associated with me? They all seem to think they had several ecards and now they all have 0.. That is a significant amount of money worth of AHA E cards that I paid for half of as part of the company.

I spoke with Hector. .he says he had mid 30s worth of cards and now has 0 after the 22nd

each card has value of $4.50... if each instructor lost 30 cards thats 300 cards or $1350

Please determine how many cards were reclaimed from them and what the total damage is for this.

**Thomas M. Wood** | **Shumaker**
Attorney at Law
Bank of America Plaza, Suite 2800
101 East Kennedy Boulevard | Tampa, FL 33602
Direct 813.227.2271 |Fax 813.229.1660
twood@shumaker.com | bio | LinkedIn

---

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.