# EXHIBIT 40

USPTO TSDR Status Page, Registration No. 7,831,024 (Serial No. 97980079)

**Generated on:** This page was generated by TSDR on 2026-10-21 15:09:21 EDT

**Mark:**



**US Serial Number:** 97980079

**Application Filing Date:** May 09, 2022

**US Registration Number:** 7831024

**Registration Date:** Jun. 17, 2025

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 17, 2025

**Publication Date:** Oct. 01, 2024

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a fanciful heart with a sinusoidal wave appearing horizontally therein.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 02.11.01 - Hearts; Hearts excluding hearts as carriers or depicted on playing cards
02.11.13 - Hearts used as backgrounds or carriers
17.07.25 - EKG heartbeat monitors, oscilloscopes, and seismographs; Electrogram measurement lines in zig-zag or wave shapes, such as those created by EEG brain wave sensors; Other measuring instruments and readouts, including seismographs, Geiger counters, metal detectors, oscilloscopes, and electrograms like EKGs (heart rate)

# Related Properties Information

**Child Of:** 97401683

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting public awareness of the need for cardiopulmonary resuscitation (CPR) education and first aid training

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Feb. 21, 2021 **Use in Commerce:** Feb. 22, 2021

**For:** Entertainment services, namely, providing podcasts and webcasts in the field of health, cardiovascular health, cardiopulmonary resuscitation (CPR), automated external defibrillators (AEDs), first aid, machine training, bloodborne pathogens, certified nursing assistants (CNAs), emergency medical technicians (EMTs), phlebotomy and the prevention or reduction of cardiac events, cardiovascular disease and stroke; Educational services, namely, providing tutoring, live and online classes, workshops, conferences and seminars, all in the fields of health, cardiovascular health, cardiopulmonary resuscitation (CPR) certification, automated external defibrillators (AEDs), first aid, Automatic cardiopulmonary resuscitation (CPR) pulse machine training, automated external defibrillator (AEDs) machine training, bloodborne pathogens, certified nursing assistants (CNA) training, emergency medical technicians (EMT) training, phlebotomy and the prevention or reduction of cardiac events, cardiovascular disease and stroke, and distribution of course material in connection therewith; Providing information about education, namely, machine training and cardiopulmonary resuscitation (CPR), automated external defibrillator (AED), first aid, certified nursing assistant (CNA) and emergency medical technician (EMT) training

**International Class(es):** 041 - Primary Class **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Feb. 21, 2021 **Use in Commerce:** Feb. 22, 2021

**For:** Providing a website featuring information in the fields of health, cardiovascular health, bloodborne pathogens, phlebotomy and the prevention or reduction of cardiac events, cardiovascular disease and stroke; Providing an online database featuring information in the fields of health, cardiovascular health, bloodborne pathogens, phlebotomy and the prevention or reduction of cardiac events, cardiovascular disease and stroke

**International Class(es):** 044 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Feb. 21, 2021 **Use in Commerce:** Feb. 22, 2021

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** CPR Certification, LLC

**Owner Address:** 401 E. Jackson Street, Suite 1500
Tampa, FLORIDA UNITED STATES 33602

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** FLORIDA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Brittany J. Maxey-Fisher

**Attorney Primary Email Address:** tm@maxeyfisher.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Brittany J. Maxey-Fisher
MAXEY-FISHER, PLLC
100 SECOND AVENUE SOUTH, SUITE 401N
SAINT PETERSBURG, FLORIDA United States 33701

**Phone:** 727-230-4949

**Correspondent e-mail:** tm@maxeyfisher.com bmaxeyfisher@maxeyfisher.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| | | Proceeding |
|---|---|---|

| Date | Description | Number |
|---|---|---|
| Jun. 17, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jun. 17, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| May 23, 2025 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | |
| Feb. 10, 2025 | NOTICE OF ALLOWANCE CANCELLED | |
| May 23, 2025 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 10, 2025 | DIVISIONAL REQUEST RECEIVED | |
| May 16, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66154 |
| Feb. 10, 2025 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Nov. 26, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 01, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 01, 2024 | PUBLISHED FOR OPPOSITION | |
| Sep. 11, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 23, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 23, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 23, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 23, 2024 | ASSIGNED TO LIE | 99830 |
| Mar. 13, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 13, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Dec. 13, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 13, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 13, 2023 | NON-FINAL ACTION E-MAILED | |
| Sep. 13, 2023 | NON-FINAL ACTION WRITTEN | |
| Sep. 07, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 06, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 06, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 06, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Jun. 06, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Mar. 06, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 06, 2023 | NON-FINAL ACTION E-MAILED | |
| Mar. 06, 2023 | NON-FINAL ACTION WRITTEN | |
| Feb. 26, 2023 | ASSIGNED TO EXAMINER | |
| Nov. 18, 2022 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | |
| Nov. 18, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 17, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 16, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 119 **Date in Location:** Nov. 26, 2024