# EXHIBIT C

FOUR RIVERS
Four Rivers Law Firm

400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
www.fourriverslaw.com
people@fourriverslaw.com
Tel. (813) 773-5105; Fax. (813) 773-5103

March 17, 2022

**SERVED BY ELECTRONIC MAIL:**

Gunster Law Firm
c/o John A. Schifino, Esq.
jschifino@gunster.com

Sami Halabi
samdesignatedemail@gmail.com

**WRITTEN NOTICE**

Dear Mr. Halabi and Mr. Schifino:

The Four Rivers Law Firm has been retained by Mr. Doug Joos to represent his interests with regard to the operation of his CPR certification businesses. This letter shall serve as a notice and cease and desist letter with regards to the operation of your CPR certification business, CPR Certification, LLC, pursuant to that certain Dissolution Agreement dated February 8, 2021 (the "Agreement"). Unfortunately, your conduct has breached the terms of the Agreement. Further, you have interfered with Mr. Joos' business relationships by flagging Mr. Joos' Google profile listings. Finally, you are currently infringing on Mr. Joos' trademark and copyright rights as it relates to his CPR certification business and logos. Pursuant to Section 12 of the Agreement, you will have fifteen (15) days to cure the breaches identified below. In addition, this letter shall serve as notice to cease and desist all infringements of Mr. Joos' trademark and copyright. If you do not comply with the demands in this letter and cure all breaches of the Agreement within the fifteen (15) days allowed, our client is well-postured to pursue all available claims against you and your business.

I. **You are in breach of the Agreement.**

Section 7 of the Agreement explicitly provided that you did not own the logo and could not incorporate the logo into any design used on websites or business documents and materials. Moreover, you were granted only fourteen (14) days from the signing of the Agreement to utilize any existing printed material that may have contained the logo or design now exclusively owned by Mr. Joos. Section 8 of the Agreement required you to change (1) the logo on your websites; (2) the hero picture on your websites; and (3) the icons on your websites, all so that a reasonable person viewing your websites would not be confused with the ones operated by Fit. Finally, you represented and warranted in Section 10 of the Agreement that you "ha[d] not … taken, and will hereafter take no action to alter and/or modify any or all of the Distributed Websites in any regard or in any manner that is intended to adversely affect the other Member's business."

However, you have failed to abide by these terms and representations. The logo you have utilized in your websites is essentially identical to the logo used by Mr. Joos, which is his exclusive property. As an example, compare the logos used by Mr. Joos and you in Pittsburgh:

*Figure 1 - Mr. Joos' Logo for CPR Pittsburgh*

*Figure 2 - Your Logo for CPR Pittsburgh*

Other than the location of the word "Certification," the logo you are utilizing is essentially identical to Mr. Joos' logo, which he has full and exclusive rights to. This same impermissible use of Mr. Joos' logo is also seen in the Chicago, Milwaukee, and Louisville designs. You were obligated to change the appearance of the logo so that a reasonable person would not be confused but have failed to do so. Therefore, you are in violation of Section 7 of the Agreement. Further, a reasonable person viewing your websites would be confused that they are operated by the same company as the ones operated by Mr. Joos. Thus, you are also in violation of Section 8 of the Agreement.

This letter serves as the written notice required under Section 12 of the Agreement. You will have fifteen (15) days from receipt of this letter to remedy the breaches of Sections 7 and 8 as described above. Please note that Section 23 entitles Mr. Joos to recover reasonable attorneys' fees, court costs, sales and use taxes, and all expenses incurred in enforcing the terms of the Agreement.

**II. Your use of Mr. Joos' intellectual property constitutes copyright infringement.**

It has come to our attention that you are responsible for infringement of certain copyrights that are owned and controlled by Mr. Joos. Mr. Joos therefore demands that you immediately cease such infringing activity, desist from infringing activity in the future, and comply with Mr. Joos' other requirements set forth in this letter, including, pursuant to 17 U.S.C. § 504, a payment of $30,000.00 in statutory damages. If these demands are not complied with, Mr. Joos intends to seek statutory damages for willful infringement under Section 504 for an amount up to $150,000.00, to be determined by the United States District Court for the Middle District of Florida.

Mr. Joos is the author of each of his logos and websites, including CPR Certification Tampa and therefore has exclusive rights under U.S. copyright law in these works. Through the use of identically organized websites and an identical logo, you have reproduced and publicly displayed copies of Mr. Joos' works. There is no question that these websites are direct reproductions and displays of the copyright-protected works of Mr. Joos, and that you had access to Mr. Joos' works during your time as a member of the company formerly known as "Fit Industries, LLC."

Furthermore, Mr. Joos has not authorized you to reproduce, publish, provide, distribute, transmit, display , or otherwise make use of any such works. Indeed, the Agreement makes clear that you did not retain and are not entitled to use any of the logos, the rights of which were retained exclusively by Mr. Joos. Therefore, your use of these works is a clear infringment of Mr. Joos' copyrights in violation of Sections 106 and 501 of the Copyright Act.

Moreover, the extent of identical copying from Mr. Joos' works plainly establishes that the infringements so far have been knowing and intentional. As the author and creator of the websites and logos above, Mr. Joos retains copyrights in such works under Section 201 of the Copyright Act. You may be liable for statutory damages up to $150,000.00 for each work that has been willfully infringed, in addition to attorneys' fees and other costs incurred by Mr. Joos to enforce his rights. It is also within Mr. Joos' rights to seek injunctive relief to stop your infringing activity and claim actual damages, including any potential lost profits to Mr. Joos and an accounting of your company's profits from such infringement.

