# EXHIBIT F

https://www.cprcertificationorlando.com/
169 captures
2 Jun 2013 - 6 Jun 2026
MAY AUG SEP
06
2024 2025 2026
About this capture

(407) 456-8788

CPR ORLANDO CERTIFICATION

CPR Classes | CPR + First Aid Classes | Companies/Groups | Resources | Contact Us

# Get CPR Certified with CPR Certification Orlando

CPR Certification Orlando provides the best Orlando BLS CPR Certification from an American Heart Association Certified Training Site. Book an AHA BLS CPR class today.

CPR Classes →

CPR + First Aid Classes →



Aligned Training Site

**Same Day**
CPR Certification Card

**500,000+**
Students Trained

## Top Rated American Heart Association AHA BLS CPR Classes in Orlando, FL

CPR Certification Orlando offers CPR classes to certify and renew certifications at our office in Orlando every week and also offers come to your location services for large parties in Orange County, Longwood, Casselberry, Altamonte Springs, Maitland, Winter Park, Apopka, Ocoee, Doctor Phillips, Celebration, Orlando, Alafaya, Deltona, Kissimmee, Sanford, Winter Garden, Four Corners and Oviedo. CPR Certification Orlando supplies you with the best education experience you need to help save a life. Whether your goal is to be equipped for your job or you're simply looking out for friends and neighbors, we offer American Heart Association certified courses with Basic Life Support (BLS), Healthcare Provider CPR(Cardiopulmonary Resuscitation) and Automated External Defibrillator use (AED). With our team, you will enjoy the best CPR and First Aid education experience at a reasonable rate.

Excellent
★★★★★
Based on 2563 reviews
Google

**Q W**
5 August 2023
★★★★★
Great instruction and well paced.

**Diego Torres**
5 August 2023
★★★★★
Excellent class. The instructor was amazing. He made sure we understood everything.

**Nelson Cintron**
5 August 2023
★★★★★
Was fun and educational

## BLS CPR & AED Classes

Widget not found! Probably it is already deleted or there is typo in its ID. We suggest that you log in to the Trustindex system and follow the widget configuration instructions. Or, if you don't have an account, create one for free at www.trustindex.io

**$59.95**

Looking for CPR classes near you? Get your CPR certification fast with our hands-on American Heart Association BLS CPR & AED classes in Orlando. Learn life-saving skills for adults, children, and infants — and walk away certified the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card

**Select a Location**

5401 S Kirkman Rd #310, Orlando, FL 32819

Choose a date above to see available time slots.

1 Book Now

- **Format**: Hands-on, in-person
- **Ages Covered**: Adult, Child, & Infant
- **Meets Requirements**: OSHA & employer-approved

**Reserve your spot now—classes fill quickly!**




Learn more about our AHA BLS CPR class

## BLS CPR, AED + First Aid Classes

Widget not found! Probably it is already deleted or there is typo in its ID. We suggest that you log in to the Trustindex system and follow the widget configuration instructions. Or, if you don't have an account, create one for free at www.trustindex.io

**$79.95**

Looking for CPR and First Aid classes near you? Get certified fast with our hands-on American Heart Association BLS CPR & AED class plus CPR Certification's online First Aid training. Learn life-saving skills for adults, children, and infants — and earn both your CPR and First Aid certification the same day.

- **Class Length**: 3-4 hours
- **Certification**: Same-day AHA BLS CPR & AED card plus CPR Certification First Aid eCard
- **Format**: Hands-on, in-person CPR & AED plus online First Aid training
- **Ages Covered**: Adult, Child, & Infant

**Reserve your spot now—classes fill quickly!**




****Our First Aid Certification is a proprietary online course provided by CPR Certification.***

Learn more about our AHA BLS CPR and First Aid class

**Select a Location**

5401 S Kirkman Rd #310, Orlando, FL 32819

August 2025

Mon Tue Wed Thu Fri Sat Sun

Choose a date above to see available time slots.

1 Book Now

## CPR Certification Orlando Locations

## Schedule Your CPR Certification Now

Register for CPR

Register for CPR + First Aid

# Orlando's Best CPR Certification

Know CPR. Make a difference. Save a life.

Thousands of people suffer from strokes, accidents, and heart events every year; more lives would be saved if more individuals knew how to perform this life-saving skill. Thank you for considering CPR Certification Orlando for your BLS certification.

