# EXHIBIT G

INTERNET ARCHIVE WayBackMachine https://www.cprcertificationorlando.com/ Go OCT DEC MAR 02 2019 2020 2021
169 captures
2 Jan 2011 - 6 Jun 2026
About this capture

(407) 456-8788

- [Facebook]
- [Twitter]
- [Google]
- [RSS]


- [Facebook]
- [Twitter]
- [Google]
- [RSS]


[0 Items]

CERTIFICATION CPR ORLANDO

- [CPR Class Registration]
- [CPR + First Aid Class Registration]
- [Group CPR Classes]
- [About Us]
- [Contact Us]

Select Page
Search ...




# Same Day CPR Certification Classes in Orlando

### Get your E Card the SAME DAY as class!

**100% Official American Heart Association Certified BLS CPR Classes**

**Basic Life Support (BLS) CPR + AED for adult/child/infant for Health[illegible]ofessional $59.95**

**Our AHA Certified BLS CPR Classes are held on**

### Select Weekday Evenings and Saturdays

[Click Here To Register for CPR][Click Here To Register for CPR + First Aid]

## Due the Pandemic we are now providing a portion of the CPR Training as steaming video to watch from your home before you come to class. This will shorten your time in person to just a review, written test and skill check. You will come at your scheduled time from the Calendar. You MUST watch the video before coming to class. Please be sure to bring personal mask to class in order to be admitted safely into class.

### The Link will be on the order confirmation page and the confirmation email

**[CPR Certification Orlando] offers CPR classes to certify and renew certifications at our office in Orlando every week and also offers come to your location services for large parties in Orange County, Longwood, Casselberry, Altamonte Springs, Maitland, Winter Park, Apopka, Ocoee, Doctor Phillips, Celebration, Orlando, Alafaya, and Oviedo.**

**(FIRST Click a Date THEN Click a Open Time Slot)**

## American Heart Association BLS CPR and AED Health Care Provider Certification

$59.95 — 1 hour

Choose a date above to see available time slots.

1 Book Now

SKU: BLSCPR Category: [cpr]

Description

ATTENTION: Class fills up fast book your seat now! Please arrive 10 minutes early to class.

(FIRST Click a Date THEN Click a Open Time Slot)

## BLS + First Aid

$79.95 — 1 hour

Choose a date above to see available time slots.

1 Book Now

SKU: BLSFIRSTAID Category: fa

Description

ATTENTION: Class fills up fast book your seat now! Please arrive 10 minutes early to class.

BLS CPR Class

This BLS CPR class provides an advanced level of CPR/AED certification required for nurses, EMT's, and other health care professionals. This class will also provide the level of CPR certification required for personal trainers, construction workers, and other non-health care professionals. Click Here

BLS CPR + First Aid

You will receive both BLS CPR and First Aid Cards. We will administer the CPR Class and immediately following that we will commence the First Aid training. You will walk out with both cards immediately following class. This option is best for busy professionals who need comprehensive yet timely training for their current or prospective careers. Click Here

Private & Group Lessons

This option is for people and businesses that want to get BLS CPR certified but with the convenience of having our training delivered to them where they choose. It is our pleasure to send a 100% licensed and certified CPR trainer to the office, school, home, gym, or community center. We offer this service every day of the week and offer discounts to large parties. Click Here

CLICK HERE TO REGISTER










## What We Do

CPR Certification Orlando uses official instructors of the American Heart Association and we are a top-rated advanced and basic CPR, AED, and First Aid training source. Our training office is located in Orlando, but we are happy to come to you too. Our certification is accepted by every employer we ever met, so we meet the certification needs of a nurse or nursing student, a personal trainer, a construction worker, schools, an EMT or Paramedic in need of an advanced certification, girl/boy scouts, children of all ages, and more. We even have certified many Medical Doctors. Even if you just want to learn, we're qualified Healthcare Providers equipped to instruct and certify you in CPR and other universally recognized life-saving techniques such as First Aid through the American Heart Association.

We hold our CPR class at our training office in Orlando twice each week. We also deliver our certification right to you with outcalls at a time and location convenient for YOU. We cater to Orange County, Orlando, the surrounding areas, Lakeland, Clermont, Altamonte Springs, and more. Every year thousands of people die of sudden cardiac arrest. We believe many of those lives could have been saved very easily if people were more properly trained in life saving techniques. We strive to be that difference! Together, we strive to save lives! Whether you're a nurse or nursing student who needs an advanced certification, a personal trainer in need of certification, a construction worker, a school or workplace that needs us to send instructors to you, a child or boy/girl scout, an EMT, Paramedic, Firefighter, or even a Medical Doctor, or you just want to learn, we're qualified to instruct and officially certify you through the American Heart Association in any life-saving technique certification you need.

### Why train with us?

We use 100% licensed and official American Heart Association instructors. We are committed to delivering exceptional quality training and certification at the most competitive price possible. We know you are busy and that is why we take pride in administering the most comprehensive, concise, time-conscious classes that you will find out there! With our class sizes varying usually between 2 and 7 people, getting thru all the material and training is quick. The small class size also facilitates higher quality instruction and more one-on-one customized training. You will leave our 100% confident in CPR, 100% certified, and 100% satisfied. We try to make this as painless as possible for our customers. We hold CPR certification classes right here at our office at least twice each and every week. We understand many people need to get their certification at the last minute and we will be sure to accommodate you anyway that we possibly can. If you're on the fence about taking a cheaper online class thru another website, keep in mind that online classes are not accepted by an employer. Our in-person certification is THE most recognized and unanimously accepted BLS CPR certification card in the United States. Our classes are held in person at our office with an experienced training professional, and cards are issued the same day. Please send us any questions you may have through phone or email.

- Facebook
- Twitter
- Google
- RSS

CPR Certification Orlando
5401 S Kirkman Rd #310 Orlando, Florida 32819
(407) 456-8788