UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA
TAMPA DIVISION

DOUGLAS K. JOOS, JR. and
CPR LLC,

Plaintiffs,

v. Case No.: 8:25-cv-03368-TPB-AEP

SAMI HALABI and CPR
CERTIFICATION, LLC

Defendants.
_______________________________/

**DECLARATION OF JOHN A. SCHIFINO**

I, John A. Schifino, hereby declare and state as follows:

1. I am over the age of eighteen (18) years and am otherwise competent to make this declaration. I have personal knowledge of the facts set forth herein.

2. I am a shareholder with Gunster, Yoakley & Stewart, P.A., and I represent Defendants in the above-captioned action. I am fully familiar with the facts of this case.

3. Attached as **Exhibit A** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of a February 8, 2021, Dissolution Agreement.

4. Attached as **Exhibit B** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of a February 24, 2021, email from Thomas M. Wood to John A. Schifino.

5. Attached as **Exhibit C** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of a March 17, 2022, correspondence from Joseph F. Southron to John A. Schifino and Sami Halabi.

6. Attached as **Exhibit D** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of an April 6, 2022, correspondence from John A. Schifino to Joseph F. Southron.

7. Attached as **Exhibit E** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of Douglas K. Joos's Complaint, filed in Case No. 23-CA-013691, in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

8. Attached as **Exhibit F** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of CPR Certification, LLC's website for CPR Certification Tampa, accessed October 26, 2026, and accessed through the Wayback Machine for the date of August 6, 2025.

9. Attached as **Exhibit G** to Defendants' Verified Motion for Summary Judgment as to Liability, filed contemporaneously herewith, is a true and correct copy of FIT Industries, LLC's website for FIT's Tampa website, accessed October 26, 2026, and accessed through the Wayback Machine for the date of December 2, 2020.

Under the penalties of perjury, I declare that I have read the above, and the foregoing is true and correct.

Executed this 27th day of October, 2026.

__________________________________

John A. Schifino

ACTIVE:40658354.1