**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:25-cv-3368-TPB-AEP | **DATE:** October 28, 2026 |
| **HONORABLE THOMAS P. BARBER** | |
| **DOUGLAS K. JOOS, JR., et al.**<br><br>**v.**<br><br>**SAMI HALABI, et al.** | **PLAINTIFF COUNSEL:**<br>Julia Weber<br><br>**DEFENDANT COUNSEL:**<br>Justin Bennett |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:03 – 2:08 p.m.<br>**TOTAL:** 5 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

As previously discussed, parties are in process of filing summary judgment motions re: liability. Plaintiff's has been filed; defense will file today.

Case Management Conference set 1/20/2027 at 1:30 p.m. Notice to follow.