# EXHIBIT 1

Declaration of Douglas K. Joos, Jr.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOUGLAS K. JOOS, JR., and
CPR LLC,

Plaintiffs, Case No. 8:25-cv-03368-TPB-AEP

v.

SAMI HALABI and
CPR CERTIFICATION, LLC,

Defendants.
________________________________________/

**DECLARATION OF DOUGLAS K. JOOS, JR. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' VERIFIED MOTION FOR SUMMARY JUDGMENT**

I, Douglas K. Joos, Jr., individually and on behalf of Plaintiff CPR LLC, hereby declare under penalty of perjury the following:

The exhibits referred to in this declaration are being filed contemporaneously herewith as exhibits to Plaintiffs' Response in Opposition to Defendants' Verified Motion for Summary Judgment as to Liability, and are identified herein by the exhibit numbers used in that response.

1. My name is Douglas K. Joos, Jr. I am over eighteen years of age, I am competent to make this declaration, and I have personal knowledge of the matters set forth in it. I am the owner of Plaintiff CPR LLC.

2. CPR LLC maintains a Google Business Profile for its Pittsburgh location, titled "CPR Certification Pittsburgh." Google sends notices of new reviews on that profile to my email address.

3. On April 16, 2022, I received an email from Google Business Profile stating that Sophia Van Gorder had left a one-star review for CPR Certification Pittsburgh. A true and correct copy of that email is Exhibit 4.

4. The review stated: "I signed up for this class not to check off a certification, but as an expectant new mom. What I signed up for was titled 'Infant CPR', but instead it covered CPR and AED training for all age groups. Maybe 15% of the class time was spent on infant resuscitation, so to me this was a waste of money. The little hands-on time did not make it worth it, I could have watched a few youtube videos and learned more. The instructor was very nice and spent some extra time discussing infants with me and my husband, but it still was not what I signed up for." A true and correct copy of the review as it appeared in CPR LLC's Google Business Profile account is Exhibit 5.

5. Sophia Van Gorder was not a CPR LLC customer.

6. The review appeared on CPR LLC's Pittsburgh Google Business Profile, where prospective customers searching for CPR LLC's Pittsburgh classes could see it, and it harmed CPR LLC's reputation.

7. CPR LLC does not offer a class titled "Infant CPR," and it does not advertise its BLS CPR classes as infant CPR classes.

8. CPR LLC offers the American Heart Association's Basic Life Support (BLS) course through Bayside CPR & AED Training Center, the American Heart Association training center with which CPR LLC is aligned, and I am familiar with its content. The BLS course includes infant CPR as a component of the course, alongside child and adult CPR. BLS is not a dedicated infant CPR class.

9. On October 16, 2023, I learned through the deposition testimony of a former employee of Halabi's companies, taken in the TTAB opposition, that Halabi had made disparaging statements about me and my businesses. I did not know of those statements before that date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 11/16/2026

DocuSigned by:
Doug Joos
956C95DA80A04DA...

Douglas K. Joos, Jr., individually and on behalf of CPR LLC