# EXHIBIT 4

Google Business Profile notice of April 16, 2022 regarding Sophia Van Gorder review

Gmail

Doug Joos Jr. <dougjoosjr@gmail.com>

**Sophia left a review for CPR Certification Pittsburgh**

**Google Business Profile** <businessprofile-noreply@google.com> Sat, Apr 16, 2022 at 2:42 AM
Reply-To: Google Business Profile <businessprofile-noreply@google.com>
To: DougJoosJr@gmail.com

Business Profile Google



You got a new 1-star review

Read review

Sophia Van Gorder

★☆☆☆☆

I signed up for this class not to check off a certification, but as an expectant new mom. What I...

Reply to review

Replying to reviews shows customers you value their feedback, and gives you the chance to publicly address any comments.

We'll let Sophia know when you've replied.

See all reviews

Visit the Help Center to learn more.

Google™

© 2022 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043

This email was sent to you because you indicated that you'd like to receive updates about reviews of your Business Profile. If you don't want to receive such emails in the future, please unsubscribe here.