# EXHIBIT 5

Sophia Van Gorder Google review of April 16, 2022



Live streaming - Yo... Receive Inbound Ca... Will you save? Do a

Certification Pittsburgh

Reply to review

Sophia Van Gorder
2 reviews · 0 photos

21 hours ago

I signed up for this class not to check off a certification, but as an expectant new mom. What I signed up for was titled "Infant CPR", but instead it covered CPR and AED training for all age groups. Maybe 15% of the class time was spent on infant resuscitation, so to me this was a waste of money. The little hands-on time did not make it worth it, I could have watched a few youtube videos and learned more. The instructor was very nice and spent some extra time discussing infants with me and my husband, but it still was not what I signed up for.

CPR Certification Pittsburgh
Owner

Replying publicly

Good morning Sophia. We do not have you on list of our customers. We