# EXHIBIT 6

Excerpts of Deposition of Douglas K. Joos, Jr., Joos v. Halabi, No. 23-CA-013691 (Fla. 13th Cir. Ct. Dec. 12, 2023)

IN THE CIRCUIT COURT, THIRTEENTH
JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
CASE NO.: 23-CA-013691
DIVISION: L

DOUGLAS K. JOOS,

Plaintiff,

vs.

SAMI HALABI,

Defendant.

___________________________________/

LIVE/IN-PERSON & HYBRID VIDEOCONFERENCE DEPOSITION OF: DOUGLAS KEITH JOOS, JR., PLAINTIFF

TAKEN BY: COUNSEL FOR THE DEFENDANT, SAMI HALABI

DATE: TUESDAY, DECEMBER 12, 2023

TIME: 10:03 A.M. - 6:12 P.M.

PLACE: GUNSTER, YOAKLEY & STEWART, P.A.
401 EAST JACKSON STREET
SUITE 1500
TAMPA, FLORIDA 33602

VIA: MICROSOFT TEAMS VIDEOCONFERENCING

STENOGRAPHICALLY REPORTED BY: COURTNEY N. LANGHOFF, RMR, CRR, FPR-C
ORANGE LEGAL/VERITEXT LEGAL SOLUTIONS
201 EAST KENNEDY BOULEVARD, SUITE 712
TAMPA, FLORIDA 33602

A. I -- I don't think so.
Q. And I haven't seen any of these either reviews or other written materials that you're referencing as being part of the evidence.
Are you bringing any written evidence to support what you're saying here to the hearing on December 20th?
A. I'll have to look through the discovery. But there is -- there are reviews that were left intended for Mr. Halabi that were left on my profiles.
Q. And how do you know they were intended for Mr. Halabi?
A. Because they referenced only things that Mr. Halabi sells that I do not.
And he's the only one in the area that represents his BLS classes as infant CPR classes, which they are not. The -- the lady who left the review was very disgruntled about the fact that she'd signed up for an infant CPR class and took what was a general CPR class, and that is the review that was left on my profile.
Q. And did you lose business because of that review?
A. Probably.
Q. But you don't know?

A. Would you do business with a company that has a review that says that they scammed a -- a new -- a new mother?
Q. I'm asking you. You're -- you're --
You're the one seeking to enjoin my client, so I'm asking you if -- the question.
A. Our reputation was harmed by that review.
Q. And what ev- --
A. Like the -- go ahead.
Q. What evidence do you have that your reputation was harmed?
A. Because it's on public display with a one-star review saying that this company sold me an infant CPR class that is not an infant CPR class.
Q. And you're just basing it because there's a review out there; that's your support for your reputation being harmed?
A. Well, it is -- it's a review specifically intended for Mr. Halabi.
Q. Is there anything about -- else about the websites that you contend a reasonable consumer will be confused by?
A. It's not present on my copy of mine. But this first aid certification card that is in use for Mr. Halabi is the same as the one I use. And it's

CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF HILLSBOROUGH:

I, COURTNEY N. LANGHOFF, RMR, CRR, FPR-C, Notary Public, State of Florida, do hereby certify that DOUGLAS KEITH JOOS, JR., personally appeared before me on December 12, 2023, and was duly sworn and produced his State of Florida driver's license as identification per FSC AOSC20-23.

Signed this 12th day of December, 2023.

______________________________________
COURTNEY N. LANGHOFF, RMR, CRR, FPR-C

Notary Public, State of Florida
My Commission No.: HH 062066
Expires: 03/05/2025

CERTIFICATE OF REPORTER

STATE OF FLORIDA:
COUNTY OF HILLSBOROUGH:

I, COURTNEY N. LANGHOFF, RMR, CRR, FPR-C, Notary Public, State of Florida, certify that I was authorized to and did stenographically report the deposition of DOUGLAS KEITH JOOS, JR.; that a review of the transcript was requested; and that the foregoing transcript, pages 8 through 229, is a true and accurate record of my stenographic notes.

I further certify that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 19th day of December, 2023.

____________________________________
COURTNEY N. LANGHOFF, RMR, CRR, FPR-C