Mr. Joos treats copyright infringement as a very serious matter and is prepared to fully enforce his rights against infringers. However, under the circumstances, Mr. Joos is prepared to try and resolve this matter amicably provided that you and your CPR certification businesses cooperate fully with Mr. Joos and establish to his satisfaction that these infringements were the result of poor judgment and not a systematic effort to profit from Mr. Joos' intellectual property.

We therefore demand that you:

1. Immediately cease and desist from all further reproduction, display, or publication of materials that infringe Mr. Joos' works;

2. Destroy all such materials in your or your company's inventory or otherwise in your combined possession or control, including all copies in electronic or printed form;

3. Take down any website or physical or electronic materials which infringe upon Mr. Joos' works, or edit out the portions of such websites or materials that infringe upon Mr. Joos' works to an extent satisfactory to Mr. Joos;

4. Pay Mr. Joos statutory damages in the amount of $30,000.00 in accordance with Section 504 of the Copyright Act.

You are specifically advised that any failure or delay in complying with these demands will likely compound in damages for which you may be liable.

We ask that you or your counsel provide Mr. Joos with written confirmation that you will comply with these demands. If we do not receive a satisfactory response by the close of business within fifteen (15) days of receipt of this letter, Mr. Joos is prepared to take all steps necessary to protect his valuable intellectual property rights, without further notice provided to you.

### III. Your use of Mr. Joos' intellectual property constitutes common law trademark infringement.

In addition to the copyright protection afforded to Mr. Joos, the logo for CPR Certification is protected by trademark. Mr. Joos was granted exclusive rights to use the logo for his CPR Certification websites, and you knowingly surrendered any such rights under Section 7 of the Agreement. Therefore, Mr. Joos is the owner of common law trademark rights to this logo. Nonetheless, we are aware that you are continuing to use a nearly identical logo to the one owned exclusively by Mr. Joos, in addition to identical text, in attempting to advertise your CPR certification businesses (*see, e.g.,* the comparison provided in Section 1 *supra*, of this letter). Your use of Mr. Joos' trademarked logo is likely to cause consumer confusion as to the source and ownership of any CPR certification courses between you and Mr. Joos. In addition, you agreed to make changes to your logos so that a reasonable consumer would not be confused between your logo and Mr. Joos' logo, which you have failed to do. Therefore, your use of Mr. Joos' trademark constitutes trademark infringement.

We therefore demand that you and your company cease all use of the infringing logos on any content, platform, and advertising or promotional products associated with your company. We hereby request that you provide us with written assurance that you and your company will cease using the infringing trademark and any other trademark and/or logo that is likely to cause confusion with any of Mr. Joos' business entities. Please provide these written materials to us no later than fifteen (15) days from receipt of this letter. We will refrain from filing a complaint in order to give you an opportunity to resolve this matter. If we are unable to resolve this matter, we are prepared to proceed with filing and formal service of a complaint in order to commence litigation. Mr. Joos will seek all available remedies, including but not limited to injunctive relief and monetary relief such as your company's profits, damages suffered by Mr. Joos' entities, and attorneys' fees.

### IV. You have tortiously interfered with Mr. Joos' business relationships.

We have discovered that you have tortiously interfered with Mr. Joos' contractual and advantageous business relationships. Mr. Joos leased co-working office space in Louisville, Kentucky. Mr. Joos also maintained a paid Google profile for his Louisville business, CPR Certification Louisville. You, or one of your representatives, contacted the co-working office and attempted to sign up with the same CPR Certification Louisville name and Baxter Avenue address. You then went on Google and flagged Mr. Joos' Google profile as a duplicate. Currently, there are two business with the name "CPR Certification Louisville" on Google, causing confusion between potential customers and diverting customers or potential customers of Mr. Joos.

Because you have purposefully diverted customers or potential customers of Mr. Joos' CPR Certification Louisville, you have misappropriated revenue and potential profits rightfully belonging to Mr. Joos and his entity CPR Certification Louisville. Accordingly, Mr. Joos is entitled to any such revenues and profits, and demands payment thereof. If you do not immediately pay over to Mr. Joos all of its misappropriated revenues and profits, we will immediately seek a court

order enjoining you, your entities, and any other individuals or entities participating or assisting in your illegal activities from continuing to do so. We will also seek an order requiring you to pay all of Mr. Joos' attorney's fees and costs.

You must acknowledge promptly, no later than the close of business within fifteen (15) days of receipt of this letter, that you understand these terms, and that you will cease tortiously interfering with Mr. Joos' business enterprises. If you do not affirm your agreement to these terms, or do not provide payment of all illegally-obtained revenues and profits within fifteen (15) days of receipt of this letter, we will file a lawsuit seeking compensatory damages and injunctive relief due to your misconduct.

Please govern yourselves accordingly.

Sincerely,

/s/ Joseph F. Southron

Joseph F. Southron
Partner, Four Rivers Law Firm
Email: joe@fourriverslaw.com
400 N Ashley Dr., Suite 1720
Tampa, FL 33602
Attorney for Doug Joos

cc: Doug Joos