## What is CPR?

Cardiopulmonary resuscitation, or CPR, is a life-saving procedure that is used when someone's heart has stopped beating. The goal of CPR is to restore blood flow to the victim's brain and other vital organs. CPR is a truly life-saving skill that can be performed by trained medical professionals, but it can also be performed by laypeople who have received basic training. Ensure you are ready to take action when needed!

## What to Expect in Your CPR Course

CPR Certification Orlando loves our community and desires to equip everyone with the best CPR education possible. In an emergency, you can confidently step into action knowing you've completed our course.

Through our program, you'll learn how to work on your own or as a team, be able to find the pulse, perform chest compressions, and conduct the seven steps of CPR to ultimately restore regular breathing. You will meet OSHA requirements and know you have received the finest American Heart Association CPR and BLS education.

CPR Certification Orlando is accepted by all employers and organizations, including —

- Nurses, RNs, and CNAs
- Hospitals EMT/Paramedic Companies
- Home Health Aides
- Nursing Schools and All Other College Programs
- Nonprofits like the Boy and Girl Scouts of America
- Firefighting and Other Municipalities
- Personal Training Facilities and Gyms
- Daycare and Other Caretakers Schools (Private and Public)
- Hospitality Industry
- Construction Sites

## Why Train With Us?

We enable you to have a more personalized training experience with our in-person classes, streamlined course structure, and hands-on components. Our certification is one of the most widely recognized CPR BLS certifications

around. With our same-day training and testing, you can walk away with your AHA-certified BLS CPR card, your CPR Certification Orlando first aid card, and the confidence and skill to save lives.

## FAQS

### How do I complete the CPR classes?

We want to make sure you can provide a high-quality CPR/First Aid certification. You'll be able to get certified for CPR and BLS in just one day with our live training. Once you sign up for your class, all you need to do is show up! On the day of your class, you will receive all required live-trained segments to ensure that your card is AHA Healthcare Provider certified.

When looking online, be mindful of other certifications that sound less expensive. They could be missing essential portions and have hidden fees along the way.

### How much does it cost to become certified?

- Our CPR classes cost $59.95.
- Our First Aid + CPR class costs $79.95.

*Although some other courses may publicize seemingly more affordable prices, they could be missing vital training segments. Our courses will include your training, skills check, written test, and certification — on the same day with absolutely no hidden fees.*

### When will my certification expire?

To stay up-to-date with the most recent standards and regulations, you must renew your certification every two years.

### How can I renew my CPR Certification?

You can sign up for any of our courses to fulfill your CPR certification.

### Can anyone take these courses?

Everyone is encouraged to attend our class, regardless of age or experience level. Sign up today!

### What do I have to do to earn the CPR certification?

Simply attend the class and satisfy the skills check and a written exam.

### How long do the CPR classes last?

Class times are approximately 3 hrs.










**The Safety Benefits of AEDs in Schools | CPR Certification Orlando**



**Everything You Need to Know to Get a CPR Certification for**




**What are the State CPR Guidelines in Florida?**

In the dynamic environment of schools, where hundreds or even thousands of students, teachers, and staff gather each day, medical emergencies, especially sudden cardiac arrest (SCA), can happen unexpectedly. Having life-saving tools like Automated External Defibrillators (AEDs) on campus isn't just beneficial; it's crucial. AEDs are designed for simplicity, enabling even untrained bystanders to deliver...

Read More

**Babysitting**

Everything You Need to Know to Get a CPR Certification for Babysitting For babysitters, CPR certification is not just a requirement—it's a lifesaving skill that ensures you're prepared for emergencies. Babysitters who are trained in CPR have the confidence to act swiftly and effectively in life-threatening situations, providing parents with peace of mind and children...

Read More

If you live and work in Orlando, Florida, and want to be prepared to help people in medical distress, you need to know what are the state CPR guidelines in Florida. Limiting interruptions and focusing on delivering high-quality compressions is also important to increase the chances of a successful outcome. Understanding CPR guidelines is essential...

Read More

## Schedule Your CPR Certification Now

Register for CPR | Register for CPR + First Aid

CPR ORLANDO

Copyright © 2025 CPR Certification Orlando. All rights reserved.

**Classes**

- CPR Classes
- CPR + First Aid Classes
- Infant CPR
- CPR Renewal
- Company / Group CPR Classes

**Company**

- About Us
- Reviews
- CPR Instructor Jobs
- Contact Us
- Blog
- Privacy Policy

(407) 456-8788

5401 S Kirkman Rd #310
Orlando, Florida 32819

300 S Orange Ave
Orlando, Florida 32801

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.